# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

☐ Pro Se    ☐ Retained    ☐ Court Appointed    ☐ USA
(IFP Granted)

Case No:                               Date Filed:
Style of Case:
Appellant:

☐ Notice of Appeal                    ☐ Amended Notice of Appeal
☐ Interlocutory Appeal                ☐ Cross Appeal
                                       ☐ Tenth Cir. Case No.

Pro se Appellant:
☐ Motion IFP Forms Mailed/Given   ☐ Motion IFP Filed   ☐ Appeal Fee Paid

Retained Counsel:
☐ Appeal Fee Paid    ☐ Appeal Fee Not Paid

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals.  Please refer to the forms and procedures concerning the requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record found on the Tenth Circuit's website, www.ca10.uscourts.gov.

Payment for this case or motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 working days after the notice of appeal was filed in the Circuit Court.  This form must contain the signature of the court reporter if transcripts are being ordered.

If you have questions, please contact this office.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK

by:  _s/_____
          Case Administrator

cc:    Clerk of the Court, Tenth Circuit Court of Appeals

APPEAL,CLOSED,ERWIN,PRISONER,REOPEN,_LH
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: <u>5:14–cv–00665–F</u>

| | |
|---|---|
| Glossip et al v. Chandler et al | Date Filed: 06/25/2014 |
| Assigned to: Honorable Stephen P. Friot | Date Terminated: 06/06/2022 |
| Case in other court:  Tenth Circuit Court of Appeals, 14–06244 | Jury Demand: None |
| Tenth Circuit, 19–06002 | Nature of Suit: 550 Prisoner: Civil Rights |
| Tenth Circuit, 21–06101 | Jurisdiction: Federal Question |
| Tenth Circuit, 21–06129 | |
| Tenth Circuit, 21–06139 | |
| Tenth Circuit Court of Appeals, 22–06012 | |

Cause: 28:1331 Fed. Question

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Charles F Warner** | represented by | **Dale A Baich** |
| *TERMINATED: 07/06/2020* | | Federal Public Defender–PHOENIX |
| | | 850 W Adams St |
| | | Suite 201 |
| | | Phoenix, AZ 85007 |
| | | 602–382–2816 |
| | | Fax: 602–889–3960 |
| | | Email: <u>dale_baich@fd.org</u> |
| | | *TERMINATED: 04/29/2022* |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | |
| | | **Gary S Peterson** |
| | | Gary S Peterson Attorney at Law |
| | | 211 N Robinson Ave |
| | | Suite 450 South |
| | | Oklahoma City, OK 73102 |
| | | 405–606–3367 |
| | | Fax: 866–628–0506 |
| | | Email: <u>gp@garypeterson.com</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Robin C Konrad** |
| | | Federal Public Defender–PHOENIX |
| | | 850 W Adams St |
| | | Suite 201 |
| | | Phoenix, AZ 85007 |
| | | 602–382–2816 |
| | | Fax: 602–889–3960 |
| | | Email: <u>robin_konrad@fd.org</u> |

*TERMINATED: 03/09/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Seth A Day**
Hall Estill−OKC
100 N Broadway Ave
Suite 2900
Oklahoma City, OK 73102
405−553−2828
Fax: 405−553−2855
Email: sday@hallestill.com
*TERMINATED: 11/19/2014*
*LEAD ATTORNEY*

**Susanna M Gattoni**
University of Oklahoma Office of Legal
Counsel
660 Parrington Oval
Suite 213
Norman, OK 73019
405−325−4124
Email: sgattoni@ou.edu
*TERMINATED: 11/19/2014*
*LEAD ATTORNEY*

**Adam Singer**
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
202−688−3508
Email: asinger@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
Crowell & Moring LLP
590 Madison Avenue
Ste 20th Floor
New York, NY 10022
646−232−5271
Email: ali@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
Federal Public Defender−OKC
215 Dean A McGee Ave
Suite 109
Oklahoma City, OK 73102
405−609−5975
Fax: 405−609−5976

Email: emma_rolls@fd.org
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
Crowell & Moring LLP – NEW YORK
590 Madison Ave
New York, NY 10022
212–803–4044
Fax: 212–223–4134
Email: hcohen@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
Crowell & Moring LLP – NEW YORK
590 Madison Ave
New York, NY 10022
212–895–4217
Fax: 212–223–4134
Email: jstronski@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
Crowell & Moring LLP
455 N Cityfront Plaza Dr.
Ste 3600
Chicago, IL 60611
312–321–4200
Email: kentwalker@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lanita Henricksen**
Henricksen & Henricksen Lawyers Inc
600 N Walker
Suite 201
Oklahoma City, OK 73102
405–609–1970
Fax: 405–609–1973
Email: lanita.henricksen@coxinet.net
*TERMINATED: 09/18/2020*

**Michael W Lieberman**
Federal Public Defender–PHOENIX
850 W Adams St
Suite 201
Phoenix, AZ 85007
602–382–2816
Email: michael_lieberman@fd.org
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
Crowell & Moring LLP – NEW YORK
590 Madison Ave
New York, NY 10022
212–803–4035
Fax: 212–223–4134
Email: mrobles@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
Patti Palmer Ghezzi Law
310 NW 21st St
Oklahoma City, OK 73103
918–852–0350
Email: ppghezzi2@gmail.com
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
Stillwater Law Office
548 Market Street, PMB 97221
San Francisco, CA 94104–5401
415–516–8074
Email: pilarstillwater@gmail.com
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
Federal Public Defender–OKC
215 Dean A McGee Ave
Suite 109
Oklahoma City, OK 73102
405–609–5930
Fax: 405–609–5932
Email: susan_otto@fd.org
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James A Coddington**                    represented by   **Seth A Day**
(See above for address)
*TERMINATED: 11/19/2014*
*LEAD ATTORNEY*

**Susanna M Gattoni**
(See above for address)
*TERMINATED: 11/19/2014*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*

4

*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David B Autry**
1021 NW 16th St
Oklahoma City, OK 73106
405–521–9600
Fax: 405–521–9669
Email: dbautry77@gmail.com
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin R Cole**                    represented by  **Dale A Baich**
(See above for address)
*TERMINATED: 04/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Randy A Bauman**
ACLU of Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
405–996–6628
Fax: 405–524–2296
Email: rbauman@acluok.org
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Robin C Konrad**
(See above for address)
*TERMINATED: 03/09/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carlos Cuesta–Rodriguez                    represented by   **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas A Davis**                    represented by   **Randy A Bauman**
*TERMINATED: 04/13/2021*                                 (See above for address)
                                                         *TERMINATED: 06/08/2020*
                                                         *LEAD ATTORNEY*

                                                         **Adam Singer**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Anne Elise Li**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Emma V Rolls**
                                                         (See above for address)

8

*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard S Fairchild**                              represented by   **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John M Grant**                    represented by **Dale A Baich**
*TERMINATED: 03/28/2022*                            (See above for address)
                                                    *TERMINATED: 04/29/2022*
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*

**Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Robin C Konrad**
(See above for address)
*TERMINATED: 03/09/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**

(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Wendell A Grissom                    represented by   **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon D Harmon**                          represented by   **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond E Johnson**                    represented by    **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Emmanuel A Littlejohn**                    represented by **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James D Pavatt**                     represented by   **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kendrick A Simpson**                    represented by    **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin R Underwood**                    represented by **Randy A Bauman**
(See above for address)
*TERMINATED: 06/08/2020*

18

*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda E Andrew**     represented by   **Mark L Henricksen**
Henricksen & Henricksen Lawyers Inc
600 N Walker
Suite 201
Oklahoma City, OK 73102
405–609–1970
Fax: 405–609–1973
Email: mark@henricksenlaw.com
*TERMINATED: 09/18/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard E Glossip**                    represented by   **Dale A Baich**
(See above for address)
*TERMINATED: 04/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Mark L Henricksen**
(See above for address)
*TERMINATED: 09/18/2020*
*LEAD ATTORNEY*

**Robin C Konrad**
(See above for address)
*TERMINATED: 03/09/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer M Moreno**
Office of the Federal Public Defender –
District of ARIZONA
850 W Adams St
Suite 201
Phoenix, AZ 85007
602–382–2700
Fax: 602–889–3960
Email: jennifer_moreno@fd.org
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelton D Jackson**
*TERMINATED: 07/06/2020*

represented by **Mark L Henricksen**
(See above for address)
*TERMINATED: 09/18/2020*
*LEAD ATTORNEY*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip D Hancock**                    represented by   **David B Autry**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander L Kursman**
Federal Community Defender –
PHILADELPHIA
601 Walnut St
Suite 545 West
Philadelphia, PA 19106
215–928–0520
Fax: 215–928–0826
Email: alex_kursman@fd.org
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lanita Henricksen**
(See above for address)
*TERMINATED: 09/18/2020*

**Lynne Leonard**
Federal Community Defender Office
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215–928–0520

Email: lynne_kolodinsky@fd.org
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julius D Jones**                    represented by   **Mark H Barrett**
*TERMINATED: 11/23/2021*                               Mark H Barrett Law Office
                                                       111 N Peters Ave
                                                       Suite 200
                                                       Norman, OK 73069
                                                       405−364−8367
                                                       Fax: 405−366−8329
                                                       Email: barrettlawoffice@gmail.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Adam Singer**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anne Elise Li**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Emma V Rolls**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred B Mitchell**                    represented by    **Fred L Staggs**
                                                            510 NW 17th Street
                                                            Oklahoma City, OK 73103
                                                            405–990–5523
                                                            Email: Staggslaw@aol.com
                                                            *TERMINATED: 03/09/2020*
                                                            *LEAD ATTORNEY*

                                                            **Adam Singer**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tremane Wood**                    represented by   **Dale A Baich**
(See above for address)
*TERMINATED: 04/29/2022*
*LEAD ATTORNEY*

*PRO HAC VICE*

**Robin C Konrad**
(See above for address)
*TERMINATED: 03/09/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry P Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly L Culshaw**
Federal Public Defender–PHOENIX
850 W Adams St
Suite 201
Phoenix, AZ 85007
602–382–2816
Email: kelly_culshaw@fd.org
*TERMINATED: 12/05/2014*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Michael K Robles**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patti P Ghezzi**
(See above for address)
*TERMINATED: 11/17/2020*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wade Lay**                                   represented by   **James K Stronski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronson Kyle Bush**                           represented by   **Adam Singer**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Anthony Grant**                   represented by   **Adam Singer**
*TERMINATED: 03/28/2022*                                   (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Anne Elise Li**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Emma V Rolls**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James K Stronski**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Scott Eizember                              represented by  **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*

*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

John F Hanson                                    represented by    **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mica Alexander Martinez                          represented by    **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricky Ray Malone**                    represented by **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy Dean Harris**
*TERMINATED: 06/30/2021*

represented by  **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Murphy**                              represented by    **Adam Singer**
*TERMINATED: 05/10/2021*                                         (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Anne Elise Li**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Emma V Rolls**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **James K Stronski**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kent Walker**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael W Lieberman**
                                                                (See above for address)
                                                                *TERMINATED: 06/30/2021*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Pilar R. Stillwater**
                                                                (See above for address)
                                                                *TERMINATED: 09/01/2021*
                                                                *PRO HAC VICE*

                                                                **Susan M Otto**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarance Goode**                             represented by    **Adam Singer**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Anne Elise Li**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Anthony Sanchez                    represented by   **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilbert Ray Postelle**                     represented by   **Adam Singer**
*TERMINATED: 03/28/2022*                                      (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dewayne Smith**                    represented by  **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Ryder**                    represented by  **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*
*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Rojem                        represented by   **Adam Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James K Stronski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W Lieberman**
(See above for address)
*TERMINATED: 06/30/2021*

*ATTORNEY TO BE NOTICED*

**Pilar R. Stillwater**
(See above for address)
*TERMINATED: 09/01/2021*
*PRO HAC VICE*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jemaine Cannon**                    represented by   **Adam Singer**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anne Elise Li**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Emma V Rolls**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James K Stronski**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kent Walker**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael W Lieberman**
                                                       (See above for address)
                                                       *TERMINATED: 06/30/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Pilar R. Stillwater**
                                                       (See above for address)
                                                       *TERMINATED: 09/01/2021*
                                                       *PRO HAC VICE*

                                                       **Susan M Otto**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

                                      represented by

**Rhonda Kemp**
*next friend for plaintiff Wade Lay*

**James K Stronski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Elise Li**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma V Rolls**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan M Otto**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kevin J Gross**
*Member of the Oklahoma Board of
Corrections*
*TERMINATED: 07/06/2020*

represented by **Aaron J Stewart**
Attorney General's Ofc–NE
21STREET–OKC
313 NE 21st St
Oklahoma City, OK 73105
405–521–3921
Fax: 405–521–4518
Email: aj_stewart@okwd.uscourts.gov
*TERMINATED: 03/09/2016*

**Andy N Ferguson**
Attorney General's Office
313 NE 21 St
Oklahoma City, OK 73105
405–522–2969
Fax: 405–521–4518
Email: andy.ferguson@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
Attorney General's Office
313 NE 21 St
Oklahoma City, OK 73105
405–522–1961

Fax: 405−521−4518
Email: bryan.cleveland@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
Attorney General's Ofc−NE
21STREET−OKC
313 NE 21st St
Oklahoma City, OK 73105
405−521−3921
Fax: 405−521−4518
Email: jeb.joseph@oag.ok.gov
*TERMINATED: 03/03/2020*

**John D Hadden**
Attorney General's Ofc−NE
21STREET−OKC
313 NE 21st St
Oklahoma City, OK 73105
405−521−4274
Fax: 405−521−4518
Email: John.Hadden@oscn.net
*TERMINATED: 02/04/2019*

**Mithun S Mansinghani**
Attorney General's Ofc−NE
21STREET−OKC
313 NE 21st St
Oklahoma City, OK 73105
405−522−4392
Email: mithun@lehotskykeller.com
*TERMINATED: 05/23/2022*

**Randall J Yates**
Crowe & Dunlevy, P. C.
321 S. Boston Ave., Ste. 500
Tulsa, OK 74103
918−592−9866
Fax: 918−592−9801
Email: randall.yates@crowedunlevy.com
*TERMINATED: 11/24/2021*

**Zachary P West**
Attorney General's Ofc−NE
21STREET−OKC
313 NE 21st St
Oklahoma City, OK 73105
405−521−3021
Fax: 405−521−4518
Email: zach.west@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael W Roach**
*Member of the Oklahoma Board of Corrections*
*TERMINATED: 07/06/2020*

represented by   **Aaron J Stewart**
(See above for address)
*TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Burrage**
*TERMINATED: 08/11/2015*

represented by   **Aaron J Stewart**
(See above for address)
*TERMINATED: 03/09/2016*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Defendant**

**Gene Haynes**
*Member of the Oklahoma Board of Corrections*
*TERMINATED: 07/06/2020*

represented by   **Aaron J Stewart**
(See above for address)
*TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frazier Henke**
*Member of the Oklahoma Board of Corrections*
*TERMINATED: 07/06/2020*

represented by  **Aaron J Stewart**
(See above for address)
*TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Linda K Neal**<br>*TERMINATED: 08/11/2015* | represented by | **Aaron J Stewart**<br>(See above for address)<br>*TERMINATED: 03/09/2016* |

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Defendant**

| | | |
|---|---|---|
| **Earnest D Ware**<br>*TERMINATED: 08/11/2015* | represented by | **Aaron J Stewart**<br>(See above for address)<br>*TERMINATED: 03/09/2016* |

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Defendant**

| | | |
|---|---|---|
| **Robert C Patton**<br>*Director of the Oklahoma Department of Corrections*<br>*TERMINATED: 07/06/2020* | represented by | **Aaron J Stewart**<br>(See above for address)<br>*TERMINATED: 03/09/2016* |

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
Attorney General's Ofc–NE
21STREET–OKC
313 NE 21st St
Oklahoma City, OK 73105
405–521–3921
Fax: 405–521–4518
Email: lexie.norwood@ou.edu
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
Municipal Counselor's Office–OKC
200 N Walker Ave
Suite 400
Oklahoma City, OK 73102
405–297–2451
Fax: 405–297–3851
Email: richard.mann@okc.gov
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anita K Trammell**                    represented by   **Aaron J Stewart**
*Warden Oklahoma State Penitentiary*                    (See above for address)
*TERMINATED: 07/06/2020*                                *TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)

*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doctor X**
*TERMINATED: 10/31/2014*

**Defendant**

**Executioner #1**
*TERMINATED: 10/31/2014*

**Defendant**

**Executioner #2**
*TERMINATED: 10/31/2014*

**Defendant**

**Executioner #3**
*TERMINATED: 10/31/2014*

**Defendant**

**Paramedic Y**
*TERMINATED: 10/31/2014*

**Defendant**

**Edward Evans**                      represented by **Aaron J Stewart**
*Associate Director of Field Operations*              (See above for address)

*TERMINATED: 07/06/2020*

*TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**H–unit Section Chief X**
*TERMINATED: 08/11/2015*

**Defendant**

**John Doe Executioners #1–10**
*TERMINATED: 08/11/2015*

**Defendant**

**John T Holder**                          represented by   **Aaron J Stewart**
*Member of the Oklahoma Board of*                        (See above for address)
*Corrections*                                            *TERMINATED: 03/09/2016*
*TERMINATED: 07/06/2020*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Irma J Newburn**                          represented by    **Aaron J Stewart**
*Member of the Oklahoma Board of*                            (See above for address)
*Corrections*                                               *TERMINATED: 03/09/2016*
*TERMINATED: 07/06/2020*
                                                            **Andy N Ferguson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bryan G Cleveland**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeb E Joseph**
                                                            (See above for address)
                                                            *TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James M Tilly**
*Member of the Oklahoma Board of
Corrections*
*TERMINATED: 07/06/2020*

represented by **Aaron J Stewart**
(See above for address)
*TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)

*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Parker**                         represented by   **Aaron J Stewart**
*Division Manager of East Institutions*                   (See above for address)
*TERMINATED: 07/06/2020*                                  *TERMINATED: 03/09/2016*

**Andy N Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeb E Joseph**
(See above for address)
*TERMINATED: 03/03/2020*

**John D Hadden**
(See above for address)
*TERMINATED: 02/04/2019*

**Lexie P Norwood**
(See above for address)
*TERMINATED: 03/03/2020*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Richard Mann**
(See above for address)
*TERMINATED: 03/03/2020*

**Zachary P West**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Williams**                                          represented by   **Aaron J Stewart**
*Division Manager of West Institutions*                                     (See above for address)
*TERMINATED: 07/06/2020*                                                    *TERMINATED: 03/09/2016*

                                                                            **Andy N Ferguson**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Bryan G Cleveland**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Jeb E Joseph**
                                                                            (See above for address)
                                                                            *TERMINATED: 03/03/2020*

                                                                            **John D Hadden**
                                                                            (See above for address)
                                                                            *TERMINATED: 02/04/2019*

                                                                            **Lexie P Norwood**
                                                                            (See above for address)
                                                                            *TERMINATED: 03/03/2020*

                                                                            **Mithun S Mansinghani**
                                                                            (See above for address)
                                                                            *TERMINATED: 05/23/2022*

                                                                            **Randall J Yates**
                                                                            (See above for address)
                                                                            *TERMINATED: 11/24/2021*

                                                                            **Richard Mann**
                                                                            (See above for address)
                                                                            *TERMINATED: 03/03/2020*

                                                                            **Zachary P West**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**H–Unit Section Chief**
*whose identity is unknown, in his official
capacity as Employee, Contractor and/or
Agent of the Oklahoma Department of
Corrections*
*TERMINATED: 07/06/2020*

**Defendant**

**IV Team Leader**
*whose identities are unknown, in their official capacities as Employees, Contractors, and/or Agents of the Oklahoma Department of Corrections*
*TERMINATED: 07/06/2020*

**Defendant**

**Special Operations Team Leader**
*whose identities are unknown, in their official capacities as Employees, Contractors, and/or Agents of the Oklahoma Department of Corrections*
*TERMINATED: 07/06/2020*

**Defendant**

**IV Team Members #1–10**
*whose identities are unknown, in their official capacities as Employees, Contractors, and/or Agents of the Oklahoma Department of Corrections*
*TERMINATED: 07/06/2020*

**Defendant**

**Special Operations Team Members #1–10**
*whose identities are unknown, in their official capacities as Employees, Contractors, and/or Agents of the Oklahoma Department of Corrections*
*TERMINATED: 07/06/2020*

**Defendant**

**Scott Crow**                                represented by   **Andy N Ferguson**
*Director, ODOC, in his official capacity*                   (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Bryan G Cleveland**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Zachary P West**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
Oklahoma Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
405–522–4435
Email: audrey.weaver@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
Attorney General's Ofc–NE
21STREET–OKC
313 NE 21st St
Oklahoma City, OK 73105
405/521–3921
Fax: 405/521–4518
Email: charles.dickson@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
Attorney General's Ofc–NE
21STREET–OKC
313 NE 21st St
Oklahoma City, OK 73105
405–521–3921
Fax: 405–522–4534
Email: jennifer.crabb@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

**Randy Chandler**                    represented by   **Andy N Ferguson**
*Oklahoma Board of Correction, in his*                 (See above for address)
*official capacity*                                    *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Bryan G Cleveland**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Zachary P West**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

**Betty Gesell**                    represented by   **Andy N Ferguson**
*Oklahoma Board of Correction, in her*              (See above for address)
*official capacity*                                 *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Bryan G Cleveland**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Zachary P West**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Audrey A Weaver**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Charles A Dickson , III**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer L Crabb**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Mithun S Mansinghani**
                                                    (See above for address)
                                                    *TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

**Joseph Griffin**                    represented by   **Andy N Ferguson**
*Oklahoma Board of Correction, in his*                 (See above for address)
*official capacity*                                    *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Bryan G Cleveland**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Zachary P West**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Audrey A Weaver**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Charles A Dickson , III**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer L Crabb**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Mithun S Mansinghani**
                                                       (See above for address)
                                                       *TERMINATED: 05/23/2022*

                                                       **Randall J Yates**
                                                       (See above for address)
                                                       *TERMINATED: 11/24/2021*

**Defendant**

**F Lynn Haueter**                    represented by   **Andy N Ferguson**
*Oklahoma Board of Correction, in his or*              (See above for address)
*her official capacity*                                *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Bryan G Cleveland**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

**Kathryn A LaFortune**
*Oklahoma Board of Correction, in her*
*official capacity*

represented by **Andy N Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

| | | |
|---|---|---|
| **Stephan Moore**<br>*Oklahoma Board of Correction, in his*<br>*official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Bryan G Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

| | | |
|---|---|---|
| **Calvin Prince**<br>*Oklahoma Board of Correction, in his*<br>*official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Bryan G Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

<u>**Defendant**</u>

**T Hastings Siegfried**                     represented by   **Andy N Ferguson**
*Oklahoma Board of Corrections, in his*                    (See above for address)
*official capacity*                                          *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

| | | |
|---|---|---|
| **Daryl Woodard**<br>*Oklahoma Board of Correction, in his*<br>*official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Bryan G Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Defendant**

| | | |
|---|---|---|
| **Tommy Sharp**<br>*Warden, OSP, in his official capacity*<br>*TERMINATED: 10/05/2021* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan G Cleveland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Zachary P West**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles A Dickson , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mithun S Mansinghani**<br>(See above for address)<br>*TERMINATED: 05/23/2022* |
| | | **Randall J Yates**<br>(See above for address)<br>*TERMINATED: 11/24/2021* |

**Defendant**

| | | |
|---|---|---|
| **Aboutanaa El Habti**<br>*Warden, Mabel Bassett Correctional*<br>*Center, in her official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Audrey A Weaver**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan G Cleveland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles A Dickson , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer L Crabb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mithun S Mansinghani**<br>(See above for address)<br>*TERMINATED: 05/23/2022* |

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Justin Farris**<br>*Acting Chief of Staff, ODOC, in his*<br>*official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michael Carpenter**<br>*Chief of Field Operations, ODOC, in his*<br>*official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Justin Giudice**<br>*Employee Assistance Program Coordinator, ODOC, in his official capacity* | represented by | **Andy N Ferguson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan G Cleveland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles A Dickson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Crabb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mithun S Mansinghani**
(See above for address)
*TERMINATED: 05/23/2022*

**Randall J Yates**
(See above for address)
*TERMINATED: 11/24/2021*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does I–X**
*ODOC, in their official capacities*
*TERMINATED: 06/01/2022*

**Defendant**

**Jim Farris**                              represented by    **Andy N Ferguson**
*Warden, OSP, in his official capacity*                       (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Bryan G Cleveland**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Charles A Dickson , III**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Zachary P West**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Audrey A Weaver**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mithun S Mansinghani**
                                                              (See above for address)
                                                              *TERMINATED: 05/23/2022*

                                                              **Randall J Yates**
                                                              (See above for address)
                                                              *TERMINATED: 11/24/2021*

**Movant**

**Ziva Branstetter**                        represented by    **Robert D Nelon**
                                                              Hall Estill–OKC
                                                              100 N Broadway Ave
                                                              Suite 2900
                                                              Oklahoma City, OK 73102
                                                              405–553–2828
                                                              Fax: 405–232–8004
                                                              Email: bnelon@hallestill.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/25/2014 | 1 | | COMPLAINT against All Defendants filed by All Plaintiffs. (Attachments: # 1 Attachment 1 – List of Plaintiffs, # 2 Attachment 2 – List of Plaintiffs Attorneys, # 3 Exhibit 3 – List of Defendants, # 4 Civil Cover Sheet)(cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 2 | | Summons Issued Electronically as to Kevin J Gross. (cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 3 | | Summons Issued Electronically as to Michael W Roach. (cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 4 | | Summons Issued Electronically as to Steve Burrage. (cpp) (Main Document 4 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 5 | | Summons Issued Electronically as to Gene Haynes. (cpp) (Main Document 5 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 6 | | Summons Issued Electronically as to Frazier Henke. (cpp) (Main Document 6 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 7 | | Summons Issued Electronically as to Linda K Neal. (cpp) (Main Document 7 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 8 | | Summons Issued Electronically as to Earnest D Ware. (cpp) (Main Document 8 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 9 | | Summons Issued Electronically as to Robert C Patton. (cpp) (Main Document 9 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 10 | | Summons Issued Electronically as to Anita K Trammell. (cpp) (Main Document 10 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 11 | | Summons Issued Electronically as to Doctor X. (cpp) (Main Document 11 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 12 | | Summons Issued Electronically as to Paramedic Y. (cpp) (Main Document 12 replaced on 6/25/2014) (cpp). (Entered: 06/25/2014) |
| 06/25/2014 | 13 | | ENTRY of Appearance by David B Autry on behalf of Phillip D Hancock (Autry, David) (Entered: 06/25/2014) |
| 06/25/2014 | 14 | | Summons Issued Electronically as to Executioner #1. (cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 15 | | Summons Issued Electronically as to Executioner #2. (cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 16 | | Summons Issued Electronically as to Executioner #3. (cpp) (Entered: 06/25/2014) |
| 06/25/2014 | 17 | | ENTRY of Appearance by Patti P Ghezzi on behalf of Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, John M Grant, Wendell A Grissom, Marlon D Harmon, Raymond E Johnson, |

| | | | |
|---|---|---|---|
| | | | Emmanuel A Littlejohn, James D Pavatt, Kendrick A Simpson, Kevin R Underwood (Ghezzi, Patti) (Entered: 06/25/2014) |
| 06/25/2014 | 18 | | ENTRY of Appearance by Randy A Bauman on behalf of Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, John M Grant, Wendell A Grissom, Marlon D Harmon, Raymond E Johnson, Emmanuel A Littlejohn, James D Pavatt, Kendrick A Simpson, Kevin R Underwood (Bauman, Randy) (Entered: 06/25/2014) |
| 06/25/2014 | 19 | | ENTRY of Appearance by Gary S Peterson on behalf of Charles F Warner (Peterson, Gary) (Entered: 06/25/2014) |
| 06/26/2014 | 20 | | ENTRY of Appearance by Fred L Staggs on behalf of Alfred B Mitchell (Staggs, Fred) (Entered: 06/26/2014) |
| 06/26/2014 | 21 | | ENTRY of Appearance by Dale A Baich on behalf of Tremane Wood (Baich, Dale) (Entered: 06/26/2014) |
| 06/26/2014 | 22 | | ENTRY of Appearance by Kelly L Schneider on behalf of Tremane Wood (Schneider, Kelly) (Entered: 06/26/2014) |
| 06/26/2014 | 23 | | ENTRY of Appearance by Robin C Konrad on behalf of Tremane Wood (Konrad, Robin) (Entered: 06/26/2014) |
| 06/26/2014 | 24 | | Receipt for Money Received from Dale M Baich on behalf of Tremane Wood in the amount of $400.00, receipt number OKW500040501 regarding 1 Complaint. (cpp) (Entered: 06/26/2014) |
| 06/26/2014 | 25 | | ENTRY of Appearance by David B Autry on behalf of James A Coddington (Autry, David) (Entered: 06/26/2014) |
| 06/27/2014 | 26 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Kevin J Gross served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 27 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Michael W Roach served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 28 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Steve Burrage served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 29 | | |

| | | | |
|---|---|---|---|
| | | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Gene Haynes served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 30 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Frazier Henke served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 31 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Linda K Neal served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 32 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Earnest D Ware served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/27/2014 | 33 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Robert C Patton served on 6/25/2014. (Ghezzi, Patti) (Entered: 06/27/2014) |
| 06/30/2014 | 34 | | ENTRY of Appearance by Mark L Henricksen on behalf of Richard E Glossip (Henricksen, Mark) (Entered: 06/30/2014) |
| 06/30/2014 | 35 | | ENTRY of Appearance by Mark L Henricksen on behalf of Brenda E Andrew (Henricksen, Mark) (Entered: 06/30/2014) |
| 06/30/2014 | 36 | | ENTRY of Appearance by Mark L Henricksen on behalf of Shelton D Jackson (Henricksen, Mark) (Entered: 06/30/2014) |
| 06/30/2014 | 37 | | ORDER REASSIGNING CASE. Case reassigned to Honorable Stephen P. Friot for all further proceedings. Honorable Robin J. Cauthron no longer assigned to case. Signed by deputy clerk on 6/30/14. (lg) (Entered: 06/30/2014) |
| 07/16/2014 | 38 | | |

| | | | |
|---|---|---|---|
| | | | ENTRY of Appearance by Aaron J Stewart on behalf of Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware (Stewart, Aaron) (Entered: 07/16/2014) |
| 07/16/2014 | 39 | | ENTRY of Appearance by John D Hadden on behalf of Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware (Hadden, John) (Entered: 07/16/2014) |
| 07/16/2014 | 40 | | MOTION to Dismiss *and Brief in Support* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Michael W Roach, Earnest D Ware. (Attachments: # 1 Exhibit Executive Order 2014−11, # 2 Exhibit Executive Order 2014−10, # 3 Exhibit Death Row Report, # 4 Exhibit OSP−040401−01, # 5 Attachment Benevides v City of OKC (unpublished case), # 6 Attachment Lockett v Evans (unpublished case))(Hadden, John) (Entered: 07/16/2014) |
| 07/16/2014 | 41 | | ANSWER to Complaint by Robert C Patton, Anita K Trammell.(Hadden, John) (Entered: 07/16/2014) |
| 07/16/2014 | 42 | | MOTION to Stay Case *and Brief in Support* by Robert C Patton, Anita K Trammell. (Attachments: # 1 Exhibit Death Row Report, # 2 Exhibit Executive Order 2014−11, # 3 Exhibit Executive Order 2014−10)(Hadden, John) (Entered: 07/16/2014) |
| 07/25/2014 | 43 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Charles F Warner, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta−Rodriguez, Julius D Jones, Nicholas A Davis. Anita K Trammell served on 6/26/2014. (Ghezzi, Patti) (Entered: 07/25/2014) |
| 08/05/2014 | 44 | | ENTRY of Appearance by Lanita Henricksen on behalf of Phillip D Hancock (Henricksen, Lanita) (Entered: 08/05/2014) |
| 08/06/2014 | 45 | | RESPONSE to Motion re 42 MOTION to Stay Case *and Brief in Support*, 40 MOTION to Dismiss *and Brief in Support* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1) Board of Corrections Policy P−040100, # 2 Exhibit 2) Dept of Corr Operating Policy P−040301, # 3 OSP Policy OSP−040301, # 4 Exhibit 4) Addendum to OSP−040301, # 5 Exhibit 5) BOC Minutes 5−14−10, # 6 Exhibit 6) BOC Minutes 6−18−10, # 7 Exhibit 7) BOC Minutes 10−22−10, # 8 Exhibit 8) BOC Minutes 10−21−11, # 9 Exhibit 9) BOC Minutes 5−1−14, # 10 Exhibit 10) BOC Minutes 6−5−14, # 11 Exhibit 11) BOC Minutes 4−25−13, # 12 Exhibit 12) BOC Minutes 4−3−14)(Ghezzi, Patti) (Entered: 08/06/2014) |
| 08/12/2014 | 46 | | ORDER Setting Hearing on 42 MOTION to Stay Case *and Brief in Support*: Motion Hearing set for 9/18/2014 09:00 AM in Courtroom 305 before Honorable Stephen P. Friot (as fully set out in this order). Signed by Honorable Stephen P. Friot on 8/12/14. (llg) (Entered: 08/12/2014) |
| 08/13/2014 | 47 | | REPLY to Response to Motion re 40 MOTION to Dismiss *and Brief in Support*, 42 MOTION to Stay Case *and Brief in Support* filed by Steve |

| | | | |
|---|---|---|---|
| | | | Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 08/13/2014) |
| 09/09/2014 | 48 | | ORDER. Ct notes that a report entitled "The Execution of Clayton Lockett," Case No. 14–0189SI, has been rendered by Okla DPS. To facilitate the ct's consideration of, among other things, the mtns that are now pndg in this action (& to facilitate any necessary consideration of the matter by a reviewing ct), dfts Patton & Trammell are DIRECTED to file a copy of that report in this action by 9/26/14. That filing shall be accompanied by a representation, by counsel for dfts, as to whether dfts Patton or Trammell believe that Part III of the report (pp. 8–25) contains any materially incorrect factual stmts. If there are any such stmts believed by dfts Patton or Trammell to be materially incorrect, dfts' filing shall itemize them, & may provide such addl explanation as those dfts shall consider to be appropriate or advisable. Signed by Honorable Stephen P. Friot on 9/9/14. (llg) (Entered: 09/09/2014) |
| 09/16/2014 | 49 | | RESPONSE TO ORDER TO SHOW CAUSE filed by All Defendants. (Attachments: # 1 Exhibit DPS Report)(Hadden, John) (Entered: 09/16/2014) |
| 09/18/2014 | 50 | | Minute Order. Proceedings held before Honorable Stephen P. Friot: Motion Hearing held on 9/18/2014. 42 MOTION to Stay Case *and Brief in Support* filed by Robert C Patton, Anita K Trammell is DENIED. (Court Reporter Jeanne Ring.) (llg) (Entered: 09/18/2014) |
| 09/18/2014 | 51 | | ENTRY of Appearance by Jeb E Joseph on behalf of Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware (Joseph, Jeb) (Entered: 09/18/2014) |
| 09/23/2014 | 52 | | SUBPOENA RETURNED EXECUTED as to Non–Party *Commissioner Michael Thompson, DPS*, filed by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 09/23/2014) |
| 09/23/2014 | 53 | | SUBPOENA RETURNED EXECUTED as to Non–Party *Eric Pfeifer, MD, Oklahoma Office of Chief Medical Examiner*, filed by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 09/23/2014) |
| 09/30/2014 | 54 | | ORDER denying 40 Defendants' Motion to Dismiss. Signed by Honorable Stephen P. Friot on 9/30/14. (llg) (Entered: 09/30/2014) |
| 10/01/2014 | 55 | | NOTICE (other) by Oklahoma Department of Corrections (Attachments: # 1 Exhibit OP–040301 – Execution of Offenders Sentenced to Death)(Hadden, John) (Entered: 10/01/2014) |

| 10/08/2014 | 56 | ENTER ORDER. Status Conference set for 10/15/2014 01:30 PM in Chambers before Honorable Stephen P. Friot. Entered at the direction of Honorable Stephen P. Friot on 10/8/14. (llg) (Entered: 10/08/2014) |
|---|---|---|
| 10/10/2014 | 57 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on September 18, 2014 before Judge Stephen Friot. Court Reporter: B. Jeanne Ring, Telephone number (405) 820–2067/jeanne@mbo.net. Transcript of: Motion to Stay Volume: I of I Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/31/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/8/2015. (jr, ) (Entered: 10/10/2014) |
| 10/10/2014 | 58 | BRIEF IN SUPPORT re 56 Order, Set Hearings *Plaintiffs' Memorandum of Law* by All Plaintiffs. (Attachments: # 1 Exhibit 1) Aff of Anita Trammell)(Ghezzi, Patti) (Entered: 10/10/2014) |
| 10/10/2014 | 59 | SECOND MOTION to Dismiss *and Brief in Support* by Steve Burrage, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 10/10/2014) |
| 10/10/2014 | 60 | ANSWER to Complaint by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware.(Hadden, John) (Entered: 10/10/2014) |
| 10/10/2014 | 61 | NOTICE (other) by State of Oklahoma (Attachments: # 1 Exhibit State's Notice Regarding Scheduled Execution Dates)(Hadden, John) (Entered: 10/10/2014) |
| 10/10/2014 | 62 | NOTICE (other) by State of Oklahoma (Attachments: # 1 Exhibit Application for Execution Date)(Hadden, John) (Entered: 10/10/2014) |
| 10/14/2014 | 63 | AMENDED ENTER ORDER. Status Conference RESET for 10/15/2014 01:00 PM in Chambers before Honorable Stephen P. Friot. Entered at the direction of Honorable Stephen P. Friot on 10/14/14. (llg) (Entered: 10/14/2014) |
| 10/14/2014 | 64 | MOTION for Protective Order *and Brief in Support* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit OP–060212 – Maintenance & Access of Offender Records, # 2 Exhibit OP–140108 – Privacy of Protected Health Information, # 3 Exhibit Proposed Protective Order, # 4 Exhibit Apothoecarry Email, # 5 Exhibit Complaint in Taylor v. Apothocare Shoppe, # 6 Exhibit Woodlands Letter)(Stewart, Aaron) (Entered: 10/14/2014) |
| 10/15/2014 | 65 | MOTION for Contempt *and Other Relief* by All Plaintiffs. (Attachments: # 1 Exhibit Subpoena 9–23–14, # 2 Exhibit Letter to DPS 5–23–14, # 3 Exhibit Letter of Objection)(Ghezzi, Patti) (Entered: 10/15/2014) |
| 10/15/2014 | 66 | MOTION for Contempt *and Other Relief* by All Plaintiffs. (Attachments: # 1 Exhibit Subpoena 9–23–14, # 2 Exhibit Letter to OCME 5–23–14, # 3 Exhibit Letter of Objection 10–8–14, # 4 Exhibit Email 10–14–14)(Ghezzi, Patti) (Entered: 10/15/2014) |

| 10/15/2014 | 67 | Minute Entry for proceedings held before Honorable Stephen P. Friot: Status Conference held on 10/15/2014 (as fully set out on the minute sheet). (Court Reporter Tracy Washbourne.) (llg) (Entered: 10/15/2014) |
|---|---|---|
| 10/21/2014 | 68 | RESPONSE in Opposition re 64 MOTION for Protective Order *and Brief in Support* filed by All Plaintiffs. (Attachments: # 1 Exhibit Opinion, # 2 Exhibit Protective Order, # 3 Exhibit Protective Order)(Ghezzi, Patti) (Entered: 10/21/2014) |
| 10/22/2014 | 69 | ENTRY of Appearance by Tiffany J Wythe on behalf of Office of the Chief Medical Examiner, State of Oklahoma (Wythe, Tiffany) (Entered: 10/22/2014) |
| 10/23/2014 | 70 | MOTION for Leave *to File a Supplemental Brief in Support of Motion for Protective Order and Brief in Support* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 10/23/2014) |
| 10/24/2014 | 71 | NOTICE (other) by Oklahoma State of (Attachments: # 1 Exhibit Orders Setting Executions)(Stewart, Aaron) (Entered: 10/24/2014) |
| 10/27/2014 | 72 | ORDER granting 70 Defendants Burrage, Gross, Haynes, Henke, Neal, Patton, Roach, Trammell and Ware's Request for Leave to File a Supplemental Brief in Support of Their 64 Motion for Protective Order. Supplemental brief, not to exceed 20 pgs, due 10/29/14. Plfs are permitted to respond to the supplemental brief by 11/5/14. Signed by Honorable Stephen P. Friot on 10/27/14. (llg) (Entered: 10/27/2014) |
| 10/29/2014 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/15/14 before Judge Friot. Court Reporter: Tracy Washbourne, Telephone number 405–609–5505. Transcript of: Status conference Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/19/2014. Redacted Transcript Deadline set for 12/1/2014. Release of Transcript Restriction set for 1/27/2015. (tw, ) (Entered: 10/29/2014) |
| 10/29/2014 | 74 | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION for Protective Order *and Brief in Support* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit Plaintiffs' Requests for Production, # 2 Exhibit Plaintiff's 1st Set of Interrogatories to Defendant Trammell, # 3 Exhibit Death Row Statistics)(Hadden, John) Modified on 10/30/2014 (llg). (Entered: 10/29/2014) |
| 10/30/2014 | | Docket Annotation: The docket text for doc. no. 74 has been corrected to reflect that the filing is a "Supplemental Brief in Support of Motion" as opposed to a "Supplemental Motion." (llg) (Entered: 10/30/2014) |
| 10/31/2014 | 75 | AMENDED COMPLAINT against All Defendants filed by All Plaintiffs.(Ghezzi, Patti) (Entered: 10/31/2014) |
| 10/31/2014 | 76 | RESPONSE to Motion re 59 SECOND MOTION to Dismiss *and Brief in Support* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 10/31/2014) |
| 11/03/2014 | 77 | ORDER Setting Hearing on 64 Defendants' MOTION for Protective Order *and Brief in Support*, 65 Plaintiffs' MOTION for Contempt *and Other Relief*, |

| | | |
|---|---|---|
| | | 66 Plaintiffs' MOTION for Contempt *and Other Relief*: Motion Hearing set for 11/13/2014 01:30 PM in Courtroom 305 before Honorable Stephen P. Friot. Signed by Honorable Stephen P. Friot on 11/3/14. (llg) (Entered: 11/03/2014) |
| 11/03/2014 | 78 | ORDER striking as moot 59 Defendants' Second Motion to Dismiss, based on the filing of the Amended Complaint. Signed by Honorable Stephen P. Friot on 11/3/14. (llg) (Entered: 11/03/2014) |
| 11/04/2014 | 79 | PRELIMINARY SCHEDULING ORDER. Any mtn for preliminary injunction shall be filed by 11/10/14. A mtn for preliminary injunction filed after that date may be stricken. The mtn need not be supported by a brief, because the court will, if a mtn for preliminary injunction is timely filed, enter a scheduling order which will include a provision for the filing of trial briefs & proposed findings of fact & conclusions of law in advance of the hrg on the mtn for preliminary injunction. However, the mtn for preliminary injunction must state precisely & in detail the nature & scope of the preliminary injunctive relief sought. Signed by Honorable Stephen P. Friot on 11/4/14. (llg) (Entered: 11/04/2014) |
| 11/04/2014 | 80 | UNOPPOSED MOTION for Leave */Unopposed Motion by Counsel for Plaintiff Tremane Wood to Appear Telephonically at Hearing on 11/13/14 at 1:30 p.m.* by Tremane Wood. (Attachments: # 1 Attachment Proposed Order)(Konrad, Robin) (Entered: 11/04/2014) |
| 11/04/2014 | | NOTICE from the Court re 80 *Unopposed Motion by Counsel for Plaintiff Tremane Wood to Appear Telephonically at Hearing on 11/13/14 at 1:30 p.m..* Counsel for Tremane Wood is DIRECTED to submit the proposed order for said motion via email, in compliance with ECF Policies & Procedures Manual, Section II.G. (llg) (Entered: 11/04/2014) |
| 11/05/2014 | 81 | ENTRY of Appearance by Devan A Pederson on behalf of Office of the Chief Medical Examiner, State of Oklahoma, Eric Pfeifer, MD (Pederson, Devan) (Entered: 11/05/2014) |
| 11/05/2014 | 82 | RESPONSE in Opposition re 74 SUPPLEMENTAL MOTION for Protective Order *and Brief in Support* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 11/05/2014) |
| 11/05/2014 | 83 | UNOPPOSED MOTION for Order *for Authorization to Release Records* by Office of the Chief Medical Examiner, State of Oklahoma, Eric Pfeifer, MD. (Pederson, Devan) (Entered: 11/05/2014) |
| 11/05/2014 | 84 | RESPONSE to Motion re 66 MOTION for Contempt *and Other Relief* filed by Office of the Chief Medical Examiner, State of Oklahoma, Eric Pfeifer, MD. (Pederson, Devan) (Entered: 11/05/2014) |
| 11/05/2014 | 85 | ENTRY of Appearance by Stephen J Krise on behalf of Michael Thompson (Krise, Stephen) Modified on 11/5/2014 (llg). (Entered: 11/05/2014) |
| 11/05/2014 | 86 | RESPONSE to Motion re 65 MOTION for Contempt *and Other Relief* filed by Oklahoma State of. (Krise, Stephen) (Entered: 11/05/2014) |
| 11/05/2014 | | Docket Annotation: The docket text for 85 Entry of Appearance by Stephen J Krise has been modified to correctly reflect that the appearance was made on behalf of Michael Thompson rather than the State of Oklahoma. (llg) (Entered: 11/05/2014) |

| 11/05/2014 | 87 | JOINT MOTION for Protective Order by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 11/05/2014) |
|---|---|---|
| 11/06/2014 | 88 | SCHEDULING ORDER re PRELIMINARY INJUNCTION: Pla–Dft preliminary witness & exhibit lists & copies of exhibits to opposing counsel due 11/14/14; Pla disclose expert testimony by 11/26/14; Dft disclose expert testimony by 12/2/14; Pla–Dft final witness & exhibit lists & copies of addl exhibits to opposing counsel due 12/8/14; Discovery completion 12/10/14; Pla–Dft Proposed Findings of Fact and Conclusions due 12/12/14; Pla–Dft trial briefs due 12/12/14; Pretrial Conference 12/15/2014 at 01:30 PM; Hearing on application for preliminary injunction Dec. 17–19, 2014, at 09:00 AM. Signed by Honorable Stephen P. Friot on 11/6/14. (llg) (Entered: 11/06/2014) |
| 11/06/2014 |  | Set/Reset Hearings: Pretrial Conference set for 12/15/2014 01:30 PM in Courtroom 305 before Honorable Stephen P. Friot. Preliminary Injunction Hearing set for 12/17/2014 thru 12/19/2014 09:00 AM in Courtroom 305 before Honorable Stephen P. Friot. (llg) Modified on 11/6/2014 (llg). (Entered: 11/06/2014) |
| 11/06/2014 | 89 | ORDER granting 83 Eric Pfeifer, M.D., Oklahoma Office of the Chief Medical Examiner's Unopposed Motion for Authorization to Release Records; denying as moot, w/o prejudice to filing a motion to compel, 66 Motion of Plaintiffs for Holding of Contempt as to Eric Pfeifer, M.D., Oklahoma Office of the Chief Medical Examiner. Signed by Honorable Stephen P. Friot on 11/6/14. (llg) (Entered: 11/06/2014) |
| 11/06/2014 | 90 | AGREED PROTECTIVE ORDER. Signed by Honorable Stephen P. Friot on 11/6/14. (llg) (Entered: 11/06/2014) |
| 11/06/2014 | 91 | ORDER granting 80 Unopposed Motion by Counsel for Plaintiff Tremane Wood to Appear Telephonically at Hearing on November 18, 2014, at 1:30 p.m. (as fully set out in this order). Signed by Honorable Stephen P. Friot on 11/6/14. (llg) (Entered: 11/06/2014) |
| 11/10/2014 | 92 | MOTION for Preliminary Injunction by Benjamin R Cole, Richard E Glossip, John M Grant, Charles F Warner. (Ghezzi, Patti) (Entered: 11/10/2014) |
| 11/13/2014 | 93 | Minute Order. Proceedings held before Honorable Stephen P. Friot: Motion Hearing held on 11/13/2014. 65 MOTION for Contempt *and Other Relief* filed by Emmanuel A Littlejohn, James A Coddington, Nicholas A Davis, Tremane Wood, Wendell A Grissom, Richard S Fairchild, Phillip D Hancock, Kendrick A Simpson, Carlos Cuesta–Rodriguez, Julius D Jones, John M Grant, Kevin R Underwood, James D Pavatt, Brenda E Andrew, Alfred B Mitchell, Shelton D Jackson, Charles F Warner, Raymond E Johnson, Benjamin R Cole, Richard E Glossip, Marlon D Harmon is DENIED IN PART and GRANTED IN PART, as set out on the minute sheet & on the record. Status Conference set for 11/24/2014 09:00 AM in Courtroom 305 before Honorable Stephen P. Friot for the purpose of (i) ascertaining the status of the Commissioner's compliance with this order, & (ii) addressing the arrangements for the production of digitally stored emails. 64 MOTION for Protective Order *and Brief in Support* filed by Linda K Neal, Robert C Patton, Michael W Roach, Gene Haynes, Anita K Trammell, Earnest D Ware, Steve Burrage, Frazier Henke, Kevin J |

| | | | |
|---|---|---|---|
| | | | Gross is rendered MOOT IN PART, GRANTED IN PART and DENIED IN PART, as set out on the minute sheet & on the record. (Court Reporter Tracy Washbourne.) (llg) (Entered: 11/14/2014) |
| 11/14/2014 | 94 | | ORDER memorializing the court's mandatory and prohibitory orders entered at 11/13/14 motion hearing re 64 MOTION for Protective Order *and Brief in Support*, 65 MOTION for Contempt *and Other Relief*. Follows oral order of 11/13/14. Signed by Honorable Stephen P. Friot on 11/14/14. (llg) (Entered: 11/14/2014) |
| 11/14/2014 | 95 | | NOTICE of Change of Address by Stephen J Krise (Krise, Stephen) (Entered: 11/14/2014) |
| 11/14/2014 | 96 | | ANSWER to 75 Amended Complaint by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell.(Stewart, Aaron) (Entered: 11/14/2014) |
| 11/14/2014 | 97 | | MOTION to Dismiss *Plaintiffs' Amended Complaint and Brief in Support* by Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit Order Dismissing – Lockett v. Patton –O–2014–361, # 2 Exhibit Petition in Lockett v Patton – CV–14–637)(Stewart, Aaron) (Entered: 11/14/2014) |
| 11/14/2014 | 98 | | Exhibit List / Witness List *(Preliminary)* by Defendants Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 11/14/2014) |
| 11/14/2014 | 99 | | Exhibit List / Witness List *Preliminary* by Plaintiffs Benjamin R Cole, Richard E Glossip, John M Grant, Charles F Warner. (Ghezzi, Patti) (Entered: 11/14/2014) |
| 11/16/2014 | 100 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/13/14 before Judge Friot. Court Reporter: Tracy Washbourne, Telephone number 405–609–5505. Transcript of: Motion for contempt Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/8/2014. Redacted Transcript Deadline set for 12/17/2014. Release of Transcript Restriction set for 2/17/2015. (tw, ) (Entered: 11/16/2014) |
| 11/18/2014 | 101 | | MOTION to Expedite *Response to Defendants' First Interrogatories, Requests for Production and Requests for Admission* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 11/18/2014) |
| 11/18/2014 | 102 | | ENTRY of Appearance by Lanita Henricksen on behalf of Charles F Warner (Henricksen, Lanita) (Entered: 11/18/2014) |
| 11/19/2014 | 103 | | OBJECTIONS re 101 MOTION to Expedite *Response to Defendants' First Interrogatories, Requests for Production and Requests for Admission* filed by All Plaintiffs. (Attachments: # 1 Exhibit Letter 4–30–14, # 2 Exhibit Letter 5–1–14, # 3 Exhibit Letter 5–6–14)(Ghezzi, Patti) (Entered: 11/19/2014) |

| 11/19/2014 | 104 | ORDER granting in part and denying in part 101 Motion for Expedited Response to Defendants' First Interrogatories, Requests for Production, and Requests for Admission, as fully set out in this order. Signed by Honorable Stephen P. Friot on 11/19/14. (llg) (Entered: 11/19/2014) |
| --- | --- | --- |
| 11/19/2014 | 105 | MOTION to Withdraw *by Susanna M. Gattoni and Seth A. Day as Counsel* by James A Coddington, Charles F Warner. (Attachments: # 1 Attachment Proposed Order)(Gattoni, Susanna) Modified on 11/19/2014 (llg). (Entered: 11/19/2014) |
| 11/19/2014 | 106 | ORDER granting 105 Motion to Withdraw as Attorney. Attorney Seth A Day and Susanna M Gattoni terminated as counsel for Charles F Warner, James Coddington. Lanita Henricksen will continue her representation of Charles F. Warner. David Autry will continue his representation of James Coddington. Signed by Honorable Stephen P. Friot on 11/19/14. (llg) (Entered: 11/19/2014) |
| 11/20/2014 | 107 | MOTION to Add Party (Motion for Additional Plaintiff to Proceedings by BJ Stouffer). (kr) (Entered: 11/20/2014) |
| 11/20/2014 | 108 | LETTER from B.J. Stouffer (Attachments: # 1 Envelope) (kr) (Entered: 11/20/2014) |
| 11/20/2014 | 109 | UNOPPOSED MOTION for Order *to Release Records* by All Plaintiffs. (Ghezzi, Patti) (Entered: 11/20/2014) |
| 11/21/2014 | 110 | ORDER granting 109 Plaintiffs' Unopposed Motion for Authorization to Release Records. Signed by Honorable Stephen P. Friot on 11/21/14. (llg) (Entered: 11/21/2014) |
| 11/21/2014 | 111 | NOTICE to Take Deposition of Dr. Eric Katz, Dr. David Lubarsky, Dr. Larry Sasich & Dr. Joseph Cohen by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 11/21/2014) |
| 11/22/2014 | 112 | MOTION to Quash *Subpoenas* by All Plaintiffs. (Ghezzi, Patti) (Entered: 11/22/2014) |
| 11/24/2014 | 113 | Minute Entry for proceedings held before Honorable Stephen P. Friot: Status Conference held on 11/24/2014 re Commissioner of DPS' production of discovery as ordered at 11/13/2014 hrg. (Court Reporter Tracy Washbourne.) (llg) (Entered: 11/24/2014) |
| 11/24/2014 | 114 | UNOPPOSED MOTION for Order *to Release Records* by All Plaintiffs. (Ghezzi, Patti) (Entered: 11/24/2014) |
| 11/24/2014 | 115 | ORDER granting 114 Plaintiffs' Unopposed Motion for Authorization to Release Records. Signed by Honorable Stephen P. Friot on 11/24/14. (llg) (Entered: 11/24/2014) |
| 12/01/2014 | 116 | MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/01/2014) |
| 12/01/2014 | 117 | RESPONSE to Motion re 92 MOTION for Preliminary Injunction filed by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit Attachment D to OP–040301, # 2 Exhibit |

| | | | |
|---|---|---|---|
| | | | OP–040301, # 3 Attachment Osborn v. Shillinger (unpublished table decision))(Stewart, Aaron) (Entered: 12/01/2014) |
| 12/02/2014 | 118 | | ORDER. Any objection by dfts to 116 Plaintiffs' Motion for Request for Additional Time to Respond to 97 Defendants' Motion to Dismiss shall be filed within 3 business days of this date. No reply permitted at this time. Signed by Honorable Stephen P. Friot on 12/2/14. (llg) Modified on 12/2/2014 (llg). (Entered: 12/02/2014) |
| 12/03/2014 | 119 | | OBJECTIONS re 116 MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* filed by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit Letter)(Stewart, Aaron) (Entered: 12/03/2014) |
| 12/03/2014 | 120 | | ORDER granting in part and denying in part 116 Plaintiffs' Motion for Additional Time to Respond to 97 Defendants' MOTION to Dismiss *Plaintiffs' Amended Complaint and Brief in Support*. Plfs' ddl for responding to dfts' mtn to dismiss is extended to 12/8/2014 at 10:00 AM. Signed by Honorable Stephen P. Friot on 12/3/14. (llg) (Entered: 12/03/2014) |
| 12/05/2014 | 121 | | MOTION to Withdraw as Attorney by Tremane Wood. (Attachments: # 1 Attachment Proposed Order)(Culshaw, Kelly) Modified on 12/5/2014 (llg). (Entered: 12/05/2014) |
| 12/05/2014 | 122 | | ORDER granting 121 Motion to Withdraw as Attorney. Attorney Kelly L Culshaw terminated as counsel for plf Tremane Wood. Signed by Honorable Stephen P. Friot on 12/5/14. (llg) (Entered: 12/05/2014) |
| 12/06/2014 | 123 | | NOTICE of Conventional Filing *Plaintiffs' Expedited Motion to Unseal* by Patti P Ghezzi on behalf of All Plaintiffs (Ghezzi, Patti) (STRICKEN by 12/8/2014 Notice from the Court.) Modified on 12/8/2014 (llg). (Entered: 12/06/2014) |
| 12/06/2014 | 124 | | NOTICE of Conventional Filing *Plaintiffs' Expedited Motion to Unseal* by Patti P Ghezzi on behalf of All Plaintiffs (Ghezzi, Patti) (Entered: 12/06/2014) |
| 12/08/2014 | 125 | | RESPONSE to Motion re 97 MOTION to Dismiss *Plaintiffs' Amended Complaint and Brief in Support* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/08/2014) |
| 12/08/2014 | | | NOTICE from the Court STRIKING 123 Notice of Conventional Filing, as it is a blank document and has been correctly refiled at doc. no. 124. (llg) (Entered: 12/08/2014) |
| 12/08/2014 | 126 | | SEALED MOTION by Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood.(llg) (Entered: 12/08/2014) |
| 12/08/2014 | 127 | | ORDER denying 126 Sealed Expedited Motion to Unseal, as fully set out in this order. Signed by Honorable Stephen P. Friot on 12/8/14. (llg) (Entered: 12/08/2014) |

| 12/08/2014 | 128 | | Exhibit List / Witness List *(Final)* by Defendants Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/08/2014) |
|---|---|---|---|
| 12/08/2014 | 129 | | Exhibit List by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 12/08/2014) |
| 12/08/2014 | 130 | | Witness List by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 12/08/2014) |
| 12/09/2014 | 131 | | FIRST MOTION to Compel *Discovery* by All Plaintiffs. (Attachments: # 1 Exhibit 1) Patton Interrogatory Answers, # 2 Exhibit 2) Trammell Interrogatory Answers, # 3 Exhibit 3) Trammell Affidavit)(Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 132 | | SECOND MOTION to Compel *Discovery* by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 133 | | BRIEF IN SUPPORT re 132 SECOND MOTION to Compel *Discovery* by All Plaintiffs. (Attachments: # 1 A) Defendants' Responses to First Requests for Documents, # 2 B) Plaintiffs' First Requests for Production of Documents)(Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 134 | | UNOPPOSED MOTION for Leave to File Excess Pages by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 135 | | UNOPPOSED MOTION for Order *to Allow Video Testimony* by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 136 | | ORDER re 131 FIRST MOTION to Compel 132 SECOND MOTION to Compel *Discovery: The motions are set for hearing on December 12, 2014, at 2:00 p.m. Defendants shall respond to the motions not later than December 11, 2014 at noon. In order to facilitate the courts determination of any privilege or immunity issues raised by the motion at doc. no. 132, the defendants are DIRECTED to deliver to the chambers of the undersigned judge, not later than noon on December 11, copies of all documents that are placed in issue by the motion at doc. no. 132 as to which work product immunity or any privilege is asserted by or on behalf of the defendants. If the issues presented by the motions are resolved by agreement, counsel shall immediately so notify the court. Signed by Honorable Stephen P. Friot on 12/9/14. (kr) (Entered: 12/09/2014)* |
| 12/09/2014 | 137 | | ORDER granting 134 Motion for Leave to File Excess Pages. Signed by Honorable Stephen P. Friot on 12/9/14. (kr) (Entered: 12/09/2014) |

| 12/09/2014 | 138 | ORDER granting 135 Motion for Order. IT IS THEREFORE ORDERED that the Unopposed Motion to Allow Video Testimony is hereby granted and Dr. Cohen and Dr. Lubarsky may appear via video at the preliminary injunction hearing. Signed by Honorable Stephen P. Friot on 12/9/14. (kr) (Entered: 12/09/2014) |
|---|---|---|
| 12/09/2014 | 139 | NOTICE of Conventional Filing *Plaintiffs' Brief on Privilege Issues on Second Motion to Compel Discovery* by Patti P Ghezzi on behalf of All Plaintiffs (Ghezzi, Patti) (Entered: 12/09/2014) |
| 12/09/2014 | 140 | MOTION for Protective Order by Steve Burrage, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/09/2014) |
| 12/09/2014 | 141 | SEALED DOCUMENT by Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, John M Grant, Wendell A Grissom, Marlon D Harmon, Raymond E Johnson, Emmanuel A Littlejohn, James D Pavatt, Kendrick A Simpson, Kevin R Underwood(Re: 139 Notice of Conventional Filing )(Rose, Kathy) (Entered: 12/10/2014) |
| 12/09/2014 | | Set/Reset Deadlines as to 131 FIRST MOTION to Compel *Discovery*, 132 SECOND MOTION to Compel *Discovery*. Responses due by noon on 12/11/2014. Motion Hearing set for 12/12/2014 02:00 PM in Courtroom 305 before Honorable Stephen P. Friot. (llg) (Entered: 12/10/2014) |
| 12/10/2014 | 142 | ORDER. Parties are DIRECTED to provide copies of their testifying experts' Rule 26(a)(2) reports to the court, by delivery to the judge's courtroom deputy, not later than 11:00 AM on 12/11/14. Signed by Honorable Stephen P. Friot on 12/10/14. (llg) (Entered: 12/10/2014) |
| 12/10/2014 | 143 | UNOPPOSED MOTION for Leave */Unopposed Motion by Counsel for Plaintiff Tremane Wood to Appear Telephonically at Hearing on December 12, 2014 at 2:00 p.m.* by Tremane Wood. (Konrad, Robin) (Entered: 12/10/2014) |
| 12/10/2014 | 144 | ORDER granting 143 Unopposed Motion by Counsel for Plaintiff Tremane Wood to Appear Telephonically at Hearing on December 12, 2014, at 2:00 p.m. Signed by Honorable Stephen P. Friot on 12/10/14. (llg) (Entered: 12/10/2014) |
| 12/10/2014 | 145 | ORDER denying 140 Defendants' Motion for Protective Order, as fully set out in this order. Signed by Honorable Stephen P. Friot on 12/10/14. (llg) (Entered: 12/10/2014) |
| 12/11/2014 | 146 | MOTION to Seal Document *Response to Plaintiffs' [Doc. 141]* by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/11/2014) |
| 12/11/2014 | 147 | ORDER granting 146 Defendants' Motion for Leave of Court to File Documents Under Seal. Signed by Honorable Stephen P. Friot on 12/11/14. (llg) (Entered: 12/11/2014) |
| 12/11/2014 | 148 | RESPONSE to Motion re 131 FIRST MOTION to Compel *Discovery* filed by Steve Burrage, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/11/2014) |
| 12/11/2014 | 149 | | RESPONSE to Motion re 132 SECOND MOTION to Compel *Discovery* filed by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Attachments: # 1 Exhibit Document Log, # 2 Exhibit 11/24/2014 Discovery ltr, # 3 Exhibit 11/26/2014 Discovery ltr, # 4 Exhibit 12/02/2014 Discovery ltr, # 5 Exhibit 12/08/2014 Discovery ltr, # 6 Exhibit Privilege Log)(Stewart, Aaron) (Entered: 12/11/2014) |
| 12/11/2014 | 150 | | SEALED DOCUMENT by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware(Re: 132 SECOND MOTION to Compel *Discovery* )(Rose, Kathy) (Entered: 12/11/2014) |
| 12/11/2014 | 151 | | RESPONSE to Motion re 107 MOTION to Add Party filed by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/11/2014) |
| 12/11/2014 | 152 | | NOTICE of Conventional Filing *of Second Motion to Unseal* by Patti P Ghezzi on behalf of All Plaintiffs (Ghezzi, Patti) (Entered: 12/11/2014) |
| 12/12/2014 | 153 | | REPLY by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood re 150 Sealed Document *Response to Privilege Brief* filed by All Plaintiffs. (Attachments: # 1 Exhibit Executive Order)(Ghezzi, Patti) (Entered: 12/12/2014) |
| 12/12/2014 | 154 | | SEALED MOTION by Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood.(Re: 90 Protective Order )(Rose, Kathy) (Entered: 12/12/2014) |
| 12/12/2014 | 155 | | ORDER denying 97 Motion to Dismiss. After careful consideration, defendants motion to dismiss is DENIED without prejudice to the possible re–urging of some of defendants arguments at another stage, if and when appropriate, with arguments carefully tailored to the evidence as it standsat that time. Signed by Honorable Stephen P. Friot on 12/12/14. (kr) (Entered: 12/12/2014) |
| 12/12/2014 | 156 | | Minute Entry for proceedings held before Honorable Stephen P. Friot: Hearing on 131 Plaintiffs' First Motion to Compel Discovery and 132 Plaintiffs' Second Motion to Compel Discovery. Motions denied as set forth in the minute.(Court Reporter Tracy Washbourne.) (jy) (Entered: 12/12/2014) |
| 12/12/2014 | 157 | | Proposed Findings of Fact by Defendants Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/12/2014) |

| 12/12/2014 | 158 | TRIAL BRIEF by Defendants Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/12/2014) |
|---|---|---|
| 12/12/2014 | 159 | Proposed Findings of Fact by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 12/12/2014) |
| 12/12/2014 | 160 | TRIAL BRIEF *Preliminary Hearing Brief* by Plaintiffs Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood. (Ghezzi, Patti) (Entered: 12/12/2014) |
| 12/15/2014 | 161 | MOTION in Limine *and Brief in Support* by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/15/2014) |
| 12/15/2014 | 162 | Minute Order. Proceedings held before Honorable Stephen P. Friot: Pretrial Conference re Preliminary Injunction Hearing held on 12/15/2014. (Court Reporter Tracy Washbourne.) (llg) (Entered: 12/15/2014) |
| 12/16/2014 | 163 | ENTER ORDER striking as moot 112 Plaintiffs' Motion to Quash Subpoenas. Entered at the direction of Honorable Stephen P. Friot on 12/16/14. (llg) (Entered: 12/16/2014) |
| 12/16/2014 | 164 | ENTRY of Appearance by Kim Max Rytter on behalf of Michael Thompson, Stephen J Krise (Rytter, Kim) Modified on 12/16/2014 (llg). (Entered: 12/16/2014) |
| 12/16/2014 | 165 | MOTION to Quash *Subpoena* by Michael Thompson, Stephen J Krise. (Rytter, Kim) Modified on 12/16/2014 (llg). (Entered: 12/16/2014) |
| 12/16/2014 | | Docket Annotation: The docket text for doc. nos. 164 and 165 has been modified to reflect that both filings were made on behalf of both Michael Thompson and Stephen J Krise. (llg) (Entered: 12/16/2014) |
| 12/16/2014 | 166 | RESPONSE to Motion re 165 MOTION to Quash *Subpoena* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/16/2014) |
| 12/17/2014 | 167 | ENTRY of Appearance by Robert D Nelon on behalf of Ziva Branstetter (Nelon, Robert) (Entered: 12/17/2014) |
| 12/17/2014 | 168 | MOTION for Order *for Objection to Sequestration Order and Request for Relief* by Ziva Branstetter. (Nelon, Robert) (Entered: 12/17/2014) |
| 12/19/2014 | 169 | REPLY re 151 Response to Motion by B.J. Stouffer (Attachments: # 1 Envelope)(kr) (Entered: 12/19/2014) |
| 12/19/2014 | 170 | Minute Order. Proceedings held before Honorable Stephen P. Friot: Preliminary Injunction Hearing held on 12/17/2014, 12/18/2014 and |

| | | | |
|---|---|---|---|
| | | | 12/19/2014. 92 MOTION for Preliminary Injunction filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip is TAKEN UNDER ADVISEMENT. As to 168 *Objection to Sequestration Order and Request for Relief* filed by Ziva Branstetter, court rules that Ms. Branstetter will be permitted to remain in the courtroom. 165 MOTION to Quash *Subpoena* filed by Stephen J Krise, Michael Thompson is STRICKEN AS MOOT. Court will rule from the bench on the motion for preliminary injunction at 3:00 PM on 12/22/2014 in Courtroom 305. (Court Reporter Tracy Washbourne.) (llg) (Entered: 12/22/2014) |
| 12/22/2014 | 171 | | ORDER denying 107 Motion for Additional Plaintiff to Proceedings by Bigler J Stouffer II. Signed by Honorable Stephen P. Friot on 12/22/14. (llg) (Entered: 12/22/2014) |
| 12/22/2014 | 172 | | Minute Order. Proceedings held before Honorable Stephen P. Friot: Preliminary Injunction Hearing completed on 12/22/2014. 161 Plaintiffs' MOTION in Limine *and Brief in Support* as to the testimony of Dr. R. Lee Evans is DENIED. 92 MOTION for Preliminary Injunction filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip is without merit and is in all things DENIED. Brief written order to follow. Parties' exhibits are WITHDRAWN. (Court Reporter Tracy Washbourne.) (llg) (Entered: 12/22/2014) |
| 12/22/2014 | 173 | | ORDER denying 92 MOTION for Preliminary Injunction. Follows oral order of 12/22/14. Signed by Honorable Stephen P. Friot on 12/22/14. (llg) (Entered: 12/22/2014) |
| 12/23/2014 | 174 | | MOTION to Appoint Counsel by All Plaintiffs. (Ghezzi, Patti) (Entered: 12/23/2014) |
| 12/23/2014 | 175 | | RESPONSE to Motion re 154 SEALED MOTION by Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, James D Pavatt, Kendrick A filed by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Stewart, Aaron) (Entered: 12/23/2014) |
| 12/23/2014 | 176 | | NOTICE OF APPEAL as to 173 Order – Written Order Following Oral Order on Motion by Benjamin R Cole, Richard E Glossip, John M Grant, Charles F Warner. (Ghezzi, Patti) (Entered: 12/23/2014) |
| 12/23/2014 | 177 | | ORDER granting 174 Motion to Appoint Counsel. Signed by Honorable Stephen P. Friot on 12/23/14. (kr) (Entered: 12/23/2014) |
| 12/23/2014 | 178 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/17/14, 12/18/14, 12/19/14 before Judge Friot. Court Reporter: Tracy Washbourne, Telephone number 405–609–5505. Transcript of: Preliminary Injunction Hearing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/13/2015. Redacted Transcript Deadline set for 1/23/2015. Release of Transcript Restriction set for 3/23/2015. (tw, ) (Entered: 12/23/2014) |

| 12/23/2014 | 179 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/22/14 before Judge Friot. Court Reporter: Tracy Washbourne, Telephone number 405−609−5505. Transcript of: Court's Ruling Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/13/2015. Redacted Transcript Deadline set for 1/23/2015. Release of Transcript Restriction set for 3/23/2015. (tw, ) (Entered: 12/23/2014) |
| --- | --- | --- | --- |
| 12/23/2014 | 180 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 176 Notice of Appeal (kr) (Entered: 12/23/2014) |
| 12/23/2014 | 181 | | Tenth Circuit Court of Appeals USCA Case Number 14−6244 for 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip. (kr) (Entered: 12/24/2014) |
| 12/24/2014 | 182 | | USCA Appeal Fee received in the amount of $ 505, receipt number OKW500043906, re 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip (kr) (Entered: 12/24/2014) |
| 12/24/2014 | 183 | | DESIGNATION of Record on Appeal by Benjamin R Cole, Richard E Glossip, John M Grant, Charles F Warner re 176 Notice of Appeal (Attachments: # 1 Attachment Docket Sheet)(Ghezzi, Patti) (Entered: 12/24/2014) |
| 12/24/2014 | 184 | | LETTER – Record Sent Electronically to USCA Volume(s) 3 re 176 Notice of Appeal (kr) (Entered: 12/24/2014) |
| 12/30/2014 | 185 | | STATUS/SCHEDULING CONFERENCE DOCKET: Scheduling Conference set for 2/2/2015 09:00 AM in Chambers before Honorable Stephen P. Friot. Status Report due by 1/29/2015. (llg) (Entered: 12/30/2014) |
| 01/06/2015 | 186 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 12/15/14 before Judge Friot. Court Reporter: Tracy Washbourne, Telephone number 405−609−5505. re 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip Transcript of: Pretrial conference hearing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/27/2015. Redacted Transcript Deadline set for 2/6/2015. Release of Transcript Restriction set for 4/6/2015. (tw, ) (Entered: 01/06/2015) |
| 01/12/2015 | 187 | | USCA OPINION as to 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip. The district court's order denying a preliminary injunction is AFFIRMED. Plaintiffs' emergency motion for a stay of execution pending appeal is DENIED. (kr) Modified on 1/13/2015 (kr). (Entered: 01/13/2015) |
| 01/12/2015 | 188 | | USCA JUDGMENT as to 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip. This case originated in the Western District of Oklahoma and was submitted on the briefs at the direction of the court. The judgment of that court is affirmed. (kr) (Entered: 01/13/2015) |

| 01/13/2015 | | | Docket Annotation: Doc. 187 docket text changed to correct spelling error. (kr) Modified on 1/13/2015 (llg). (Entered: 01/13/2015) |
| 01/14/2015 | 189 | | PETITION FOR WRIT OF CERTIORARI re Supreme Court Number: 14–7955. (kr) (Entered: 01/15/2015) |
| 01/15/2015 | 190 | | STAY OF EXECUTION Denied. (kr) Modified on 1/16/2015 (kr). (Entered: 01/16/2015) |
| 01/16/2015 | | | Docket Annotation:Docket text changed on Doc. 190 to properly reflect the pleading. (kr) (Entered: 01/16/2015) |
| 01/20/2015 | 191 | | ORDER regarding 154 Plaintiffs' Sealed Second Motion to Unseal Pursuant to the Protective Order (as fully set out in this order). Signed by Honorable Stephen P. Friot on 1/20/15. (llg) (Entered: 01/20/2015) |
| 01/22/2015 | 192 | | NOTICE (other) by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware re 191 Order on Sealed Motion (Stewart, Aaron) (Entered: 01/22/2015) |
| 01/23/2015 | 194 | | PETITION FOR WRIT OF CERTIORARI Granted. The motion of petitioners for leave to proceed in forma pauperis and the petition for a writ of certiorari are granted. (kr) (Entered: 01/26/2015) |
| 01/26/2015 | 193 | | ENTER ORDER striking 2/2/15 status/scheduling conference, striking 1/29/15 ddl for filing of jt status report, to be reset at a later date. Entered at the direction of Honorable Stephen P. Friot on 1/26/15. (llg) (Entered: 01/26/2015) |
| 01/28/2015 | 195 | | ORDER of United States Supreme Court as to 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip. Respondents application for stays of execution of sentences of death presented to Justice Sotomayor and by her referred to the Court is granted and it is hereby ordered that petitioners executions using midazolam are stayed pending final disposition of this case. (kr) (Entered: 01/28/2015) |
| 02/03/2015 | 196 | | ORDER of USCA as to 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip. In light of the grant of certiorari review in this matter, the mandate of this court is stayed pending the United States Supreme Courts final disposition. See Fed. R. App. P. 41(d)(2)(B). (kr) (Entered: 02/04/2015) |
| 02/24/2015 | 197 | | SEALED DOCUMENT by Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood(Re: 175 Response to Motion, )(Rose, Kathy) (Entered: 02/25/2015) |
| 03/04/2015 | 198 | | SEALED DOCUMENT by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware(Re: 191 Order on Sealed Motion )(Rose, Kathy) (Entered: 03/04/2015) |

| | | | |
|---|---|---|---|
| 03/16/2015 | 199 | | SEALED DOCUMENT by Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Charles F Warner, Tremane Wood(Re: 198 Sealed Document)(llg) (Entered: 03/16/2015) |
| 03/17/2015 | 200 | | NOTICE (other) by Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware re 191 Order on Sealed Motion *Regarding Production* (Stewart, Aaron) (Entered: 03/17/2015) |
| 03/18/2015 | 201 | | RESPONSE re 200 Notice (other) *Notice to the Court* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 03/18/2015) |
| 03/19/2015 | 202 | | USCA LETTER re 195 USCA Order. (kr) (Entered: 03/19/2015) |
| 03/27/2015 | 203 | | ORDER granting in part and denying in part, as stated in this order, 154 Plaintiffs' Sealed Second Motion to Unseal Pursuant to the Protective Order. The restraint of the protective order in this case shall not apply to the passages that the court has, in this order, determined shall not be redacted. Signed by Honorable Stephen P. Friot on 3/27/15. (llg) (Entered: 03/27/2015) |
| 06/29/2015 | 204 | | Opinion of the Court, affirming the judgment of the Court of Appeals for the Tenth Circuit.(kr) Modified on 6/30/2015 (kr). (Entered: 06/30/2015) |
| 06/30/2015 | | | Docket Annotation:Docket text of Doc. 204 corrected to reflect correct pleading. (kr) (Entered: 06/30/2015) |
| 07/01/2015 | 205 | | UNOPPOSED MOTION for Leave to File Excess Pages by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 07/01/2015) |
| 07/01/2015 | 206 | | ORDER granting 205 Defendants' Unopposed Motion to File Oversized Brief. Signed by Honorable Stephen P. Friot on 7/1/15. (llg) (Main Document 206 replaced on 7/1/2015) (llg). (Entered: 07/01/2015) |
| 07/01/2015 | | | Docket Annotation: The document attached at doc. no. 206 has been replaced with a corrected document. The nef for doc. no. 206 will be regenerated. (llg) (Entered: 07/01/2015) |
| 07/01/2015 | 207 | | ENTER ORDER. Status/Scheduling Conference set for 7/7/2015 11:00 AM in Chambers before Honorable Stephen P. Friot. Entered at the direction of Honorable Stephen P. Friot on 7/1/15. (llg) (Entered: 07/01/2015) |
| 07/06/2015 | 208 | | NOTICE (other) by Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware *Regarding Execution Protocol* (Attachments: # 1 Exhibit 1 – OP–040301 – Effective 6.30.15, # 2 Exhibit 2 – Summary of Changes to Protocol)(Hadden, John) (Entered: 07/06/2015) |
| 07/07/2015 | 209 | | SCHEDULING ORDER: Motions to join due 8/1/15; Motions to amend due 8/1/15; Pla expert witness list and expert reports due 11/20/15; Dft expert witness list and expert reports due 21 days t/a; Pla witness list due 12/10/15; |

| | | |
|---|---|---|
| | | Dft witness list due 14 days t/a; Pla exhibit list due 12/10/15; Dft exhibit list due 14 days t/a; Motions in limine due 3/22/16; Trial briefs due 3/22/16; Proposed Findings of Fact and Conclusions due 3/22/16; Bench Trial set for 4/12/2016 09:30 AM in Courtroom 305 before Honorable Stephen P. Friot. Discovery due by 3/15/2016. Dispositive & Daubert Motions due by 1/1/2016. Pretrial Report due by 3/22/2016. The scheduling that is put in place by this Scheduling Order is not indicative of the appropriateness of entry of a stay of execution by this court as to any present or future plfs in this action. Both sides are granted leave to file dispositive mtns & responses to dispositive mts of up to 50 pgs in length. From this point forward, the style of this case shall be Richard E. Glossip, et al. v. Kevin J. Gross, et al. Entered at the direction of Honorable Stephen P. Friot on 7/7/15. (llg) (Entered: 07/07/2015) |
| 07/08/2015 | 210 | NOTICE (other) by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware *of Execution Dates* (Attachments: # 1 Exhibit 1 – Okla. Court of Crim. App. Orders Setting Executions of Glossip, Cole & Grant)(Joseph, Jeb) (Entered: 07/08/2015) |
| 08/03/2015 | 211 | MOTION to Amend/Correct *Complaint and to Name Additional Defendants* by Brenda E Andrew, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Richard S Fairchild, Richard E Glossip, John M Grant, Wendell A Grissom, Phillip D Hancock, Marlon D Harmon, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Alfred B Mitchell, James D Pavatt, Kendrick A Simpson, Kevin R Underwood, Tremane Wood. (Attachments: # 1 Attachment Second Amended Complaint)(Ghezzi, Patti) (Entered: 08/03/2015) |
| 08/07/2015 | 212 | RESPONSE in Opposition re 211 MOTION to Amend/Correct *Complaint and to Name Additional Defendants and Brief in Support* filed by Steve Burrage, Kevin J Gross, Gene Haynes, Frazier Henke, Linda K Neal, Robert C Patton, Michael W Roach, Anita K Trammell, Earnest D Ware. (Hadden, John) (Entered: 08/07/2015) |
| 08/10/2015 | 213 | REPLY to Response to Motion re 211 MOTION to Amend/Correct *Complaint and to Name Additional Defendants* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 08/10/2015) |
| 08/11/2015 | 214 | ORDER granting 211 Plaintiff's Motion for Leave to Amend Complaint and to Name Additional Defendants. Plfs may file their Second Amended Complaint within 3 business days of this date. If they fail to do so, this action will proceed under the First Amended Complaint. Signed by Honorable Stephen P. Friot on 8/11/15. (llg) (Entered: 08/11/2015) |
| 08/11/2015 | 215 | AMENDED COMPLAINT *Second* against All Defendants filed by All Plaintiffs.(Ghezzi, Patti) (Entered: 08/11/2015) |
| 08/12/2015 | 216 | Summons Issued Electronically as to Edward Evans, John T Holder, Irma J Newburn, David Parker, James M Tilly, Greg Williams. (kr) (Entered: 08/12/2015) |
| 08/12/2015 | 217 | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, |

| | | | |
|---|---|---|---|
| | | | Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Edward Evans served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/12/2015 | 218 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. John T Holder served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/12/2015 | 219 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Irma J Newburn served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/12/2015 | 220 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. David Parker served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/12/2015 | 221 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. James M Tilly served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/12/2015 | 222 | | SUMMONS Returned Executed by Tremane Wood, John M Grant, Shelton D Jackson, James A Coddington, Phillip D Hancock, Richard E Glossip, Kevin R Underwood, Alfred B Mitchell, Raymond E Johnson, Emmanuel A Littlejohn, Kendrick A Simpson, Richard S Fairchild, Benjamin R Cole, Marlon D Harmon, James D Pavatt, Brenda E Andrew, Wendell A Grissom, Carlos Cuesta–Rodriguez, Julius D Jones, Nicholas A Davis. Greg Williams served on 8/12/2015. (Ghezzi, Patti) (Entered: 08/12/2015) |
| 08/18/2015 | 223 | | MOTION for Summary Judgment *as Fairchild's Claims and Brief in Support* by Robert C Patton. (Attachments: # 1 Exhibit 1 – 2015–08–11 – Ghezzie ltr re drugs to use in execution, # 2 Exhibit 2 – Transcript of Prelim. Injunct Hearing, # 3 Exhibit 3 – Warner Execution Timeline dated 1.15.15, # 4 Attachment Osborn v Shillinger (unpublished case))(Stewart, Aaron) (STRICKEN AS WITHDRAWN pursuant to doc. no. 252 and 10/2/2015 Notice from the Court.) Modified on 10/2/2015 (llg). (Entered: 08/18/2015) |
| 08/19/2015 | 224 | | ORDER. The court notes the filing of 223 Director Patton's Motion for Summary Judgment as to Plaintiff Fairchild's Claims. Under the circumstances |

| | | | |
|---|---|---|---|
| | | | of this case, the court will observe, at least preliminarily, that it does not appear that the filing of multiple mtns under Rule 56 by any one dft would be necessary or desirable. The court will, of course, proceed to address Director Patton's mtn in due course, after it is at issue. However, the court gives no assurance that it will permit the filing of multiple mtns, by any one dft, under Rule 56. Signed by Honorable Stephen P. Friot on 8/19/15. (llg) (Entered: 08/19/2015) |
| 08/24/2015 | 225 | | ENTRY of Appearance by John D Hadden on behalf of Edward Evans, John T Holder, Irma J Newburn, David Parker, James M Tilly, Greg Williams (Hadden, John) (Entered: 08/24/2015) |
| 08/24/2015 | 226 | | ENTRY of Appearance by Jeb E Joseph on behalf of Edward Evans, John T Holder, Irma J Newburn, David Parker, James M Tilly, Greg Williams (Joseph, Jeb) (Entered: 08/24/2015) |
| 08/24/2015 | 227 | | ENTRY of Appearance by Aaron J Stewart on behalf of Edward Evans, John T Holder, Irma J Newburn, David Parker, James M Tilly, Greg Williams (Stewart, Aaron) (Entered: 08/24/2015) |
| 08/24/2015 | 228 | | ANSWER to 215 Amended Complaint by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Linda K Neal, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Earnest D Ware, Greg Williams.(Stewart, Aaron) (Entered: 08/24/2015) |
| 08/28/2015 | 229 | | ORDER of Supreme Court. Rehearings Denied. (kr) (Entered: 08/28/2015) |
| 08/28/2015 | 230 | | USCA MANDATE Issued re 176 Notice of Appeal filed by John M Grant, Charles F Warner, Benjamin R Cole, Richard E Glossip (kr) (Entered: 08/28/2015) |
| 09/08/2015 | 231 | | UNOPPOSED MOTION for Extension of Time to File Response/Reply *to Defendant Patton's Motion for Summary Judgment* by Richard S Fairchild. (Ghezzi, Patti) (Entered: 09/08/2015) |
| 09/08/2015 | 232 | | ORDER granting 231 Unopposed Motion by Plaintiff Richard Fairchild to Extend Time to File Response to 223 Defendant Patton's MOTION for Summary Judgment *as to Fairchild's Claims and Brief in Support*. Response due by 9/11/2015. Signed by Honorable Stephen P. Friot on 9/8/15. (llg) (Entered: 09/08/2015) |
| 09/09/2015 | 233 | | SECOND MOTION for Extension of Time to File Response/Reply *to Defendant Patton's Motion for Summary Judgment* by Richard S Fairchild. (Ghezzi, Patti) (Entered: 09/09/2015) |
| 09/09/2015 | 234 | | ORDER granting 233 Second Unopposed Motion by Plaintiff Richard Fairchild to Extend Time to File Response to 223 Defendant Patton's MOTION for Summary Judgment *as to Fairchild's Claims and Brief in Support*. Response due by 9/14/2015. Signed by Honorable Stephen P. Friot on 9/9/15. (llg) (Entered: 09/09/2015) |
| 09/15/2015 | 235 | | RESPONSE in Opposition re 223 MOTION for Summary Judgment *as Fairchild's Claims and Brief in Support* filed by Richard S Fairchild. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # |

| | | |
|---|---|---|
| | | 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit)(Ghezzi, Patti) (Entered: 09/14/2015) |
| 09/15/2015 | | NOTICE from the Court re 235 Plaintiff Richard Fairchild's Opposition to Defendant Patton's Motion for Summary Judgment. Counsel for plaintiff Richard Fairchild is DIRECTED, in future filings, to comply with the court's ECF Policies & Procedures Manual, Section II.A.4.a. – "... A description [more than just the exhibit no.] of the numbered exhibit must be provided in the docket entry...." Failure to comply in the future may result in filings being stricken. (llg) (Entered: 09/15/2015) |
| 09/16/2015 | 236 | EMERGENCY MOTION for Preliminary Injunction by Richard E Glossip. (Attachments: # 1 Exhibit Letter to Patti Ghezzi from Jeb Joseph regarding discovery, dated September 15, 2015, # 2 Exhibit Letter to Jeb Joseph from Patti Ghezzi–Redacted, dated September 15, 2015, # 3 Exhibit Email to Jeb Joseph from Patti Ghezzi, # 4 Exhibit Expert Report of Craig Stevens, Ph.D., Determination of the Intravenous Dose of Midazolam that Produces a Ceiling Effect in the Human Brain, September 10, 2015, # 5 Exhibit Declaration of Kimberly Ludwig, dated September 11, 2015, # 6 Exhibit Declaration of Julie Gardner, dated September 11, 2015, # 7 Exhibit Execution List 2015, Death Penalty Information Center, # 8 Exhibit Texas Department of Criminal Justice, Executed Offenders, # 9 Exhibit Letter to Patti Ghezzi from Jeb Joseph, dated September 16, 2015)(Ghezzi, Patti) (Entered: 09/16/2015) |
| 09/16/2015 | 237 | ORDER Setting Hearing on 236 Plaintiff Richard E. Glossip's EMERGENCY MOTION for Preliminary Injunction: Motion Hearing set for 9/25/2015 08:00 AM in Courtroom 305 before Honorable Stephen P. Friot. Responses due by 9/23/2015. Signed by Honorable Stephen P. Friot on 9/16/15. (llg) (Entered: 09/16/2015) |
| 09/16/2015 | 238 | NOTICE (other) by Richard E Glossip (Attachments: # 1 Exhibit Order Granting Emergency Request for Stay of Execution and Resetting Execution Date)(Ghezzi, Patti) (Entered: 09/16/2015) |
| 09/16/2015 | 239 | MOTION for Extension of Time *to File Reply* by Robert C Patton. (Stewart, Aaron) Modified on 9/16/2015 (llg). (Entered: 09/16/2015) |
| 09/16/2015 | 240 | ORDER granting 239 Defendant's Motion for Extension of Time to File Reply re 223 MOTION for Summary Judgment *as to Fairchild's Claims and Brief in Support*. Reply due by 9/23/2015. Signed by Honorable Stephen P. Friot on 9/16/15. (llg) (Entered: 09/16/2015) |
| 09/22/2015 | 241 | MOTION to Quash *Subpoena* by Robert C Patton. (Attachments: # 1 Exhibit 1 – Subpoena to Testify at Depo to Director Patton, # 2 Exhibit 2 – Email dated 9/03/15, # 3 Exhibit 3 – Email dated 9/11/15 at 1:25:44pm, # 4 Exhibit 4 – Email dated 9/11/15 at 2:21:18pm, # 5 Exhibit 5 – Excerpts of OP–040301 – Effective 9/30/14)(Joseph, Jeb) (Entered: 09/22/2015) |
| 09/22/2015 | 242 | RESPONSE to Motion re 241 MOTION to Quash *Subpoena* filed by Richard E Glossip. (Ghezzi, Patti) (Entered: 09/22/2015) |
| 09/22/2015 | 243 | ENTER ORDER striking as moot 241 Defendant Robert Patton's Objection and Motion to Quash Subpoena and Brief in Support. Entered at the direction of Honorable Stephen P. Friot on 9/22/15. (llg) (Entered: 09/22/2015) |

| 09/22/2015 | 244 | NOTICE (other) by Richard E Glossip (Ghezzi, Patti) (Entered: 09/22/2015) |
|---|---|---|
| 09/23/2015 | 245 | ENTER ORDER. In light of the filing of 244 Notice of Withdrawal of Emergency Motion for Preliminary Injunction on behalf of Richard E. Glossip, the court STRIKES AS WITHDRAWN 236 Emergency Motion for Preliminary Injunction on behalf of Plaintiff Richard E. Glossip and STRIKES 9/25/15 hearing on same. Entered at the direction of Honorable Stephen P. Friot on 9/23/15. (llg) (Entered: 09/23/2015) |
| 09/23/2015 | 246 | REPLY to Response to Motion re 223 MOTION for Summary Judgment *as Fairchild's Claims and Brief in Support* filed by Robert C Patton. (Attachments: # 1 Exhibit 1 – Affidavit of Shawn Dodson, # 2 Exhibit 2 – Affidavit of David Parker, # 3 Exhibit 3 – Petition – Lockett v Patton – CV–14–637, # 4 Exhibit 4 – Order – Lockett v Patton – O–14–361)(Stewart, Aaron) (Entered: 09/23/2015) |
| 09/24/2015 | 247 | UNOPPOSED MOTION to Supplement *Opposition to Defendant Patton's Motion for Summary Judgment* by Richard S Fairchild. (Attachments: # 1 Exhibit 24) Decl. of Robert Lee, # 2 Exhibit 24–A) Letter from VDOC dated 9–16–15, # 3 Exhibit 24–B) DEA receipt, # 4 Exhibit 24–C) photo of pento bottles, # 5 Exhibit 25) Decl. of Patti Ghezzi, # 6 Exhibit 25–A) Email dated 8–19–15, # 7 Exhibit 25–B) Email dated 8–21–15, # 8 Exhibit 25–C) Email dated 8–21–15, # 9 Exhibit 25–D) Email dated 8–25–15, # 10 Exhibit 25–E) Email dated 9–3–15, # 11 Exhibit 25–F) Email dated 9–23–15, # 12 Exhibit 25–G) Email dated 9–18–15)(Ghezzi, Patti) (Entered: 09/24/2015) |
| 09/25/2015 | 248 | ORDER granting 247 Plaintiff Fairchild's Motion to Supplement His Opposition to Defendant Patton's Motion for Summary Judgment. The supplement shall be filed within 3 business days of this date. Any response to the supplement which is necessary shall be filed within 7 days of the filing of the supplement. Signed by Honorable Stephen P. Friot on 9/25/15. (llg) (Entered: 09/25/2015) |
| 09/30/2015 | 249 | RESPONSE in Opposition re 223 MOTION for Summary Judgment *as Fairchild's Claims and Brief in Support Supplement* filed by Richard S Fairchild. (Attachments: # 1 Exhibit Dec of R Lee, # 2 Exhibit Ltr from VDOC 9–16–15, # 3 Exhibit DEA Receipt, # 4 Exhibit photos of pento bottles, # 5 Exhibit 2nd Dec of P Ghezzi, # 6 Exhibit Email dated 8–19–15, # 7 Exhibit Email dated 8–21–15, # 8 Exhibit Email dated 8–21–15, # 9 Exhibit Email dated 8–25–15, # 10 Exhibit Email dated 9–3–15, # 11 Exhibit Email dated 9–23–15, # 12 Exhibit Email dated 9–18–15, # 13 Exhibit Email JJ to PG 9–25–15, # 14 Exhibit Email PG to JJ 9–25–15, # 15 Exhibit TDCJ Execution dates)(Ghezzi, Patti) (Entered: 09/30/2015) |
| 10/01/2015 | 250 | NOTICE (other) by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Linda K Neal, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Earnest D Ware, Greg Williams (Attachments: # 1 Exhibit State's Notice and Request for Stay of Execution Dates)(Hadden, John) (Entered: 10/01/2015) |
| 10/02/2015 | 251 | NOTICE (other) by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Linda K Neal, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K |

| | | | |
|---|---|---|---|
| | | | Trammell, Earnest D Ware, Greg Williams (Attachments: # 1 Exhibit 1 – OCCA Order)(Hadden, John) (Entered: 10/02/2015) |
| 10/02/2015 | 252 | | NOTICE (other) by Robert C Patton *of Withdraw of Motion for Summary Judgment* (Stewart, Aaron) (Entered: 10/02/2015) |
| 10/02/2015 | | | NOTICE from the Court. In light of the filing of 252 Defendant Patton's Notice of Withdrawal of Motion for Summary Judgment, the court STRIKES AS WITHDRAWN 223 Defendant Patton's MOTION for Summary Judgment *as to Fairchild's Claims and Brief in Support*. (llg) (Entered: 10/02/2015) |
| 10/08/2015 | 253 | | MOTION for Leave *to Amend Answer [Doc. 228]* by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Linda K Neal, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Earnest D Ware, Greg Williams. (Stewart, Aaron) (Entered: 10/08/2015) |
| 10/09/2015 | 254 | | RESPONSE in Opposition re 253 MOTION for Leave *to Amend Answer [Doc. 228] to Second Amended Complaint and Plaintiffs' Request for Status Conference* filed by All Plaintiffs. (Ghezzi, Patti) (Entered: 10/09/2015) |
| 10/09/2015 | 255 | | ORDER granting 253 Motion for Leave to Amend Answer. Defendants amended answer is DUE within fourteen days of the date of this order. Plaintiffs response brief includes a request for the court to set another statusconference. The court declines to set another status conference at this time. Accordingly,plaintiffs request (which is improperly embedded in plaintiffs response brief, see LCvR7.1(c)) is DENIED. A party who wishes to raise any scheduling matters may do so by motion. Signed by Honorable Stephen P. Friot on 10/9/15. (kr) (Entered: 10/09/2015) |
| 10/13/2015 | 256 | | MOTION for Leave *to File Sealed Ex Parte Motion for Relief* by Steve Burrage, Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Linda K Neal, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Earnest D Ware, Greg Williams. (Stewart, Aaron) (Entered: 10/13/2015) |
| 10/13/2015 | 257 | | RESPONSE to Motion re 256 MOTION for Leave *to File Sealed Ex Parte Motion for Relief* filed by Richard E Glossip. (Ghezzi, Patti) (Entered: 10/13/2015) |
| 10/14/2015 | 258 | | ORDER granting 256 Defendants' Motion for Leave to File Sealed Ex Parte Motion for Relief. Signed by Honorable Stephen P. Friot on 10/14/15. (llg) (Entered: 10/14/2015) |
| 10/16/2015 | 259 | | NOTICE (other) by All Plaintiffs *Joint Stipulation for Administrative Closing of Case* (Konrad, Robin) (Entered: 10/16/2015) |
| 10/16/2015 | 260 | | ADMINISTRATIVE CLOSING ORDER granting 259 Joint Stipulation for Administrative Closing of Case, as fully set out in this order. Signed by Honorable Stephen P. Friot on 10/16/15. (llg) (Entered: 10/16/2015) |
| 11/08/2018 | 261 | | MOTION to Join filed by Wade Lay. (Attachments: # 1 Exhibit 1 Court Documents Regarding Lay, # 2 Exhibit 2 Misc. Documents Regarding CIV–17–1224–D, # 3 Envelope)(kr) Modified on 11/15/2018 (llg). (Entered: 11/09/2018) |

| 11/15/2018 | 262 | ORDER striking 261 MOTION to Join filed by Wade Lay, w/o prejudice to refiling at such time as this action is reopened, or if & when any steps are taken by the State of Okla or any of its employees, contractors or agents, or by any of the dfts in this action, to set an execution date specific to Mr. Lay or to otherwise proceed with Mr. Lay's execution. If any such event occurs, then Mr. Lay may, at that time, file a new mtn seeking leave to intervene in this action as a party plf. The clerk is DIRECTED to return Mr. Lay's original papers to him & to send Mr. Lay a copy of 260 Administrative Closing Order, along with a copy of this order. Signed by Honorable Stephen P. Friot on 11/15/2018. (llg) (Entered: 11/15/2018) |
| 12/06/2018 | 263 | MOTION to Join filed by Wade Lay. (Attachments: # 1 Envelope)(kr) (Entered: 12/07/2018) |
| 12/06/2018 | 264 | MOTION for Evidentiary Hearing and Necessary Order of Protection filed by Wade Lay. (Attachments: # 1 Envelope)(kr) (Entered: 12/07/2018) |
| 12/10/2018 | 265 | ORDER denying 263 Wade Lay's Motion for Joinder of Parties; denying 264 Wade Lay's Motion for Evidentiary Hearing and Necessary Order of Protection. Signed by Honorable Stephen P. Friot on 12/10/2018. (llg) (Entered: 12/10/2018) |
| 12/10/2018 | 266 | ADDENDUM to Motion for Evidentiary Hearing and Necessary Injunctive Relief filed by Wade Lay. (Attachments: # 1 Envelope)(kr) Modified on 12/11/2018 (llg). (Entered: 12/11/2018) |
| 12/11/2018 |  | Docket Annotation: The docket text for doc. no. 266 has been modified to reflect that the filing is an "Addendum" to Motion for Evidentiary Hearing and Necessary Injunctive Relief. (llg) (Entered: 12/11/2018) |
| 01/02/2019 | 267 | NOTICE OF APPEAL as to 262 Order, 265 Order on Motion for Order, Order on Motion for Hearing filed by Wade Lay. (Attachments: # 1 Envelope)(ac) (Entered: 01/04/2019) |
| 01/04/2019 | 268 | ORDER re 267 Notice of Appeal by Wade Lay. The court has DIRECTED the Clerk of this Court to docket Mr. Lay's latest submission as a Notice of Appeal to the Tenth Circuit Court of Appeals. The submission repeatedly refers to this "notice of appeal" or to this "appeal," and appears to challenge orders which have been entered in this action. See, e.g., references to this court's orders (doc. nos. 260, 262) on the second page of Mr. Lay's submission. Mr. Lay is not currently a party in this action. Signed by Honorable Stephen P. Friot on 1/4/2019. (llg) (Entered: 01/04/2019) |
| 01/04/2019 | 269 | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 267 Notice of Appeal (ac) (Entered: 01/04/2019) |
| 01/07/2019 | 270 | Tenth Circuit USCA Case Number 19–6002 for 267 Notice of Appeal. Prisoner case docketed. DATE RECEIVED: 01/04/2009. Fee or 1915 forms due 02/06/2019 for Wade Lay. Notice of appearance due on 02/06/2019 for Wade Lay, and Notice of appearance due on 01/22/2019 for Brenda E. Andrew, James A. Coddington, Benjamin R. Cole, Carlos Cuesta–Rodriguez, Nicholas Alexander Davis, Edward Evans, Warden, Richard S. Fairchild, Richard E. Glossip, John M. Grant, Wendell A. Grissom, Kevin J. Gross, Phillip D. Handock, Marlon D. Harmon, Gene Haynes, Frazier Henke, John T. |

| | | | Holder, Shelton D. Jackson, Raymond E. Johnson, Julius D. Jones, Emmanuel A. Littlejohn, Alfred B. Mitchell, Irma J. Newburn, David Parker, Robert C Patton, James D. Pavatt, Michael W. Roach, Kendrick A. Simpson, James M. Tilly, Anita K. Trammell, Kevin R. Underwood, Greg Williams and Tremane Wood. [19−6002] (ac) (Entered: 01/08/2019) |
| 01/18/2019 | 271 | | MOTION for Order by Wade Lay titled Motion for Related Documents. (ac) (Entered: 01/23/2019) |
| 01/23/2019 | 272 | | **(TEXT ONLY) ORDER** terminating as moot 271 Motion for Related Documents filed by Wade Lay. The motion has been addressed by the clerk's correspondence with Mr. Lay. Entered at the direction of Honorable Stephen P. Friot on 1/23/2019. (llg) (Entered: 01/23/2019) |
| 01/29/2019 | 273 | | NOTICE (other) by Wade Lay re 267 Notice of Appeal (Attachments: # 1 Envelope)(ac) (Entered: 01/29/2019) |
| 02/01/2019 | 274 | | ENTRY of Appearance by Richard N Mann on behalf of Edward Evans, John T Holder, Irma J Newburn, David Parker, Robert C Patton, James M Tilly, Anita K Trammell, Greg Williams (Mann, Richard) (Entered: 02/01/2019) |
| 02/01/2019 | 275 | | ENTRY of Appearance by Lexie P Norwood on behalf of Edward Evans, John T Holder, Irma J Newburn, David Parker, Robert C Patton, James M Tilly, Anita K Trammell, Greg Williams (Norwood, Lexie) (Entered: 02/01/2019) |
| 02/01/2019 | 276 | | MOTION to Withdraw *Allow Withdrawal and Substitution of Counsel* by Edward Evans, John T Holder, Irma J Newburn, David Parker, Robert C Patton, James M Tilly, Anita K Trammell, Greg Williams. (Mann, Richard) Modified on 2/4/2019 (llg). (Entered: 02/01/2019) |
| 02/04/2019 | 277 | | ORDER granting 276 Motion to Allow Withdrawal and Substitution of Counsel. Attorney John D Hadden withdrawn. Richard N Mann substituted. Signed by Honorable Stephen P. Friot on 2/4/2019. (llg) (Entered: 02/04/2019) |
| 02/08/2019 | | | Docket Annotation: Mailed documents 267 and 273 to the Supreme Court of the United StatesAtt: Clerk of Court1 First St, NEWashington, DC 20543 (ac) (Entered: 02/08/2019) |
| 02/08/2019 | 278 | | ORDER of USCA as to 267 Notice of Appeal. Frap 42; Procedural termination without judicial action; Clerk of the Court. [19−6002 (ac) (Entered: 02/11/2019) |
| 02/08/2019 | 279 | | USCA MANDATE Issued re 267 Notice of Appeal. Mandate issued. [19−6002] (ac) (Entered: 02/11/2019) |
| 02/12/2019 | 280 | | ORDER AND JUDGMENT of USCA as to 267 Notice of Appeal. Frap 42; Procedural termination without judicial action; Clerk of the Court. [19−6002] (ac) (Entered: 02/13/2019) |
| 02/27/2020 | 281 | | ENTRY of Appearance by Michael W Lieberman on behalf of All Plaintiffs (Lieberman, Michael) (Entered: 02/27/2020) |
| 02/27/2020 | 282 | | ENTRY of Appearance by Emma V Rolls on behalf of All Plaintiffs (Rolls, Emma) (Entered: 02/27/2020) |
| 02/27/2020 | 283 | | MOTION to Reopen Case by All Plaintiffs. (Attachments: # 1 Exhibit ODOC Policy No. OP−040301, # 2 Exhibit Interim Grand Jury Report, # 3 Exhibit |

| | | | |
|---|---|---|---|
| | | | 2–13–2020 letter to P. Ghezzi from M. Mansinghani)(Lieberman, Michael) (Entered: 02/27/2020) |
| 03/03/2020 | 284 | | MOTION for Extension of Time *to File Second Amended Complaint* by All Plaintiffs. (Lieberman, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | 285 | | MOTION for Leave to Appear Pro Hac Vice *of Harry P. Cohen* by All Plaintiffs. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice)(Lieberman, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | 286 | | MOTION for Leave to Appear Pro Hac Vice *of James Stronski* by All Plaintiffs. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice)(Lieberman, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | 287 | | MOTION for Leave to Appear Pro Hac Vice *of Michael K. Robles* by All Plaintiffs. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice)(Lieberman, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | 288 | | Receipt for Money Received from All Plaintiffs in the amount of $150.00, receipt number OKW500078901 regarding 286 MOTION for Leave to Appear Pro Hac Vice *of James Stronski*, 285 MOTION for Leave to Appear Pro Hac Vice *of Harry P. Cohen*, 287 MOTION for Leave to Appear Pro Hac Vice *of Michael K. Robles* (rb) (Entered: 03/03/2020) |
| 03/03/2020 | 289 | | ENTRY of Appearance by Mithun S Mansinghani on behalf of Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams (Mansinghani, Mithun) (Entered: 03/03/2020) |
| 03/03/2020 | 290 | | ENTRY of Appearance by Randall J Yates on behalf of Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams (Yates, Randall) (Entered: 03/03/2020) |
| 03/03/2020 | 291 | | ENTRY of Appearance by Zachary P West on behalf of Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams (West, Zachary) (Entered: 03/03/2020) |
| 03/03/2020 | 292 | | ENTRY of Appearance by Bryan G Cleveland on behalf of Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams (Cleveland, Bryan) (Entered: 03/03/2020) |
| 03/03/2020 | 293 | | ENTRY of Appearance by Andy N Ferguson on behalf of Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams (Ferguson, Andy) (Entered: 03/03/2020) |
| 03/03/2020 | 294 | | MOTION to Withdraw *and Substitution of Counsel* by Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams. (Joseph, Jeb) Modified on 3/3/2020 (llg). (Entered: 03/03/2020) |
| 03/03/2020 | 295 | | |

| | | | |
|---|---|---|---|
| | | | **ORDER** granting 285 Motion to Appear Pro Hac Vice, granting 286 Motion to Appear Pro Hac Vice, granting 287 Motion to Appear Pro Hac Vice; provided that Messrs. Cohen, Stronski and Robles submit ECF registration forms and file entries of appearance, consistent with LCvR83.4. Signed by Honorable Stephen P. Friot on 3/3/2020. (llg) (Entered: 03/03/2020) |
| 03/03/2020 | 296 | | **ORDER** granting 294 Defendants' Motion to Allow Withdrawal and Substitution of Counsel. Attorneys Lexie P Norwood, Jeb E Joseph and Richard N Mann withdrawn as counsel for defendants. Signed by Honorable Stephen P. Friot on 3/3/2020. (llg) (Entered: 03/03/2020) |
| 03/04/2020 | 297 | | **ORDER** re 284 Plaintiffs' Partially Unopposed MOTION for Extension of Time *to File Second Amended Complaint*. Scheduling Conference set for 3/12/2020 01:30 PM in Chambers before Honorable Stephen P. Friot (as fully set out in this order). Signed by Honorable Stephen P. Friot on 3/4/2020. (llg) (Entered: 03/04/2020) |
| 03/05/2020 | 298 | | ENTRY of Appearance by Michael K Robles on behalf of All Plaintiffs (Robles, Michael) (Entered: 03/05/2020) |
| 03/05/2020 | 299 | | ENTRY of Appearance by Harry P Cohen on behalf of All Plaintiffs (Cohen, Harry) (Entered: 03/05/2020) |
| 03/05/2020 | 300 | | ENTRY of Appearance by James K Stronski on behalf of All Plaintiffs (Stronski, James) (Entered: 03/05/2020) |
| 03/11/2020 | 301 | | MOTION to Withdraw as Attorney *by Wythe and Pederson and* by Office of the Chief Medical Examiner, State of Oklahoma, Eric Pfeifer MD. (Pederson, Devan) (Entered: 03/11/2020) |
| 03/11/2020 | 302 | | **ORDER** granting 301 Motion to Withdraw as Counsel for Nonparties Eric Pfeifer and the Office of the Chief Medical Examiner. Attorneys Devan A Pederson and Tiffany J Wythe withdrawn. Signed by Honorable Stephen P. Friot on 3/11/2020. (llg) (Entered: 03/11/2020) |
| 03/11/2020 | 304 | | MOTION titled "Co–Plaintiff's (Wade Lay) Motion for Stay of Execution and Evidentiary Hearing (With Brief in Support)" filed by Wade Lay. (Attachments: # 1 Envelope)(ank) (Entered: 03/12/2020) |
| 03/12/2020 | 303 | | MOTION to Enforce *the Terms of the Court's Order Granting Joint Stipulation* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Protocol OP–040301 – Effective 6–30–15, # 2 Exhibit 2 – OP–040301 – Protocol Effective 2–20–20, # 3 Exhibit 3 – Interim Grand Jury Report 5–19–16, # 4 Exhibit 4 – 2–13–20 Notice to P. Ghezzi)(Lieberman, Michael) (Entered: 03/12/2020) |
| 03/12/2020 | 305 | | Minute Order. Proceedings held before Honorable Stephen P. Friot: Scheduling Conference held on 3/12/2020. As to Wade Lay, the court grants an oral motion, through Mr. Wade's new counsel Jim Stronski, for Mr. Lay to intervene as a plf. 304 Wade Lay's Motion for Stay of Execution and Evidentiary Hearing is STRICKEN. 283 Plaintiffs' MOTION to Reopen *Action Which Was Administratively Closed* and 303 Plaintiffs' MOTION to Enforce *the Terms of the Court's Order Granting Joint Stipulation* are set for hearing on 5/5/2020 01:30 PM in Courtroom 401 before Honorable Stephen P. Friot. (llg) (Entered: 03/12/2020) |

| 03/19/2020 | 306 | | RESPONSE to Motion re 283 MOTION to Reopen Case filed by Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams. (Mansinghani, Mithun) (Entered: 03/19/2020) |
| --- | --- | --- | --- |
| 03/19/2020 | 307 | | **ENTER ORDER REOPENING CASE** granting 283 Plaintiffs' MOTION to Reopen *Action Which Was Administratively Closed*. The matters raised in 303 Plaintiffs' Motion to Enforce the Terms of the Court's Order Granting Joint Stipulation will be addressed at the hearing on 5/5/2020. Entered at the direction of Honorable Stephen P. Friot on 3/19/2020. (llg) (Entered: 03/19/2020) |
| 03/24/2020 | 308 | | RESPONSE to Motion re 284 MOTION for Extension of Time *to File Second Amended Complaint* filed by Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams. (Mansinghani, Mithun) (Entered: 03/24/2020) |
| 03/25/2020 | 309 | | **ENTER ORDER Setting Hearing** on 284 Plaintiffs' Partially Unopposed MOTION for Extension of Time *to File Second Amended Complaint*: Motion Hearing set for 5/5/2020 01:30 PM in Courtroom 401 before Honorable Stephen P. Friot. Entered at the direction of Honorable Stephen P. Friot on 3/25/2020. (llg) (Entered: 03/25/2020) |
| 03/26/2020 | 310 | | **(STRICKEN by 3/26/2020 Notice from the Court)** ENTRY of Appearance by Jennifer M Moreno on behalf of Richard E Glossip (Moreno, Jennifer) Modified on 3/26/2020 (llg). (Entered: 03/26/2020) |
| 03/26/2020 | | | **NOTICE from the Court** STRIKING 310 Entry of Appearance by Jennifer M Moreno on behalf of Richard E Glossip. It appears from the document that it was intended to be filed on behalf of all plaintiffs; however, it was filed only on behalf of plaintiff Richard E Glossip. Attorney Moreno is DIRECTED to refile the Entry of Appearance, selecting All Plaintiffs as opposed to just Mr. Glossip. (llg) (Entered: 03/26/2020) |
| 03/26/2020 | 311 | | **(STRICKEN by 3/26/2020 Notice from the Court)** ENTRY of Appearance by Jennifer M Moreno on behalf of Richard E Glossip (Moreno, Jennifer) Modified on 3/26/2020 (llg). (Entered: 03/26/2020) |
| 03/26/2020 | | | **NOTICE from the Court** STRIKING 311 Entry of Appearance by Jennifer M Moreno on behalf of Richard E Glossip. Once again, it appears from the document that it was intended to be filed on behalf of all plaintiffs; however, it was ONCE AGAIN filed only on behalf of plaintiff Richard E Glossip. Attorney Moreno is DIRECTED to refile the Entry of Appearance, selecting All Plaintiffs as opposed to just Mr. Glossip. (llg) (Entered: 03/26/2020) |
| 03/26/2020 | 312 | | **(STRICKEN by 3/26/2020 Notice from the Court)** ENTRY of Appearance by Jennifer M Moreno on behalf of Richard E Glossip (Moreno, Jennifer) Modified on 3/26/2020 (llg). (Entered: 03/26/2020) |
| 03/26/2020 | | | **NOTICE from the Court** STRIKING 312 Entry of Appearance by Jennifer M Moreno on behalf of Richard E Glossip. Once again, it appears from the document that it was intended to be filed on behalf of all plaintiffs; however, it was ONCE AGAIN filed only on behalf of plaintiff Richard E Glossip. If |

| | | | attorney Moreno intends to file the Entry of Appearance only on behalf of Mr. Glossip, the Entry of Appearance document should accurately reflect that. Attorney Moreno is DIRECTED to correctly refile the Entry of Appearance. (llg) (Entered: 03/26/2020) |
|---|---|---|---|
| 03/26/2020 | 313 | | ENTRY of Appearance by Jennifer M Moreno on behalf of Richard E Glossip (Moreno, Jennifer) (Entered: 03/26/2020) |
| 03/31/2020 | 314 | | REPLY to Response to Motion re 284 MOTION for Extension of Time *to File Second Amended Complaint* filed by All Plaintiffs. (Lieberman, Michael) (Entered: 03/31/2020) |
| 04/02/2020 | 315 | | RESPONSE to Motion re 303 MOTION to Enforce *the Terms of the Court's Order Granting Joint Stipulation* filed by Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams. (Attachments: # 1 Exhibit 1 – 2016.07.14 Final Report, # 2 Exhibit 2 – Recipient List, # 3 Exhibit 3 – 2018.11.15 Interim Report)(Mansinghani, Mithun) (Entered: 04/02/2020) |
| 04/09/2020 | 316 | | REPLY to Response to Motion re 303 MOTION to Enforce *the Terms of the Court's Order Granting Joint Stipulation* filed by All Plaintiffs. (Attachments: # 1 Exhibit 2–13–20 Press Conference Transcript, # 2 Exhibit 3–18–20 ltr to Mansinghani, # 3 Exhibit 3–24–20 Mansinghani email)(Lieberman, Michael) (Entered: 04/09/2020) |
| 04/27/2020 | 317 | | ENTRY of Appearance by Alexander L Kursman on behalf of Phillip D Hancock (Kursman, Alexander) (Entered: 04/27/2020) |
| 05/01/2020 | 318 | | NOTICE (other) by All Plaintiffs *of Telephonic Appearance for May 5, 2020 hearing* (Baich, Dale) (Entered: 05/01/2020) |
| 05/05/2020 | 319 | | **Minute Order.** Proceedings held before Honorable Stephen P. Friot: Motion Hearing held on 5/5/2020. 284 Plaintiffs' Partially Unopposed MOTION for Extension of Time *to File Second Amended Complaint* is STRICKEN as moot. 303 Plaintiffs' MOTION to Enforce *the Terms of the Court's Order Granting Joint Stipulation* is DENIED. Dfts' supplementation of production of docs re the training program due 6/5/2020. Plfs' Second Amended Complaint due 7/6/2020. Dfts' response to Second Amended Complaint due within 21 days after the filing of the Second Amended Complaint. (Court Reporter Tracy Thompson.) (llg) (Entered: 05/05/2020) |
| 05/06/2020 | 320 | | **MEMORANDUM**. Follows oral order of 5/5/2020. Signed by Honorable Stephen P. Friot on 5/6/2020. (llg) (Entered: 05/06/2020) |
| 05/21/2020 | 321 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/5/20 before Judge Friot. Court Reporter: Tracy Thompson, Telephone number 405–314–5431. Transcript of: Motion hearing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/11/2020. Redacted Transcript Deadline set for 6/22/2020. Release of Transcript Restriction set for 8/19/2020. (tw, ) (Entered: 05/21/2020) |
| 06/05/2020 | 322 | | |

| | | | NOTICE (other) by Edward Evans, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, David Parker, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell, Greg Williams re 319 Order on Motion for Extension of Time to File, Order on Motion to Enforce, Motion Hearing,,,,,, *OF COMPLIANCE* (Mansinghani, Mithun) (Entered: 06/05/2020) |
|---|---|---|---|
| 06/05/2020 | 323 | | MOTION to Withdraw as Attorney *(Randy A. Bauman)* by All Plaintiffs. (Lieberman, Michael) (Entered: 06/05/2020) |
| 06/08/2020 | 324 | | **ORDER** granting 323 Motion to Withdraw as Attorney. Attorney Randy A Bauman withdrawn as counsel of record. Signed by Honorable Stephen P. Friot on 6/8/2020. (llg) (Entered: 06/08/2020) |
| 07/06/2020 | 325 | | AMENDED COMPLAINT *(THIRD)* against John Doe Executioners #1–10, Scott Crow, Randy Chandler, Betty Gesell, Joseph Griffin, F. Lynn Haueter, Kathryn LaFortune, Stephan Moore, Calvin Prince, T. Hastings Siegfried, Darryl Woodard, Tommy Sharp, Aboutanaa El Habti, Justin Farris, Michael Carpenter, Justin Giudice filed by All Plaintiffs.(Lieberman, Michael) (Entered: 07/06/2020) |
| 07/06/2020 | 326 | | AMENDED COMPLAINT against All Defendants filed by Wade Lay. (Attachments: # 1 Attachment 1 – Legal Arguments, # 2 Exhibit 1 – A: Letter from Counsel, # 3 Exhibit 2 – B: Letter to U.S. Attorney Exh. 977–B, # 4 Envelope)(ank) (Entered: 07/07/2020) |
| 07/20/2020 | | | **IMPORTANT NOTICE:** The United States District Court for the Western District of Oklahoma (OKWD) is upgrading its current CM/ECF system to the Next Generation of CM/ECF (NextGen CM/ECF) on Monday, August 3, 2020. Complete information regarding the OKWD NextGen CM/ECF implementation is available at http://www.okwd.uscourts.gov/nextgen–information.****Currently, you may share a single PACER account with other attorneys in your firm. With the new OKWD NextGen CM/ECF system, sharing of individual PACER accounts is prohibited. You must have an individual upgraded PACER account linked to your e–filing account. Once again, shared PACER accounts cannot be used by OKWD e–filing attorneys. ****Preparing for NextGen CM/ECF is a two–step process. Step one is to upgrade your PACER account and step two is to link your upgraded PACER account to the OKWD e–filing account in the upgraded NextGen CM/ECF system. This notice only addresses the first step because the second step cannot be completed until on or after August 3, 2020. ****Many PACER accounts have already been upgraded. The first step is to determine whether you have an "Upgraded" PACER account. If any of the following is true, you have an upgraded PACER account and no action is required until after the OKWD NextGen CM/ECF upgrade on August 3, 2020: 1) You have an upgraded PACER account for another NextGen court or 2) Your PACER account was created after August 10, 2014. If neither of these is true, you must upgrade your legacy PACER account before you can link your PACER account to your new NextGen CM/ECF account. ****OKWDs current CM/ECF system will NOT be available from 11:00 AM on 07/31/20 until 8:00 AM on 08/03/20 due to the upgrade. ****Additional notices will be sent at a later date regarding the second step of this process. If you have questions, please contact the PACER Service Center at 800–676–6856 or the |

| | | | |
|---|---|---|---|
| | | | OKWD Clerk's Office CM/ECF Help Desk at 405–609–5555. (Pigott, William) (ADI) (Entered: 07/20/2020) |
| 07/21/2020 | 327 | | NOTICE (other) by Wade Lay *Notice of Withdrawal as Counsel for Plaintiff Wade Lay* (Lieberman, Michael) (Entered: 07/21/2020) |
| 07/27/2020 | 328 | | ENTRY of Appearance by Mithun S Mansinghani on behalf of Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice (Mansinghani, Mithun) (Entered: 07/27/2020) |
| 07/27/2020 | 329 | | ENTRY of Appearance by Randall J Yates on behalf of Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice (Yates, Randall) (Entered: 07/27/2020) |
| 07/27/2020 | 330 | | ENTRY of Appearance by Zachary P West on behalf of Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice (West, Zachary) (Entered: 07/27/2020) |
| 07/27/2020 | 331 | | ENTRY of Appearance by Bryan G Cleveland on behalf of Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice (Cleveland, Bryan) (Entered: 07/27/2020) |
| 07/27/2020 | 332 | | ENTRY of Appearance by Andy N Ferguson on behalf of Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice (Ferguson, Andy) (Entered: 07/27/2020) |
| 07/27/2020 | 333 | | MOTION to Dismiss *and Brief in Support* by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell. (Mansinghani, Mithun) (Entered: 07/27/2020) |
| 07/27/2020 | 334 | | MOTION to Strike 326 Amended Complaint *or Dismiss pro se complaint and brief in support* by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell. (Mansinghani, Mithun) (Entered: 07/27/2020) |
| 07/27/2020 | 335 | | ANSWER to 325 Amended Complaint, by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell.(Mansinghani, Mithun) (Entered: 07/27/2020) |
| 07/27/2020 | 336 | | ANSWER to 326 Amended Complaint by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell.(Mansinghani, Mithun) (Entered: 07/27/2020) |
| 07/28/2020 | 337 | | **ORDER FOR SCHEDULING CONFERENCE**. Telephonic Scheduling Conference set for 8/10/2020 10:00 AM before Honorable Stephen P. Friot (as fully set out in this order). Signed by Honorable Stephen P. Friot on 7/28/2020. (Attachment: # 1 Exhibit 1 – List of events)(llg) (Entered: 07/28/2020) |

| 07/28/2020 | 338 | **ORDER** re 328 Entry of Appearance, 329 Entry of Appearance, 330 Entry of Appearance, 331 Entry of Appearance, 332 Entry of Appearance, 333 MOTION to Dismiss *and Brief in Support*, 335 Answer to Amended Complaint. The referenced documents do not include a certificate of service showing service of a paper copy on pro se plf Wade Lay, as required by the local rules and the ECF policies of this court. Defense counsel are REQUIRED to serve these filings on Mr. Lay. They are further required to file, by 7/30/2020, the required certificate of service, evidencing such service on Mr. Lay. All counsel are advised that the obligation to attach a certificate of service to electronically filed documents which shows service of a paper copy on Mr. Lay pertains not only to the filings addressed in this order but also to future filings, so long as Mr. Lay remains in this action as a pro se plf who is not a registered participant in the ECF system. Failure to include the required certificate of service may be grounds to strike future filings. Signed by Honorable Stephen P. Friot on 7/28/2020. (llg) (Entered: 07/28/2020) |
|---|---|---|
| 07/29/2020 | 339 | CERTIFICATE OF SERVICE by Defendants Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell re 328 Entry of Appearance, 335 Answer to Amended Complaint, 329 Entry of Appearance, 333 MOTION to Dismiss *and Brief in Support*, 330 Entry of Appearance, 332 Entry of Appearance, 331 Entry of Appearance (Mansinghani, Mithun) (Entered: 07/29/2020) |
| 08/10/2020 | 340 | **Minute Entry** for proceedings held before Honorable Stephen P. Friot: Scheduling Conference held on 8/10/2020 (as fully set out on the minute sheet). (llg) (Main Document 340 replaced on 8/11/2020) (llg). (Entered: 08/10/2020) |
| 08/14/2020 | 341 | **SCHEDULING ORDER** (as fully set out in the order). Bench Trial set for 5/3/2021 09:00 AM in Courtroom 401 before Honorable Stephen P. Friot. Signed by Honorable Stephen P. Friot on 8/14/2020. (llg) (Entered: 08/14/2020) |
| 08/14/2020 | 342 | MOTION for Injunctive Relief by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 08/17/2020) |
| 08/17/2020 | 343 | RESPONSE in Opposition re 333 MOTION to Dismiss *and Brief in Support* filed by All Plaintiffs. (Lieberman, Michael) (Entered: 08/17/2020) |
| 08/19/2020 | 344 | MOTION for Leave to Respond to the Claim of the Oklahoma Attorney General document 334 335 336 by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 08/20/2020) |
| 08/24/2020 | 345 | REPLY to Response to Motion re 333 MOTION to Dismiss *and Brief in Support* filed by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell. (Mansinghani, Mithun) (Entered: 08/24/2020) |
| 09/02/2020 | 346 | **ORDER** granting in part and denying in part 344 "In re: To Inform the U.S.D.C. W.D./OK. Plaintiffs Motion for Leave to Respond to the Claims of the Okla. Attorney General Document Nos. 334–336 filed on 07/22/2020" filed by Wade Lay (as fully set out in this order). Signed by Honorable Stephen P. Friot on 9/2/2020. (llg) (Entered: 09/02/2020) |

| 09/03/2020 | 347 | | MOTION for Extension of Time to File Response/Reply as to 342 MOTION for Permanent Injunction by Michael Carpenter, Aboutanaa El Habti, Justin Farris, Justin Giudice, Kevin J Gross, Gene Haynes, Frazier Henke, John T Holder, Irma J Newburn, Robert C Patton, Michael W Roach, James M Tilly, Anita K Trammell. (Mansinghani, Mithun) (Entered: 09/03/2020) |
|---|---|---|---|
| 09/03/2020 | 348 | | **ORDER** granting 347 Motion for Extension of Time to Respond to 342 Plaintiff Wade Lay's Motion for a Preliminary Injunction. Response due within 14 days of the court's ruling on 334 Motion to Strike or Dismiss, with no response required if the court's ruling moots the Motion for Injunctive Relief. Signed by Honorable Stephen P. Friot on 9/3/2020. (llg) (Entered: 09/03/2020) |
| 09/15/2020 | 349 | | **ORDER** granting 333 Defendants' Partial Motion to Dismiss. Counts I, III and VIII are DISMISSED under Rule 12(b)(6). Edward Evans, David Parker and Greg Williams, all of whom were previously named as defendants in their official capacities, are likewise DISMISSED under Rule 12(b)(6). All dismissals are with prejudice, and without leave to amend. Signed by Honorable Stephen P. Friot on 9/15/2020. (llg) (Entered: 09/15/2020) |
| 09/15/2020 | 350 | | **SUPPLEMENTAL SCHEDULING ORDER**, supplementing 341 8/14/2020 Scheduling Order. Any motions challenging the admissibility of proposed expert testimony under Daubert or Rule 702 due 2/26/2021 (as fully set out in this order). Signed by Honorable Stephen P. Friot on 9/15/2020. (llg) (Entered: 09/15/2020) |
| 09/18/2020 | 351 | | UNOPPOSED MOTION to Withdraw as Attorney by Brenda E Andrew, Richard E Glossip, Phillip D Hancock, Shelton D Jackson. (Henricksen, Mark) (Entered: 09/18/2020) |
| 09/18/2020 | 352 | | **ORDER** granting 351 Unopposed Motion to Withdraw as Counsel. Attorneys Mark L Henricksen and Lanita Henricksen withdrawn as counsel of record for plfs Richard Glossip, Brenda Andrew, Philip Hancock and Shelton Jackson. Signed by Honorable Stephen P. Friot on 9/18/2020. (llg) (Entered: 09/18/2020) |
| 09/18/2020 | 353 | | LETTER from Wade Lay (Attachments: # 1 Envelope) (dtb) **Modified on 9/21/2020 to correct name of filer.** (llg). (Entered: 09/18/2020) |
| 09/18/2020 | 354 | | RESPONSE to Motion re 334 MOTION to Strike or Dismiss Pro Se Complaint *and Brief in Support*, ADDENDUM to 342 MOTION for Injunctive Relief filed by Wade Lay. (Attachments: # 1 Envelope)(dtb) Modified on 9/21/2020 (llg). (Entered: 09/18/2020) |
| 09/21/2020 | 355 | | LETTER from Wade Lay (Attachments: # 1 Envelope) (dtb) (Entered: 09/22/2020) |
| 09/21/2020 | 356 | | SUPPLEMENT re 354 Response to Motion by Wade Lay titled, "Addendum to Plaintiff's Response to Inform The Court of Illicit Measures By Oklahoma State Penitentiary to Suppress Plaintiff's Rights". (Attachments: # 1 Envelope)(dtb) (Entered: 09/22/2020) |
| 10/01/2020 | 357 | | **ORDER** granting 334 Defendants' Motion to Strike or Dismiss Pro Se Complaint. 326 Wade Lay's Pro Se Amended Complaint is stricken. 342 Wade Lay's Motion for Injunctive Relief is also stricken. Wade Lay remains a pro se |

| | | | |
|---|---|---|---|
| | | | plaintiff in this action. Signed by Honorable Stephen P. Friot on 10/1/2020. (llg) (Entered: 10/01/2020) |
| 10/29/2020 | 358 | | ENTRY of Appearance by Lynne Kolodinsky on behalf of Phillip D Hancock (Kolodinsky, Lynne) (Entered: 10/29/2020) |
| 10/30/2020 | 359 | | MOTION for Leave to Appear Pro Hac Vice *of Pilar R. Stillwater* by All Plaintiffs. (Attachments: # 1 Request for Admission Pro Hac Vice)(Lieberman, Michael) (Entered: 10/30/2020) |
| 10/30/2020 | 360 | | MOTION for Leave to Appear Pro Hac Vice *of Adam J. Singer* by All Plaintiffs. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice)(Lieberman, Michael) (Entered: 10/30/2020) |
| 10/30/2020 | 361 | | MOTION to Compel *Production of Documents and Brief in Support* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Plaintiffs' Request for Production, # 2 Exhibit 2 – Defendant's Response to Plaintiff's 1st Discovery, # 3 Exhibit 3 – Email Communications, # 4 Exhibit 4 – Privilege Log)(Lieberman, Michael) (Entered: 10/30/2020) |
| 10/30/2020 | 362 | | Receipt for Money Received in the amount of $50.00, receipt number OKW500082555 regarding 360 MOTION for Leave to Appear Pro Hac Vice *of Adam J. Singer* (kah) (Entered: 10/30/2020) |
| 10/30/2020 | 363 | | Receipt for Money Received in the amount of $50.00, receipt number OKW500082556 regarding 359 MOTION for Leave to Appear Pro Hac Vice *of Pilar R. Stillwater* (kah) (Entered: 10/30/2020) |
| 11/02/2020 | 364 | | **ORDER** granting 359 Motion to Appear Pro Hac Vice of Pilar R. Stillwater, granting 360 Motion to Appear Pro Hac Vice of Adam J. Singer, provided that Ms. Stillwater and Mr. Singer submit ECF registration forms and file entries of appearance, consistent with LCvR83.4. Signed by Honorable Stephen P. Friot on 11/2/2020. (llg) (Entered: 11/02/2020) |
| 11/04/2020 | 365 | | ENTRY of Appearance by Pilar R. Stillwater on behalf of All Plaintiffs except Wade Lay (Stillwater, Pilar) Modified on 11/25/2020 (llg). (Entered: 11/04/2020) |
| 11/05/2020 | 366 | | ENTRY of Appearance by Adam Singer on behalf of All Plaintiffs except Wade Lay (Singer, Adam) Modified on 11/25/2020 (llg). (Entered: 11/05/2020) |
| 11/05/2020 | 367 | | ENTRY of Appearance by Charles A Dickson, III on behalf of Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard (Dickson, Charles) (Entered: 11/05/2020) |
| 11/17/2020 | 368 | | MOTION to Withdraw as Attorney *(Patti P. Ghezzi)* by All Plaintiffs. (Lieberman, Michael) (Entered: 11/17/2020) |
| 11/17/2020 | 369 | | **ORDER** granting 368 Motion to Allow Withdrawal of Counsel. Attorney Patti P Ghezzi withdrawn as counsel of record. Signed by Honorable Stephen P. Friot on 11/17/2020. (llg) (Entered: 11/17/2020) |
| 11/20/2020 | 370 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE in Opposition re 361 MOTION to Compel *Production of Documents and Brief in Support* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit A – Crow Decl, # 2 Exhibit B – DPP Docs, # 3 Exhibit C – Example Memo, # 4 Exhibit D – Resp to RFP 11.3.2014)(Mansinghani, Mithun) (Entered: 11/20/2020) |
| 11/20/2020 | | | **NOTICE from the Court** re 370 Defendants' Response in Opposition to Plaintiffs' Motion to Compel. Counsel for defendants is DIRECTED, in future filings, to comply with the court's ECF Policies & Procedures Manual, Section II.A.4.a. – "... Do not use alphabetical or alpha–numeric designations for exhibits...." Failure to comply in the future may result in filings being stricken. (llg) (Entered: 11/20/2020) |
| 11/25/2020 | 371 | | MOTION for Order by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 11/25/2020) |
| 11/25/2020 | 372 | | MOTION for Leave by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 11/25/2020) |
| 11/27/2020 | 373 | | REPLY to Response to Motion re 361 MOTION to Compel *Production of Documents and Brief in Support* filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Lieberman, Michael) (Entered: 11/27/2020) |
| 12/02/2020 | 374 | | **ORDER** granting in part and denying in part 371 Motion by Wade Lay; granting in part and denying in part 372 Motion by Wade Lay. The motions are GRANTED to the following, limited extent. The court notes its prior order requiring counsel to serve Mr. Lay with a paper copy of all electronically filed documents and requiring counsel to include a certificate of service to that effect. Given that order, which reflects the court's understanding that Mr. Lay will receive copies of documents filed in this action, the court is confident that the authorities in charge of Mr. Lay's mail will ensure that mail relating to this action is delivered to him as promptly as is reasonable. The clerk is DIRECTED to provide Mr. Lay with three copies of this order to show to institutional authorities, should the need arise. In all other respects Mr. Lay's motions are DENIED. Signed by Honorable Stephen P. Friot on 12/2/2020. (llg) (Entered: 12/02/2020) |
| 12/02/2020 | 375 | | **ORDER** regarding 361 Plaintiffs' Motion to Compel Production of Documents. This order concerns the 24 documents being withheld by dfts based on their assertion of the deliberative privilege. Dfts are DIRECTED to deliver these documents to the courtroom deputy assigned to Judge Friot not later than 10:00 AM on 12/7/2020, for in camera review by the court. Signed |

| | | | |
|---|---|---|---|
| | | | by Honorable Stephen P. Friot on 12/2/2020. (llg) (Entered: 12/02/2020) |
| 12/07/2020 | <u>376</u> | | **ORDER** granting in part and denying in part <u>361</u> Plaintiffs' Motion to Compel Production of Documents. Signed by Honorable Stephen P. Friot on 12/7/2020. (llg) (Entered: 12/07/2020) |
| 12/07/2020 | <u>377</u> | | MOTION to Compel *Defendants to Produce Fact Witnesses for Deposition* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # <u>1</u> Exhibit 1 – J. Bentley Notice of Deposition, # <u>2</u> Exhibit 2 – John Doe Notice of Deposition [redacted], # <u>3</u> Exhibit 3 – 2020–11–16 email (objection), # <u>4</u> Exhibit 4 – 2020–11–19 email (objection), # <u>5</u> Exhibit 5 – 2020–12–01 email, # <u>6</u> Exhibit 6 – 2020–11–12 Crow Depo Excerpt, # <u>7</u> Exhibit 7 – 2020–11–17 Crow Depo Excerpt, # <u>8</u> Exhibit 8 – 2020–11–16 Carpenter Depo Excerpt, # <u>9</u> Exhibit 9 – 2020–10–08 Notice of Depo Subpoena, # <u>10</u> Exhibit 10 – 2014–11–13 Contempt Discovery hrg Excerpt)(Lieberman, Michael) (Entered: 12/07/2020) |
| 12/08/2020 | <u>378</u> | | **ORDER Setting Hearing** on <u>377</u> Plaintiffs' MOTION to Compel *Defendants to Produce Fact Witnesses for Deposition*: Motion Hearing set for 12/18/2020 04:00 PM in Courtroom 401 before Honorable Stephen P. Friot. Response due by noon on 12/16/2020. (All as fully set out in this order.) Signed by Honorable Stephen P. Friot on 12/8/2020. (llg) (Entered: 12/08/2020) |
| 12/08/2020 | <u>379</u> | | **ORDER** requiring production of portions of documents re <u>361</u> MOTION to Compel *Production of Documents and Brief in Support*, re <u>376</u> Order on Motion to Compel. Signed by Honorable Stephen P. Friot on 12/8/2020. (llg) (Entered: 12/08/2020) |
| 12/14/2020 | <u>380</u> | | **AMENDED ORDER Setting Hearing** on <u>377</u> Plaintiffs' MOTION to Compel Defendants to Produce Fact Witnesses for Deposition: Motion Hearing set for 12/18/2020 03:00 PM in Courtroom 401 before Honorable Stephen P. Friot. Response due by noon on 12/16/2020. (All as fully set out in this order.) Signed by Honorable Stephen P. Friot on 12/14/2020. (llg) (Entered: 12/14/2020) |
| 12/16/2020 | <u>381</u> | | RESPONSE in Opposition re <u>377</u> MOTION to Compel *Defendants to Produce Fact Witnesses for Deposition* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # <u>1</u> Exhibit 1 – Harvanek Subpoena, # <u>2</u> Exhibit 2 – DOC Subpoena, # <u>3</u> Exhibit 3 – Oct 8 Email, # <u>4</u> Exhibit 4 – Oct 22 Email, # <u>5</u> Exhibit 5 – Crow Personal Depo Excerpt at 95–99, # <u>6</u> Exhibit 6 – Sharp Depo Excerpt at 182–191, # <u>7</u> Exhibit 7 – Jim Farris Depo Excerpt at 204–207)(Mansinghani, Mithun) (Entered: 12/16/2020) |

| 12/18/2020 | 382 | Minute Order. Proceedings held before Honorable Stephen P. Friot: Motion Hearing held on 12/18/2020. The court grants 377 Plaintiffs' MOTION to Compel *Defendants to Produce Fact Witnesses for Deposition* (as fully set out on the minute sheet and the record). (Court Reporter Tracy Thompson.) (llg) (Entered: 12/18/2020) |
| --- | --- | --- |
| 12/30/2020 | 383 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on December 18, 2020 before Judge Friot. Court Reporter: Tracy Thompson, Telephone number 405–314–5431. Transcript of: Motion to Compel Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/20/2021. Redacted Transcript Deadline set for 2/1/2021. Release of Transcript Restriction set for 3/30/2021. (tw, ) (Entered: 12/30/2020) |
| 02/17/2021 | 384 | MOTION for Leave to File Excess Pages by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 02/17/2021) |
| 02/17/2021 | 385 | **ORDER** granting 384 Defendants' Motion for Leave to File Oversized Briefs in Support of Motion for Summary Judgment. The parties are granted leave to file oversized briefs in support of summary judgment, not to exceed 45 pages. Signed by Honorable Stephen P. Friot on 2/17/2021. (llg) (Entered: 02/17/2021) |
| 02/17/2021 | 386 | RESPONSE to Motion re 384 MOTION for Leave to File Excess Pages *and Cross–Motion* filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Tremane Wood. (Lieberman, Michael) (Entered: 02/17/2021) |
| 02/17/2021 | 387 | **ORDER** granting 386 Responding Plaintiffs' Cross–Motion to Defendants' Motion to File an Oversized Summary Judgment Brief (as fully set out in this order). Signed by Honorable Stephen P. Friot on 2/17/2021. (llg) (Entered: 02/17/2021) |
| 02/19/2021 | 388 | MOTION for Summary Judgment by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Protocol OP–040301, # 2 Exhibit 2 – Crow Depo 30b6 Tran_Excerpts, # 3 Exhibit 3 – Buffington Report, # 4 Exhibit 4 – Stevens Report 2021, # 5 Exhibit 5 – Weinberger Report, # 6 Exhibit 6 – Stevens Depo Tran_Excerpts, # 7 Exhibit 7 – Antognini Report, # 8 Exhibit 8 – Yen |

| | | |
|---|---|---|
| | | Report, # 9 Exhibit 9 – Weinberger Depo Tran_Excerpts, # 10 Exhibit 10 – Antognini Depo Tran_Excerpts, # 11 Exhibit 11 – Declaration of Pat Doe, # 12 Exhibit 12 – Warner Autopsy, # 13 Exhibit 13 – Fins Depo Tran_Excerpt, # 14 Exhibit 14 – Ohio Stevens Report, # 15 Exhibit 15 – Edgar Depo Tran, # 16 Exhibit 16 – Edgar Report, # 17 Exhibit 17 – Block Report, # 18 Exhibit 18 – MCGJ–Interim–Report–5–19–16, # 19 Exhibit 19 – Crow Depo Indiv Tran_Excerpts, # 20 Exhibit 20 – Bentley Depo Tran, # 21 Exhibit 21 – Arizona Report, # 22 Exhibit 22 – Ohio Report, # 23 Exhibit 23 – Williams Report, # 24 Exhibit 24 – Williams Depo Tran, # 25 Exhibit 25 – Utah Protocol, # 26 Exhibit 26 – Pls' Interrogatory Response, # 27 Exhibit 27 – Sherman Report, # 28 Exhibit 28 – Sherman Depo Tran_Excerpt, # 29 Exhibit 29 – Ruling on PI Hrg)(Mansinghani, Mithun) (Entered: 02/19/2021) |
| 02/19/2021 | 389 | APPENDIX re 388 MOTION for Summary Judgment by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – ASA 2019, # 2 Exhibit 2 – Brown 2019, # 3 Exhibit 3 – Hospira 2020 Midazolam PI – 2020, # 4 Exhibit 4 – Baselt Midazolam 2011, # 5 Exhibit 5 – Vuyk 2019, # 6 Exhibit 6 – Reves–1985–MDZ–uses, # 7 Exhibit 7 – White–RSI–MDZ–1982, # 8 Exhibit 8 – Michaloudis 1996, # 9 Exhibit 9 – Ibrahim, # 10 Exhibit 10 – Kang, # 11 Exhibit 11 – Blackmon, # 12 Exhibit 12 – Reves–1978, # 13 Exhibit 13 – Glass–et–al–1997, # 14 Exhibit 14 – Kuizenga–2001, # 15 Exhibit 15 – Miyake–2010, # 16 Exhibit 16 – Rafee 2017, # 17 Exhibit 17 – Gehrke, # 18 Exhibit 18 – Liu 1996, # 19 Exhibit 19 – Bulach 2005, # 20 Exhibit 20 – Eisenried–2020–remimazolam, # 21 Exhibit 21 – Eisenried–2020–remimazolam (Supp), # 22 Exhibit 22 – Schuttler, # 23 Exhibit 23 – Melvin, # 24 Exhibit 24 – Turgut–2006, # 25 Exhibit 25 – Song–2011, # 26 Exhibit 26 – Manning–NGT–MDZ–2016, # 27 Exhibit 27 – Ellison–1958, # 28 Exhibit 28 – Heier–2001, # 29 Exhibit 29 –– Lankton)(Mansinghani, Mithun) (Entered: 02/19/2021) |
| 03/18/2021 | 390 | MOTION for Order titled, Motion for Discovery Under FED. R. CIV. P 56(d) with Brief in Support in Response to Defendant's Motion for Summary Judgement by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 03/18/2021) |
| 03/19/2021 | 391 | Exhibit List / Witness List by Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 03/19/2021) |
| 03/19/2021 | 392 | (STRICKEN by 401 4/2/2021 Order) RESPONSE in Opposition re 388 MOTION for Summary Judgment filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard |

| | | | |
|---|---|---|---|
| | | | Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Exhibit 1 – Edgar Dep. Tr. Excerpts, # 2 Exhibit 2 – Antognini Dep. Tr. Excerpts, # 3 Exhibit 3 – Buffington Dep. Tr. Excerpts, # 4 Exhibit 4 – Shenandoah U. letter (11–20–18) Re: Buffington, # 5 Exhibit 5 – Weinberger Dep. Tr. Excerpts, # 6 Exhibit 6 – Yen Dep. Tr. Excerpts, # 7 Exhibit 7 – Miyake Study, # 8 Exhibit 8 – Wilkinson Report, # 9 Exhibit 9 – Filed under seal pursuant to [Doc. 90], # 10 Exhibit 10 – Filed under seal pursuant to [Doc. 90], # 11 Exhibit 11 – Williams Dep. Tr. Excerpts, # 12 Exhibit 12 – BuzzFeed News (11–28–18) Article, # 13 Exhibit 13 – Ltr. from Az. AG Brnovich to Gov. Ducey (8–20–20), # 14 Exhibit 14 – Expert Report of Joseph J. Fins, M.D.)(Lieberman, Michael) Modified on 6/7/2021 (llg). (Entered: 03/19/2021) |
| 03/19/2021 | 393 | | (STRICKEN by 401 4/2/2021 Order) SEALED EXHIBIT by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood Re: 392 Response in Opposition to Motion,,,,, (Lieberman, Michael) Modified on 6/7/2021 (llg). (Entered: 03/19/2021) |
| 03/19/2021 | 394 | | (STRICKEN by 401 4/2/2021 Order) SEALED EXHIBIT by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood Re: 392 Response in Opposition to Motion,,,,, (Lieberman, Michael) Modified on 6/7/2021 (llg). (Entered: 03/19/2021) |
| 03/19/2021 | 395 | | Exhibit List / Witness List by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Lieberman, Michael) (Entered: 03/19/2021) |

| 03/23/2021 | 396 | | **ORDER**. Dfts are DIRECTED to file a notice with the court within 10 days of the date of this order indicating what, if any, provisions can reasonably be made to facilitate the participation of pro se plf Wade Lay in the trial of this action by video teleconference. Signed by Honorable Stephen P. Friot on 3/23/2021. (llg) (Entered: 03/23/2021) |
|---|---|---|---|
| 03/26/2021 | 397 | | REPLY to Response to Motion re 388 MOTION for Summary Judgment filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Crow 30b6 Depo Excerpts, # 2 Exhibit 2 – Crow Indiv. Depo Excerpts, # 3 Exhibit 3 – Wilkinson Depo Excerpts, # 4 Exhibit 4 – Fins Depo Excerpts)(Mansinghani, Mithun) (Entered: 03/26/2021) |
| 03/29/2021 | 398 | | MOTION for Extension of Time by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 03/30/2021) |
| 03/31/2021 | 399 | | **ORDER** denying 390 Motion by Wade Lay; denying 398 Motion by Wade Lay. Signed by Honorable Stephen P. Friot on 3/31/2021. (llg) **(Main Document 399 replaced on 4/1/2021 to correct the date at the end of the document)** (llg). (Entered: 03/31/2021) |
| 04/01/2021 | 400 | | MOTION for Order titled, " Motion to Attend Trial in Person Physically Pursuant to The Procedures of Equality and Fairness Necessary to Attain Adequate Representation" by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 04/01/2021) |
| 04/02/2021 | 401 | | **ORDER** STRIKING 392 Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment as well as related filings 393 and 394 . The ddls, beginning with the 4/9/2021 ddl for trial briefs, and proposed findings of fact and conclusions of law, as set out in 341 8/14/2020 Scheduling Order, are VACATED. Plfs are DIRECTED to provide complete, responsive, verified answers to Interrogatory Nos. 15 and 16 by 5/3/2021. Plfs' new response to 388 Defendants' Motion for Summary Judgment due 5/10/2021. Dfts' reply in support of motion for summary judgment due 5/24/2021. (All as fully set out in this order.) Signed by Honorable Stephen P. Friot on 4/2/2021. (llg) Modified on 4/5/2021 (llg). (Entered: 04/02/2021) |
| 04/02/2021 | 402 | | NOTICE (other) by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard re 396 Order, (Mansinghani, Mithun) (Entered: 04/02/2021) |
| 04/09/2021 | 403 | | MOTION for Protective Order by Wade Lay. (Attachments: # 1 Attachment 1– Inmate Request to Staff, # 2 Attachment 2– Inmate Request, # 3 Envelope)(dtb) (Entered: 04/09/2021) |
| 04/09/2021 | 404 | | MOTION for Reconsideration by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 04/09/2021) |
| 04/13/2021 | 405 | | **ORDER** denying 403 Motion for Protective Order by Wade Lay; denying 404 Motion for Reconsideration by Wade Lay. Signed by Honorable Stephen P. Friot on 4/13/2021. (llg) (Entered: 04/13/2021) |

| 04/13/2021 | 406 | | SUGGESTION OF DEATH Upon the Record as to Nicholas A. Davis by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Lieberman, Michael) (Entered: 04/13/2021) |
| --- | --- | --- | --- |
| 04/14/2021 | 407 | | SUPPLEMENT 403 MOTION for Protective Order by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 04/15/2021) |
| 04/23/2021 | 408 | | MOTION for Order by Wade Lay. (Attachments: # 1 Exhibit 1– Request to Staff, # 2 Exhibit 2– Correspondence, # 3 Exhibit 3– Inmate Request, # 4 Exhibit 4– Letter, # 5 Exhibit 5– Request for Health Services, # 6 Envelope)(dtb) (Entered: 04/26/2021) |
| 04/23/2021 | 409 | | MOTION for Order titled, "Motion for Disclosure" by Wade Lay. (Attachments: # 1 Attachment 1– Disclosure List, # 2 Envelope)(dtb) (Entered: 04/26/2021) |
| 04/23/2021 | 410 | | Witness List by Plaintiff Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 04/26/2021) |
| 04/23/2021 | 412 | | LETTER from Wade Lay (Attachments: # 1 Envelope) (dtb) (Entered: 04/26/2021) |
| 04/23/2021 | 413 | | NOTICE OF APPEAL as to 399 Order on Motion for Order,,, by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 04/26/2021) |
| 04/26/2021 | 411 | | ORDER denying 400 "Plaintiff (Wade Lay) Motion to Attend Trial in Person Physically Pursuant to the Principles of Equality and Fairness Necessary to Attain Adequate Representation." Signed by Honorable Stephen P. Friot on 4/26/2021. (llg) (Entered: 04/26/2021) |
| 04/27/2021 | 414 | | LETTER from Deputy Clerk Lori Gray to Clerk, Supreme Court of the United States, enclosing 413 Notice of Appeal by Wade Lay. (llg) (Entered: 04/27/2021) |
| 04/28/2021 | 415 | | ORDER. The ddls for response briefs to pending or future motions filed by plf Wade Lay, who appears pro se, are SUSPENDED. The court will establish a new briefing schedule if and when further briefing is permitted. Signed by Honorable Stephen P. Friot on 4/28/2021. (llg) (Entered: 04/28/2021) |
| 05/05/2021 | 416 | | UNOPPOSED MOTION for Leave to File Excess Pages by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander |

| | | | |
|---|---|---|---|
| | | | Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Lieberman, Michael) (Entered: 05/05/2021) |
| 05/05/2021 | 417 | | **ORDER** granting 416 Plaintiffs' Unopposed Motion for Leave to File Oversized Opposition to Defendants' Motion for Summary Judgment. Plfs are granted leave to file a brief not to exceed 55 pgs in opposition to dfts' summary judgment mtn. Dfts are granted leave to file a reply in response to plfs' opposition not to exceed 15 pgs. Signed by Honorable Stephen P. Friot on 5/5/2021. (llg) (Entered: 05/05/2021) |
| 05/06/2021 | 418 | | MOTION for Leave *to file Supplemental Brief* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Instructions for Scheduling Visits, # 2 Exhibit 2 – Correspondence re Meetings with Plaintiffs, # 3 Exhibit 3 – Death Row Attorney Visits 4.26.21, # 4 Exhibit 4 – Correspondence re Calls 05.03.21, # 5 Exhibit 5 – Grant Refusal, # 6 Exhibit 6 – 2021–05–03 Glossip et al_Enc Suppl Interrogatories ltr to SG)(Mansinghani, Mithun) (Entered: 05/06/2021) |
| 05/07/2021 | 419 | | **ENTER ORDER** striking 418 Defendants' Motion for Leave to File Supplemental Brief. Entered at the direction of Honorable Stephen P. Friot on 5/7/2021. (llg) (Entered: 05/07/2021) |
| 05/07/2021 | 420 | | MOTION for Leave *to file Supplemental Brief* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Instructions for Scheduling Visits, # 2 Exhibit 2 – Correspondence re Meetings with Plaintiffs, # 3 Exhibit 3 – Death Row Attorney Visits 4.26.21, # 4 Exhibit 4 – Correspondence re Calls 05.03.21, # 5 Exhibit 5 – Grant Refusal, # 6 Exhibit 6 – 2021–05–03 Glossip et al_Enc Suppl Interrogatories ltr to SG)(Mansinghani, Mithun) (Entered: 05/07/2021) |
| 05/07/2021 | 421 | | **ORDER** granting 420 Defendants' Motion for Leave to File Supplemental Brief (as fully set out in this order). Signed by Honorable Stephen P. Friot on 5/7/2021. (llg) (Entered: 05/07/2021) |
| 05/07/2021 | 422 | | BRIEF IN SUPPORT re 388 MOTION for Summary Judgment *pursuant to Order 421* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Supplemental Responses, # 2 Exhibit 2 – Alternatives Chart, # 3 Exhibit 3 – Buffington Depo Excerpt)(Mansinghani, Mithun) (Entered: 05/07/2021) |
| 05/10/2021 | 423 | | UNOPPOSED MOTION to Dismiss for Lack of Jurisdiction *the Claims of Plaintiff Patrick Murphy* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Murphy Judgment)(Mansinghani, Mithun) (Entered: 05/10/2021) |

| 05/10/2021 | 424 | **ORDER** granting 423 Defendants' Unopposed Motion to Dismiss the Claims of Plaintiff Patrick Murphy. Signed by Honorable Stephen P. Friot on 5/10/2021. (llg) (Entered: 05/10/2021) |
|---|---|---|
| 05/14/2021 | 425 | RESPONSE in Opposition re 388 MOTION for Summary Judgment filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Exhibit 1 – Excerpts_Ok Death Penalty Commission Report (2017), # 2 Exhibit 2 – Excerpts_Antognini Dep. Tr., # 3 Exhibit 3 – Excerpts_Buffington Dep. Tr., # 4 Exhibit 4 – Shenandoah ltr re Buffington, # 5 Exhibit 5 – Excerpt_Weinberger Dep. Tr., # 6 Exhibit 6 – Russell 1986 (Weinberger Dep. Tr. Ex. 29), # 7 Exhibit 7 – Russell 1993 (Weinberger Dep. Tr. Ex. 51), # 8 Exhibit 8 – Wilkinson Report, # 9 Exhibit 9 – Filed Under Seal Pursuant to [Doc. 90], # 10 Exhibit 10 – Filed Under Seal Pursuant to [Doc. 90], # 11 Exhibit 11 – Excerpts_Yen Dep. Tr., # 12 Exhibit 12 – BuzzFeed News Article 11–28–18, # 13 Exhibit 13 – 2020–08–20 AZ Gov Ducey ltr re pentobarbital, # 14 Exhibit 14 – 2021–01–11 Fins Expert Report & Exhibits, # 15 Exhibit 15 – Divoll 1981, # 16 Exhibit 16 – Greenblatt 1977, # 17 Exhibit 17 – Schultz 2012, # 18 Exhibit 18 – Pls Suppl Interrog Resps, # 19 Exhibit 19 – Excerpts_DOC Formulary Dec 2020, # 20 Exhibit 20 – Smith 2019)(Lieberman, Michael) (Entered: 05/14/2021) |
| 05/14/2021 | 426 | SEALED EXHIBIT by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood Re: 425 Response in Opposition to Motion,,,,,,, (Lieberman, Michael) (Entered: 05/14/2021) |
| 05/14/2021 | 427 | SEALED EXHIBIT by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood Re: 425 Response in Opposition to Motion,,,,,,, (Lieberman, Michael) (Entered: 05/14/2021) |

| 05/20/2021 | 428 | LETTER from Wade Lay (Attachments: # 1 Envelope) (dtb) (Main Document 428 replaced on 5/24/2021) (llg). (Entered: 05/21/2021) |
| 05/20/2021 | 429 | MOTION for Order titled, "Plaintiff's Motion For Protective Order" by Wade Lay. (Attachments: # 1 Attachment 1– Addendum, # 2 Envelope)(dtb) (Entered: 05/21/2021) |
| 05/20/2021 | 430 | MOTION for Extension of Time by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 05/21/2021) |
| 05/21/2021 | 432 | LETTER from Clerk, Supreme Court of the United States (Attachments: # 1 Attachment – 4–27–21 Letter from USDC Court Clerk to Clerk, Supreme Court, # 2 Attachment – Doc. no. 413 – Wade Lay Notice of Appeal, # 3 Attachment – Mailing label to Clerk, Supreme Court, # 4 Attachment – Envelope) (llg) (Entered: 05/26/2021) |
| 05/25/2021 | 431 | LETTER from Deputy Clerk Lori Gray to Clerk, Supreme Court of the United States, enclosing 430 MOTION for Extension of Time by Wade Lay. (llg) (Entered: 05/25/2021) |
| 05/27/2021 | 433 | REPLY to Response to Motion re 388 MOTION for Summary Judgment filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1–Mihic Ch 19_ Hypnotics and Sedatives, # 2 Exhibit 2–Antognini Depo Excerpts, # 3 Exhibit 3–Crow 30b6 Depo Excerpts, # 4 Exhibit 4–Crow Indiv Depo Excerpts, # 5 Exhibit 5–Wilkinson Depo Excerpts, # 6 Exhibit 6–Fins Depo Excerpts)(Mansinghani, Mithun) (Entered: 05/27/2021) |
| 06/11/2021 | 434 | LETTER from Wade Lay (Attachments: # 1 Envelope) (dtb) (Entered: 06/16/2021) |
| 06/17/2021 | 435 | UNOPPOSED MOTION for Leave *to Supplement Opposition to Defendants' Motion for Summary Judgment* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 06/17/2021) |
| 06/21/2021 | 436 | **ORDER** granting 435 Plaintiffs' Unopposed Motion for Leave to Supplement Opposition to Defendants' Motion for Summary Judgment. Signed by Honorable Stephen P. Friot on 6/21/2021. (llg) (Entered: 06/21/2021) |
| 06/21/2021 | 437 | SUPPLEMENT re 425 Response in Opposition to Motion,,,,,,, *Exhibit 18* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John |

| | | | |
|---|---|---|---|
| | | | F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 06/21/2021) |
| 06/29/2021 | 438 | | MOTION to Withdraw as Attorney *of Record by Michael W. Lieberman* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta−Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Lieberman, Michael) (Entered: 06/29/2021) |
| 06/30/2021 | 439 | | **ORDER** granting 438 Motion to Withdraw as Counsel. Attorney Michael W Lieberman withdrawn as counsel of record. Signed by Honorable Stephen P. Friot on 6/30/2021. (llg) (Entered: 06/30/2021) |
| 06/30/2021 | 440 | | SUGGESTION OF DEATH Upon the Record as to Jimmy Dean Harris by Jimmy Dean Harris. (Rolls, Emma) (Entered: 06/30/2021) |
| 07/14/2021 | 441 | | **ORDER** re non−response by plf John M Grant to dfts' Interrogatory No. 15 (as fully set out in this order). Signed by Honorable Stephen P. Friot on 7/14/2021. (llg) (Entered: 07/14/2021) |
| 07/15/2021 | 442 | | ENTRY of Appearance by Michael W Lieberman on behalf of Richard E Glossip (Lieberman, Michael) Modified on 7/15/2021 (llg). (Entered: 07/15/2021) |
| 07/15/2021 | | | **Docket Annotation**: The docket text for 442 Entry of Appearance by Michael W Lieberman has been corrected to reflect that the Entry of Appearance is filed only on behalf of plaintiff Richard E Glossip. (llg) (Entered: 07/15/2021) |
| 07/15/2021 | 443 | | NOTICE of Change of Address by Michael W Lieberman (Lieberman, Michael) (Entered: 07/15/2021) |
| 07/19/2021 | 444 | | **ORDER** directing the Warden of the Oklahoma State Penitentiary to deliver this order and an extra copy of the attached exhibit to Wade Lay (with further instructions as fully set out in this order). Signed by Honorable Stephen P. Friot on 7/19/2021. (Attachment: # 1 Exhibit A − Alternative methods of carrying out sentence of death)(llg) (Entered: 07/19/2021) |
| 07/23/2021 | 445 | | MOTION for Extension of Time by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 07/23/2021) |
| 07/26/2021 | 446 | | **ORDER** granting in part and denying in part 445 Wade Lay's Motion for Time Extension of 21 Days to Respond to the Court's Order at Doc. No. 444 (as fully set out in this order). Signed by Honorable Stephen P. Friot on |

| | | | |
|---|---|---|---|
| | | | 7/26/2021. (llg) (Entered: 07/26/2021) |
| 08/06/2021 | 447 | | NOTICE (other) by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard re 444 Order, 446 Order on Motion for Extension of Time to File, (Attachments: # 1 Exhibit 1 – Doc 444–1 signed by Wade Lay)(Mansinghani, Mithun) (Entered: 08/06/2021) |
| 08/09/2021 | 448 | | RESPONSE re 444 Order, filed by Wade Lay. (Attachments: # 1 Attachment 1– DOC documentation, # 2 Envelope)(dtb) (Entered: 08/10/2021) |
| 08/11/2021 | 449 | | **ORDER** granting in part and denying in part 388 Defendants' Motion for Summary Judgment (as fully set out in this order). Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 450 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against James A Coddington. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 451 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against Donald Anthony Grant. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 452 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against John M Grant. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 453 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against Julius D Jones. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 454 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against Wade Lay. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 455 | | **RULE 54(b) FINAL JUDGMENT** in favor of defendants and against Gilbert Ray Postelle. Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/11/2021 | 456 | | **ORDER**. Scheduling Conference set for 8/31/2021 10:00 AM in Chambers before Honorable Stephen P. Friot (as fully set out in this order). Signed by Honorable Stephen P. Friot on 8/11/2021. (llg) (Entered: 08/11/2021) |
| 08/19/2021 | 457 | | NOTICE (other) by Wade Lay (Attachments: # 1 Envelope)(dtb) (Additional attachment(s) added on 8/23/2021: # 2 Attachment 1– Consent Regarding Alternative Methods) (dtb). Modified on 8/23/2021 (llg). (Entered: 08/23/2021) |
| 08/19/2021 | 458 | | NOTICE OF APPEAL as to 444 Order, by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 08/23/2021) |
| 08/19/2021 | | | MOTION to Vacate 454 Judgment by Wade Lay (SEE DOC. NO. 458 FOR IMAGE). (llg) (Entered: 08/24/2021) |
| 08/20/2021 | 459 | | NOTICE (other) by Wade Lay re 444 Order, (Attachments: # 1 Attachment 1– Correspondence, # 2 Attachment 2– Letter, # 3 Envelope)(dtb) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/23/2021) |
| 08/20/2021 | 460 | | SUPPLEMENT re 447 Notice (other), by Wade Lay. (Attachments: # 1 Attachment 1– Supporting Documents, # 2 Envelope)(dtb) (Entered: 08/23/2021) |
| 08/23/2021 | 463 | | SUPPLEMENT re 444 Order, 448 Response by Wade Lay. (Attachments: # 1 Attachment 1– Amended Response to #448, # 2 Envelope)(dtb) (Entered: 08/25/2021) |
| 08/23/2021 | 494 | | NOTICE OF APPEAL as to 449 Order on Motion for Summary Judgment, Order on Motion for Order,,, Order on Motion for Extension of Time to File by Wade Lay. (Attachments: # 1 Attachment 1 – Amended Response to #448, # 2 Envelope)(llg) (Entered: 10/12/2021) |
| 08/25/2021 | 461 | | **ORDER** re 457 Notice (submission of alternative method of execution) filed by Wade Lay, 458 Notice of Appeal, MOTION to Vacate Judgment filed by Wade Lay, 459 Notice (other) filed by Wade Lay, 460 Supplement filed by Wade Lay. Dfts are DIRECTED to file a response brief which addresses each of these documents, DUE 21 days from the date of this order. Any reply brief Mr. Lay wishes to file is DUE 14 days after the filing of dft's response brief. Except for the filings by Mr. Lay addressed in this order, the order which suspended briefing on Mr. Lay's motions remains in effect. Signed by Honorable Stephen P. Friot on 8/25/2021. (llg) (Entered: 08/25/2021) |
| 08/25/2021 | 462 | | MOTION titled, "Petition for Appointment of Next Friend for Plaintiff Wade Lay" by Rhonda Kemp on behalf of Wade Lay. (Attachments: # 1 Attachment 1– Order from The Northern District of Oklahoma, # 2 Attachment 2– Order from The Northern District of Oklahoma)(dtb) Modified on 8/25/2021 (llg). (Entered: 08/25/2021) |
| 08/25/2021 | 464 | | NOTICE OF APPEAL as to 449 Order on Motion for Summary Judgment, Order on Motion for Order, Order on Motion for Extension of Time to File by Wade Lay. (Attachments: # 1 Attachment 1– Rule 54(b) Final Judgement as to Wade Lay, # 2 Envelope)(dtb) (Entered: 08/26/2021) |
| 08/26/2021 | 466 | | Request for Docket Sheet by Wade Lay (Attachments: # 1 Envelope)(dtb) (Entered: 08/27/2021) |
| 08/27/2021 | 465 | | NOTICE (other) by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood *AS TO REPRESENTATION OF PLAINTIFF WADE LAY* (Rolls, Emma) (Entered: 08/27/2021) |
| 08/30/2021 | 467 | | MOTION to Amend/Correct *, ALTER AND/OR VACATE JUDGMENT; OR, IN THE ALTERNATIVE, FOR A STAY OF ENFORCEMENT OF JUDGMENT* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, |

| | | |
|---|---|---|
| | | Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Exhibit 1 – Coddington affidavit and alternative pled, # 2 Exhibit 2 – D. Grant affidavit and alternative pled, # 3 Exhibit 3 – Jones affidavit and alternative pled, # 4 Exhibit 4 – Postelle affidavit and alternative pled, # 5 Exhibit 5 – Coddington affidavit and supporting attachments)(Rolls, Emma) (Entered: 08/30/2021) |
| 08/31/2021 | 469 | Minute Entry for proceedings held before Honorable Stephen P. Friot: Scheduling Conference held on 8/31/2021. Bench Trial set for 2/28/2022 09:00 AM in Courtroom 401 before Honorable Stephen P. Friot. Plfs' trial brief due 1/18/2022. Dfts' trial brief due 2/15/2022. Plfs may, if they choose, file a mtn for leave to file a reply trial brief. The due date for post–trial proposed findings of fact & conclusions of law will be set at conclusion of trial. Soft ddl of 11/1/2021 for any mtns to file supplemental witness & exhibit lists. (llg) (Entered: 09/01/2021) |
| 09/01/2021 | 468 | **ORDER** regarding 462 "Petition for Appointment of Next Friend for Plaintiff Wade Lay" by Rhonda Kemp. The court DIRECTS dfts to promptly provide Mr. Lay with a copy of Ms. Kemp's petition & a copy of this order. The clerk, when she mails Mr. Lay his copy of this order, is also DIRECTED to include a copy of Ms. Kemp's petition. Responses to Ms. Kemp's petition, whether filed by Mr. Lay or any other party, are DUE 14 days from the date of this order (as fully set out in this order). No reply brief is permitted at this time. Signed by Honorable Stephen P. Friot on 9/1/2021. (llg) (Entered: 09/01/2021) |
| 09/01/2021 | 470 | MOTION to Withdraw as Attorney *Pilar R. Stillwater* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Stronski, James) (Entered: 09/01/2021) |
| 09/01/2021 | 471 | **ORDER** granting 470 Motion to Withdraw as Counsel. Attorney Pilar R. Stillwater withdrawn as counsel for plaintiffs. Signed by Honorable Stephen P. Friot on 9/1/2021. (llg) (Entered: 09/01/2021) |
| 09/03/2021 | 472 | NOTICE OF APPEAL as to 454 Judgment by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 09/03/2021) |
| 09/03/2021 | 473 | NOTICE titled: Manipulation of Documents and Pleading bu Oklahoma State Penitentiary by Wade Lay re 457 Notice (other) (Attachments: # 1 Attachment 1– Supporting Documents, # 2 Envelope)(dtb) (Entered: 09/03/2021) |

| 09/08/2021 | 474 | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 464 Notice of Appeal, (Attachments: # 1 Attachment 1– Preliminary Record on Appeal)(dtb) (Entered: 09/08/2021) |
|---|---|---|
| 09/08/2021 | 475 | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 472 Notice of Appeal (Attachments: # 1 Attachment 1– Preliminary Record on Appeal)(dtb) (Entered: 09/08/2021) |
| 09/09/2021 | 476 | RESPONSE in Opposition re 467 MOTION to Amend/Correct , *ALTER AND/OR VACATE JUDGMENT; OR, IN THE ALTERNATIVE, FOR A STAY OF ENFORCEMENT OF JUDGMENT* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 09/09/2021) |
| 09/09/2021 | 477 | Tenth Circuit USCA Case Number 21–6101 for 472 Notice of Appeal filed by Wade Lay. Prisoner case docketed. DATE RECEIVED: 09/08/2021. Notice of appearance due on 09/23/2021 for Steve Burrage, Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F. Lynn Haueter, Kathryn A. LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T. Hastings Siegfried, Ernest D. Ware and Daryl Woodard and on 10/12/2021 for Wade Lay. Fee or 1915 forms due 10/12/2021 for Wade Lay. [21–6101] (kmt) (Entered: 09/10/2021) |
| 09/09/2021 | 478 | ORDER of USCA as to 472 Notice of Appeal filed by Wade Lay. Order filed by Clerk of the Court abating case pending the district courts disposition of the motions docketed as ECF Nos. 458 and 467. Served on 09/09/2021. (See the attachment for the order.) [21–6101](kmt) (Entered: 09/10/2021) |
| 09/13/2021 | 479 | MOTION titled, "Motion to Stay Execution and Injunctive Relief (Brief in Support)" by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 09/14/2021) |
| 09/15/2021 | 480 | RESPONSE re 457 Notice (other), 460 Supplement, 458 Notice of Appeal, 459 Notice (other) *per 461 Order* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 09/15/2021) |
| 09/15/2021 | 481 | RESPONSE to Motion re 462 MOTION for Order *Appointing Rhonda Kemp as Wade Lay's "Next Friend"* filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. |

| | | | |
|---|---|---|---|
| | | | (Rolls, Emma) (Entered: 09/15/2021) |
| 09/15/2021 | 482 | | RESPONSE to Motion re 462 MOTION for Order *Appointing Next Friend* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, Tommy Sharp, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 09/15/2021) |
| 09/16/2021 | 483 | | REPLY to Response to Motion re 467 MOTION to Amend/Correct *, ALTER AND/OR VACATE JUDGMENT; OR, IN THE ALTERNATIVE, FOR A STAY OF ENFORCEMENT OF JUDGMENT* filed by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Exhibit 6 – 9–9–21 Letter to Judge Friot from Donald Grant)(Rolls, Emma) (Entered: 09/16/2021) |
| 09/16/2021 | 484 | | RESPONSE by Plaintiff Wade Lay to 462 MOTION titled, "Petition for Appointment of Next Friend for Plaintiff Wade Lay" by Rhonda Kemp. (Attachments: # 1 Exhibit A– Letter, # 2 Exhibit B– Request for Health Services, # 3 Exhibit C– Request for Health Services, # 4 Exhibit D– Language, # 5 Exhibit E– Execution Selections, # 6 Envelope)(dtb) Modified on 9/17/2021 (llg). (Entered: 09/17/2021) |
| 09/29/2021 | 485 | | MOTION for Leave *to Supplement Reply [Doc. 483] with Exhibits 7–9* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Attachment Ex. 7: D.Grant ltr (9–14–21); Ex. 8: D. Grant ltr (9–22–21); Ex. 9 – Affidavit of Emma Rolls)(Rolls, Emma) (Entered: 09/29/2021) |
| 09/29/2021 | 486 | | **ORDER** granting 485 Plaintiffs' Motion for Leave to Supplement Reply In Support of Plaintiffs' Motion to Amend, Alter and/or Vacate Judgment or, in the Alternative, for a Stay of Enforcement of Judgment. Said supplement shall be filed within two business days of the date of this order. Signed by Judge Stephen P. Friot on 9/29/2021. (llg) (Entered: 09/29/2021) |
| 09/30/2021 | 487 | | SUPPLEMENT re 483 Reply to Response to Motion,,, *Exhibits 7–9* by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott |

| | | | |
|---|---|---|---|
| | | | Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Exhibit 7 – D. Grant ltr (9–14–21), # 2 Exhibit 8 – D. Grant ltr (9–22–21), # 3 Exhibit 9 – Affidavit of Emma Rolls)(Rolls, Emma) (Entered: 09/30/2021) |
| 10/01/2021 | 488 | | REPLY by Plaintiff Wade Lay re 480 Response, filed by Wade Lay. (Attachments: # 1 Exhibit 1– Inmate Request, # 2 Envelope)(dtb) Modified on 10/4/2021 (dtb). (Main Document 488 replaced on 10/4/2021) (dtb). (Entered: 10/01/2021) |
| 10/01/2021 | 489 | | SUPPLEMENT re 488 Reply by Wade Lay. (Attachments: # 1 Exhibit 1– Miscellaneous documents, # 2 Envelope)(dtb) Modified on 10/4/2021 (dtb). (Entered: 10/01/2021) |
| 10/01/2021 | 490 | | ORDER of USCA as to 472 Notice of Appeal filed by Wade Lay. Order filed by Clerk of the Court sua sponte to direct the parties to address the propriety of the district court's FRCP 54(b) certification. Jurisdictional memorandum brief due 10/12/2021 for Wade Lay and for Aboutanaa El Habti, et al. Proceedings in this appeal otherwise remain abated. Please see attached order for additional information. Served on 10/01/2021. [21–6101] (knt) (Entered: 10/05/2021) |
| 10/05/2021 | | | Docket Annotation: Pursuant to Rule 25, Fed. R. Civ. P., the court has substituted on the docket sheet Jim Farris, Warden, in his official capacity, for Tommy Sharp, Warden, in his official capacity. (llg) (Entered: 10/05/2021) |
| 10/05/2021 | 491 | | NOTICE (other) by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood re 490 USCA Order, (Rolls, Emma) (Entered: 10/05/2021) |
| 10/12/2021 | 492 | | **ORDER** denying 462 Rhonda Kemp's Petition for Appointment of Next Friend for Plaintiff Wade Lay. Signed by Judge Stephen P. Friot on 10/12/2021. (llg) (Entered: 10/12/2021) |
| 10/12/2021 | 493 | | **ORDER** DENYING IN PART and GRANTING IN PART 467 Plaintiffs' Motion to Amend, Alter and/or Vacate Judgment or, in the Alternative, for a Stay of Enforcement of Judgment. The motion is DENIED except as to plf James Coddington. As to plf Coddington, the motion is GRANTED in part and DENIED in part, as follows: The Rule 54(b) final judgment is VACATED in all respects and the grant of summary judgment on Count II is VACATED. To |

| | | | the extent that Coddington seeks relief from the grant of summary judgment with respect to Count IX, his motion is DENIED. This leaves Coddington's Count II claim pending for trial. The court DENIES 457 , 458 , 459 , 460 , 463 , 479 Motions and Other Post–Judgment Filings by Wade Lay. (All as fully set out in this order.) Signed by Judge Stephen P. Friot on 10/12/2021. (llg) (Entered: 10/12/2021) |
|---|---|---|---|
| 10/13/2021 | 495 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 494 Notice of Appeal. (Attachments: # 1 Attachment 1– Preliminary Record on Appeal) (Entered: 10/13/2021) |
| 10/13/2021 | 496 | | SUPPLEMENTAL PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals (Attachments: # 1 Attachment 1– Preliminary ROA)(dtb) (Entered: 10/13/2021) |
| 10/13/2021 | 497 | | NOTICE OF APPEAL as to 452 Judgment, 453 Judgment, 455 Judgment, 449 Order on Motion for Summary Judgment, Order on Motion for Order,,, Order on Motion for Extension of Time to File, 493 Order on Motion to Vacate, Order on Motion to Amend/Correct, Order on Motion for Order,,,,,,,, 451 Judgment, 349 Order on Motion to Dismiss, by Donald Anthony Grant, John M Grant, Julius D Jones, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 10/13/2021) |
| 10/13/2021 | 498 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 497 Notice of Appeal. (Attachments: # 1 Attachment 1 – Preliminary Record on Appeal)(knt) (Entered: 10/13/2021) |
| 10/13/2021 | 513 | | Tenth Circuit USCA Case Number 21–6129 for 497 Notice of Appeal, filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle. Prisoner case docketed. DATE RECEIVED: 10/13/2021. Docketing statement due 10/27/2021 for Donald Anthony Grant, John M. Grant, Julius D. Jones and Gilbert Ray Postelle. Transcript order form due 10/27/2021 for Donald Anthony Grant, John M. Grant, Julius D. Jones and Gilbert Ray Postelle. Notice of appearance due on 10/27/2021 for Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Donald Anthony Grant, John M. Grant, Joseph Griffin, F. Lynn Haueter, Julius D. Jones, Kathryn A. LaFortune, Stephan Moore, Gilbert Ray Postelle, Calvin Prince, Tommy Sharp, T. Hastings Siegfried and Daryl Woodard. A/Pet designation of record due 10/27/2021 for Donald Anthony Grant, John M. Grant, Julius D. Jones and Gilbert Ray Postelle. Appointment motion due 10/27/2021 by Donald Anthony Grant, John M. Grant, Julius D. Jones and Gilbert Ray Postelle. [21–6129] (knt) (Entered: 10/22/2021) |
| 10/15/2021 | 499 | | MOTION titled, "Motion to Amend, Alter, and/or Vacate Judgment Denying Petition for Appointment of Next Friend for Plaintiff Wade Lay" by Rhonda Kemp. (Attachments: # 1 Exhibit 1– Forensic Psychological)(dtb) (Entered: 10/15/2021) |
| 10/15/2021 | | | **Docket Annotation:** The court has sealed Exhibit 1 to 499 "Motion to Amend, Alter, and/or Vacate Judgment Denying Petition for Appointment of Next Friend for Plaintiff Wade Lay" filed by Rhonda Kemp, as the document is a |

| | | | |
|---|---|---|---|
| | | | forensic psychological evaluation report. (llg) (Entered: 10/15/2021) |
| 10/15/2021 | 514 | | ORDER of USCA as to 497 Notice of Appeal, filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle (dtb) Modified on 10/22/2021 (dtb). (Entered: 10/22/2021) |
| 10/15/2021 | 515 | | ORDER of USCA as to 497 Notice of Appeal, filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle (dtb) (Entered: 10/22/2021) |
| 10/18/2021 | 500 | | ORDER of USCA as to 497 Notice of Appeal, filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle, 472 Notice of Appeal filed by Wade Lay (dtb) (Entered: 10/18/2021) |
| 10/18/2021 | 501 | | NOTICE re 462 MOTION titled, "Petition for Appointment of Next Friend for Plaintiff Wade Lay" by Wade Lay (Attachments: # 1 Envelope)(dtb) (Entered: 10/19/2021) |
| 10/18/2021 | 502 | | NOTICE to the court by Wade Lay (Attachments: # 1 Envelope)(dtb) (Entered: 10/19/2021) |
| 10/18/2021 | 503 | | MOTION titled, "Petitioners Motion for Stay of Execution Pending Appeal with Order for Evidentiary Hearing to Ascertain The Truth in This Complicated Matter for the Purpose to Avoid a Manifest Injustice With Brief in Support" by Wade Lay. (Attachments: # 1 Envelope)(dtb) (Entered: 10/19/2021) |
| 10/20/2021 | 504 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Telephonic Conference held on 10/20/2021. (Court Reporter Christy Clark.) (llg) (Entered: 10/20/2021) |
| 10/20/2021 | 505 | | ENTRY of Appearance by Jennifer L Crabb on behalf of All Defendants (Crabb, Jennifer) (Entered: 10/20/2021) |
| 10/20/2021 | 506 | | MOTION for Preliminary Injunction *and Brief in Support* by Donald Anthony Grant, John M Grant, Julius D Jones, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 10/20/2021) |
| 10/21/2021 | 507 | | **ORDER Setting Hearing** on 506 MOTION for Preliminary Injunction *and Brief in Support*: Motion Hearing set for 10/25/2021 09:00 AM in Courtroom 401 before Judge Stephen P. Friot. Response due by noon on 10/23/2021. Signed by Judge Stephen P. Friot on 10/21/2021. (llg) (Entered: 10/21/2021) |
| 10/21/2021 | 508 | | **ORDER** regarding 506 Motion for Preliminary Injunction and hearing set on 10/25/2021, DIRECTING the filing of witness and exhibit lists (as fully set out in this order). Signed by Judge Stephen P. Friot on 10/21/2021. (llg) (Entered: 10/21/2021) |
| 10/21/2021 | 509 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/20/2021 before Judge Friot. Court Reporter: Christy Clark, Telephone number 405–609–5123. Transcript of: Telephonic Conference. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/12/2021. Redacted Transcript Deadline set for 11/22/2021. Release of Transcript Restriction set for 1/19/2022. (llg) (Entered: 10/21/2021) |

| 10/21/2021 | 510 | | MOTION titled, "Motion To Join Plaintiff Wade Lay In Plaintiffs Donald Grant, John Grant, Julius Jones, And Gilbert Postelle's Motion And Brief In Support For Preliminary Injunction" by Rhonda Kemp. (dtb) (Entered: 10/21/2021) |
| --- | --- | --- | --- |
| 10/21/2021 | 511 | | RESPONSE in Support re 510 MOTION for Order *for Preliminary Injunction* filed by All Plaintiffs. (Rolls, Emma) (Entered: 10/21/2021) |
| 10/22/2021 | 512 | | **ENTER ORDER**. Defendants are DIRECTED to file, not later than 2:00 pm today, 10/22/2021, a response to 499 Rhonda Kemp's Motion to Amend, Alter, and/or Vacate Judgment Denying Petition for Appointment of Next Friend for Plaintiff Wade Lay, and 510 Rhonda Kemp's Motion to Join Plaintiff Wade Lay in Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle's Motion and Brief in Support of Preliminary Injunction. Entered at the direction of Judge Stephen P. Friot on 10/22/2021. (llg) (Entered: 10/22/2021) |
| 10/22/2021 | | | **NOTICE from the Court** re 512 Enter Order. Defendants are granted leave to file the required response under seal and to also file (not under seal) a redacted version of the response. (llg) (Entered: 10/22/2021) |
| 10/22/2021 | 516 | | Exhibit List / Witness List by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 10/22/2021) |
| 10/22/2021 | 517 | | RESPONSE to Motion re 510 MOTION for Order, 499 MOTION for Order *redacted per Notice re 512 Order* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 10/22/2021) |
| 10/22/2021 | 518 | | SEALED RESPONSE by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard Re: Notice from the Court, 510 MOTION for Order, 499 MOTION for Order (Mansinghani, Mithun) (Entered: 10/22/2021) |
| 10/22/2021 | 519 | | **ORDER** granting 499 Rhonda Kemp's "Motion to Amend, Alter and/or Vacate Judgment Denying Petition for Appointment of Next Friend for Plaintiff Wade Lay;" granting 510 Rhonda Kemp's "Motion to Join Plaintiff Wade Lay in Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle's Motion and Brief in Support for Preliminary Injunction." 492 10/12/2021 Order is VACATED, and 462 Rhonda Kemp's "Petition for Appointment of Next Friend for Plaintiff Wade Lay" is GRANTED. Rhonda Kemp is APPOINTED next friend for plf Wade Lay, for purposes of this |

| | | |
|---|---|---|
| | | action. The clerk is DIRECTED to change Kemp's status on the docket sheet from "interested party" to "next friend for plaintiff Wade Lay." Lay, at the request of Kemp acting as his next friend, is hereby JOINED as an add'l movant on 506 "Motion and Brief in Support for Preliminary Injunction on Behalf of Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle" (set for hrg at 9:00 AM on 10/25/2021). Crowell & Moring is DIRECTED to enter its appearance on behalf of Kemp as next friend for Lay before 9:00 AM on 10/25/2021. 503 "Petitioner's Motion for Stay of Execution Pending Appeal With Order for Evidentiary Hearing to Ascertain the Truth in This Complicated Matter for the Purpose to Avoid a Manifest Injustice Rule 8(a)(1)(A) (with Brief in Support)" filed by Wade Lay is STRICKEN. Signed by Judge Stephen P. Friot on 10/22/2021. (llg) (Entered: 10/22/2021) |
| 10/22/2021 | 520 | MOTION in Limine by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Cleveland, Bryan) (Entered: 10/22/2021) |
| 10/23/2021 | 521 | RESPONSE in Opposition re 506 MOTION for Preliminary Injunction *and Brief in Support* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 10/23/2021) |
| 10/23/2021 | 522 | ENTRY of Appearance by James K Stronski on behalf of Wade Lay (Stronski, James) (Entered: 10/23/2021) |
| 10/23/2021 | 523 | Exhibit List / Witness List by Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 10/23/2021) |
| 10/23/2021 | 524 | ENTRY of Appearance by Emma V Rolls on behalf of Rhonda Kemp, Wade Lay (Rolls, Emma) (Entered: 10/23/2021) |
| 10/23/2021 | 525 | EMERGENCY MOTION for Order *to Preserve Evidence of the Execution of John Marion Grant* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Order (Doc. 29) in case 2:14–cv–01447 dated 7–23–14, # 2 Exhibit 2 – Order (Doc. 187) in case 2:14–cv–01447 dated 6–22–17)(Rolls, Emma) (Entered: 10/23/2021) |
| 10/23/2021 | 526 | MOTION for Leave *to File an Amended Witness and Exhibit List* by All Plaintiffs. (Attachments: # 1 Attachment Proposed Plaintiffs' Amended Combined Witness and Exhibit List)(Rolls, Emma) (Entered: 10/23/2021) |
| 10/23/2021 | 527 | ORDER granting 526 Plaintiffs' Motion for Leave to File an Amended Plaintiffs' Combined Witness and Exhibit List. Plfs are directed to promptly file the amended list. Signed by Judge Stephen P. Friot on 10/23/2021. (llg) (Entered: 10/23/2021) |
| 10/23/2021 | 528 | Exhibit List / Witness List *(AMENDED)* by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, |

| | | | |
|---|---|---|---|
| | | | Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Rhonda Kemp, Wade Lay, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 10/23/2021) |
| 10/23/2021 | 529 | | RESPONSE to Motion re 520 MOTION in Limine filed by Donald Anthony Grant, John M Grant, Julius D Jones, Rhonda Kemp, Wade Lay, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 10/23/2021) |
| 10/24/2021 | 530 | | REPLY to Response to Motion re 520 MOTION in Limine filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Cleveland, Bryan) (Entered: 10/24/2021) |
| 10/25/2021 | 531 | | **Minute Order**. Proceedings held before Judge Stephen P. Friot: Motion Hearing held on 10/25/2021. 520 Defendants' Motion in Limine to Exclude Plaintiffs' Proposed Witness and Exhibits is DENIED, for the reasons set out in detail on the record. 506 The Motion and Brief in Support for Preliminary Injunction on Behalf of Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle, as joined in by Wade Lay, is DENIED, for the reasons set out in detail on the record. A written order will follow. The court defers ruling on 525 Plaintiffs' Emergency Motion to Preserve Evidence of the Execution of John Marion Grant. (Court Reporter Tracy Thompson.) (llg) (Entered: 10/25/2021) |
| 10/25/2021 | 532 | | **ORDER ON SECOND MOTION FOR PRELIMINARY INJUNCTION** re 506 MOTION for Preliminary Injunction *and Brief in Support*, re 531 Minute Order on Motion for Preliminary Injunction. Follows oral order of 10/25/2021. Signed by Judge Stephen P. Friot on 10/25/2021. (llg) (Entered: 10/25/2021) |
| 10/25/2021 | 533 | | NOTICE OF APPEAL as to 532 Order – Written Order Following Oral Order on Motion, by Donald Anthony Grant, John M Grant, Julius D Jones, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 10/25/2021) |
| 10/25/2021 | 534 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 533 Notice of Appeal (Attachments: # 1 Attachment 1 – Preliminary Record on Appeal)(kmt) (Entered: 10/25/2021) |
| 10/25/2021 | 535 | | AMENDED NOTICE OF APPEAL as to 532 Order – Written Order Following Oral Order on Motion, by Donald Anthony Grant, John M Grant, Julius D Jones, Wade Lay, Gilbert Ray Postelle. (Rolls, Emma) Modified on 10/25/2021 (llg). (Entered: 10/25/2021) |
| 10/25/2021 | 536 | | AMENDED PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 535 Notice of Appeal (Attachments: # 1 Attachment 1 – |

| | | | |
|---|---|---|---|
| | | | Preliminary Record on Appeal)(kmt) (Entered: 10/25/2021) |
| 10/25/2021 | 537 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT re 535 Notice of Appeal Court Reporter Tracy Thompson, Telephone number 405–314–5431. Transcript of: Motion for Preliminary Injunction Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/15/2021. Redacted Transcript Deadline set for 11/29/2021. Release of Transcript Restriction set for 1/24/2022. (tt, ) (Entered: 10/25/2021) |
| 10/25/2021 | 538 | | Tenth Circuit USCA Case Number 21–6139 for 533 Notice of Appeal filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle, 535 Amended Notice of Appeal filed by Donald Anthony Grant, Julius D Jones, John M Grant, Wade Lay, Gilbert Ray Postelle. (knt) (Entered: 10/26/2021) |
| 10/26/2021 | 539 | | ENTRY of Appearance by Susan M Otto on behalf of All Plaintiffs (Otto, Susan) (Entered: 10/26/2021) |
| 10/26/2021 | 540 | | Minute Order. Proceedings held before Judge Stephen P. Friot: Motion Hearing held on 10/26/2021. Court rules on the remaining portions of 525 Plaintiffs' EMERGENCY MOTION *to Preserve Evidence of the Execution of John Marion Grant* as set out on the record. For the John Grant execution, the court DIRECTS dfts to make one seat in the inmate's allocation of seats available for a medical witness selected by plfs. Defense counsel are DIRECTED to communicate with DOC personnel regarding Ms. Otto and Ms. Wright's ability to remain on the premises at Jackie Brannon Correctional Facility. If this remains an issue, the court will hold a conference call with counsel at 3:00 pm on 10/27/2021. (Court Reporter Tracy Thompson.) (llg) (Entered: 10/26/2021) |
| 10/27/2021 | 541 | | **ORDER** granting 525 EMERGENCY MOTION *to Preserve Evidence of the Execution of John Marion Grant*. Signed by Judge Stephen P. Friot on 10/27/2021. (llg) (Entered: 10/27/2021) |
| 10/27/2021 | 542 | | ORDER of USCA as to 533 Notice of Appeal filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle. Order filed by Judges Tymkovich, Murphy and Moritz granting appellants' motion for stay in part. See order for details. Judge Tymkovich dissents. Served on 10/27/2021. [21–6139] (kmt) (Entered: 10/27/2021) |
| 10/27/2021 | 543 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Telephonic Conference held on 10/27/2021. (Court Reporter Tracy Thompson.) (llg) (Entered: 10/27/2021) |
| 10/27/2021 | 544 | | **ENTER ORDER** following re 543 Telephonic Conference. Entered at the direction of Judge Stephen P. Friot on 10/27/2021. (llg) (Entered: 10/27/2021) |
| 10/28/2021 | 545 | | NOTICE (other) by John M Grant re 542 USCA Order, (Attachments: # 1 Attachment Email)(Rolls, Emma) (Entered: 10/28/2021) |
| 10/28/2021 | 546 | | ORDER issued by the United States Supreme Court: the application to vacate the stays of execution entered by the 10th Circuit Court of Appeals is granted.(dtb) (Entered: 10/28/2021) |

| 10/29/2021 | 547 | DESIGNATION of Record on Appeal by All Plaintiffs re 535 Notice of Appeal (Attachments: # 1 Attachment Docket Sheet)(Rolls, Emma) (Entered: 10/29/2021) |
| 11/01/2021 | 548 | LETTER – Record Sent Electronically to USCA Volume(s) 3 (dtb) (Entered: 11/01/2021) |
| 11/01/2021 | | Docket Annotation:Record on Appeal Received: Record on appeal filed. No. of Volumes: 13. Volume I, Parts 7–11 – Pleadings,and Volume II – Sealed Pleadings and Volume III – Transcripts. [21–6139]and Record on appeal filed. No. of Volumes: 13. Volume I, Parts 7–11 – Pleadings, Volume II – Sealed Pleadings and Volume III – Transcripts. [21–6139] ––[Edited 11/01/2021 by SLS to replace Volume II.] (dtb) (Entered: 11/01/2021) |
| 11/01/2021 | 549 | MOTION for Leave *to Amend Exhibit and Witness List* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 11/01/2021) |
| 11/12/2021 | 550 | ORDER AND JUDGMENT of USCA as to 533 Notice of Appeal filed by Donald Anthony Grant, Julius D Jones, John M Grant, Gilbert Ray Postelle. Affirmed;Terminated on the merits after submissions without oral hearing; Written, unsigned, unpublished. Judges Tymkovich, Murphy and Moritz. Mandate to issue. [21–6139] (kmt) (Entered: 11/15/2021) |
| 11/18/2021 | 551 | EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant* by Julius D Jones. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4)(Lieberman, Michael) (Entered: 11/18/2021) |
| 11/18/2021 | 552 | **ORDER REFERRING MOTION**: 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant* filed by Julius D Jones. Motion referred to Chief Judge Timothy D. DeGiusti. Signed by Judge Stephen P. Friot on 11/18/2021. (llg) (Entered: 11/18/2021) |
| 11/18/2021 | 553 | **ORDER** VACATING re 552 Order of Referral. Signed by Judge Stephen P. Friot on 11/18/2021. (llg) (Entered: 11/18/2021) |
| 11/23/2021 | 554 | **ENTER ORDER** re 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant*. Status Conference set for 12/7/2021 02:00 PM in Courtroom 401 before Judge Stephen P. Friot. Entered at the direction of Judge Stephen P. Friot on 11/23/2021. (llg) (Main Document 554 replaced on 11/23/2021) (llg). (Entered: 11/23/2021) |
| 11/23/2021 | 555 | STIPULATION of Dismissal *of Plaintiff Julius Jones* by Julius D Jones. (Baich, Dale) (Entered: 11/23/2021) |
| 11/23/2021 | 556 | MOTION to Withdraw as Attorney by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Ferguson, |

| | | | |
|---|---|---|---|
| | | | Andy) (Entered: 11/23/2021) |
| 11/24/2021 | 557 | | **ORDER** granting 556 Motion to Withdraw as Attorney. Attorney Randall J Yates withdrawn as counsel for dfts. Signed by Judge Stephen P. Friot on 11/24/2021. (llg) (Entered: 11/24/2021) |
| 11/24/2021 | 558 | | **ORDER** granting 549 Defendants' Motion for Leave to Amend Defendants' Exhibit and Witness List. Signed by Judge Stephen P. Friot on 11/24/2021. (llg) (Entered: 11/24/2021) |
| 12/01/2021 | 559 | | MOTION for Order *to Reopen Judgment* by Wade Lay. (Rolls, Emma) (Entered: 12/01/2021) |
| 12/06/2021 | 560 | | USCA MANDATE Issued re 533 Notice of Appeal filed by by Donald Anthony Grant, John M Grant, Julius D Jones, Gilbert Ray Postelle. (dtb) Modified on 12/6/2021 to link to correct Notice of Appeal (llg). (Entered: 12/06/2021) |
| 12/07/2021 | 561 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Status Conference re 551 Emergency Motion for Preliminary Injunction on Behalf of Plaintiff Julius Jones and Other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant held on 12/7/2021 (as fully set out on the minute sheet). (Court Reporter Tracy Thompson.) (llg) (Entered: 12/07/2021) |
| 12/08/2021 | 562 | | PETITION FOR WRIT OF CERTIORARI. Supreme Court Number re 472 Notice of Appeal: 21–6550. Petition for writ of certiorari filed by Wade Lay on 11/10/2021. Supreme Court Number 21–6550. [21–6101] (knt) (Entered: 12/08/2021) |
| 12/08/2021 | 563 | | **ENTER ORDER Setting Hearing** on 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant*: Motion Hearing set for 1/10/2022 09:00 AM in Courtroom 401 before Judge Stephen P. Friot. Witnesses may, by pre–arrangement, appear by VTC (such arrangements to be made with the courtroom deputy by 1/5/2022). Counsel presenting the matter are expected to appear in person. Entered at the direction of Signed by Judge Stephen P. Friot on 12/8/2021. (llg) (Entered: 12/08/2021) |
| 12/17/2021 | 564 | | MOTION for Preliminary Injunction – *Supplemental* by Donald Anthony Grant, Gilbert Ray Postelle. (Attachments: # 1 Attachment 1 – Weinberger Dec., # 2 Attachment 2. – Williams Dec.)(Rolls, Emma) (Entered: 12/17/2021) |
| 12/21/2021 | 565 | | MOTION for Extension of Time to File Response/Reply as to 559 MOTION for Order *to Reopen Judgment* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Cleveland, Bryan) (Entered: 12/21/2021) |
| 12/21/2021 | 566 | | RESPONSE to Motion re 565 MOTION for Extension of Time to File Response/Reply as to 559 MOTION for Order *to Reopen Judgment* filed by Wade Lay. (Rolls, Emma) (Entered: 12/21/2021) |

| 12/22/2021 | 567 | **ORDER** granting in part 565 Defendants' MOTION for Extension of Time to Respond to 559 Wade Lay's MOTION for *Relief from Judgment*. Response due by 1/25/2022. Signed by Judge Stephen P. Friot on 12/22/2021. (llg) (Entered: 12/22/2021) |
|---|---|---|
| 12/23/2021 | 568 | SUPPLEMENT re 564 MOTION for Preliminary Injunction – *Supplemental to Doc. 564–2, Declaration of J. Williams, M.D.* by Donald Anthony Grant, Gilbert Ray Postelle. (Attachments: # 1 Attachment Declaration of J. Williams, MD)(Rolls, Emma) (Entered: 12/23/2021) |
| 12/23/2021 | 569 | STIPULATION *to Order Staying Execution Date of James Coddington* by James A Coddington. (Rolls, Emma) (Entered: 12/23/2021) |
| 12/23/2021 | 570 | **ORDER STAYING EXECUTION DATE OF JAMES CODDINGTON** re 569 Joint Stipulation to Order Staying Execution Date of James Coddington. Signed by Judge Stephen P. Friot on 12/23/2021. (llg) (Entered: 12/23/2021) |
| 12/23/2021 | 571 | Exhibit List / Witness List by Plaintiffs Donald Anthony Grant, Wade Lay, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 12/23/2021) |
| 12/28/2021 | 572 | Exhibit List / Witness List *REDACTED* by Plaintiffs Donald Anthony Grant, Wade Lay, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 12/28/2021) |
| 12/28/2021 | 573 | RESPONSE in Opposition re 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant*, 564 MOTION for Preliminary Injunction – *Supplemental* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Antognini Report, # 2 Exhibit 2 – Yen Report, # 3 Exhibit 3 – Dr. Yen Affidavit 11.5.21, # 4 Exhibit 4 – Dr. Yen Affidavit 12.28.21, # 5 Exhibit 5 – Justin Farris Decl, # 6 Exhibit 6 – IG Report for Grant, # 7 Exhibit 7 – Grant Logbook Excerpt)(Mansinghani, Mithun) (Entered: 12/28/2021) |
| 12/28/2021 | 574 | MOTION in Limine *to Exclude the Testimony of Dr. James Williams* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 12/28/2021) |
| 12/29/2021 | 575 | **ORDER** re 574 MOTION in Limine *to Exclude the Testimony of Dr. James Williams*. Plaintiffs are DIRECTED to respond to defendants motion no later than 4:00 p.m. (central time) on January 5, 2022. Signed by Judge Stephen P. Friot on 12/29/21. (dtb) (Entered: 12/29/2021) |
| 12/30/2021 | 576 | Exhibit List / Witness List by Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 12/30/2021) |
| 01/03/2022 | 577 | MOTION for Leave to Appear Pro Hac Vice *of Kenton Walker* by All Plaintiffs. (Attachments: # 1 Attachment Kenton Walker's Request for |

| | | | |
|---|---|---|---|
| | | | Admission Pro Hac Vice)(Rolls, Emma) (Entered: 01/03/2022) |
| 01/03/2022 | 578 | | Receipt for Money Received in the amount of $50.00, receipt number OKW500088700 regarding 577 MOTION for Leave to Appear Pro Hac Vice *of Kenton Walker* (km) (Entered: 01/03/2022) |
| 01/03/2022 | 579 | | **ORDER** granting 577 Motion to Appear Pro Hac Vice (as fully set out in this order). Signed by Judge Stephen P. Friot on 1/3/2022. (llg) (Entered: 01/03/2022) |
| 01/05/2022 | 580 | | ENTRY of Appearance by Kent Walker on behalf of All Plaintiffs (Walker, Kent) (Entered: 01/05/2022) |
| 01/05/2022 | 581 | | RESPONSE in Opposition re 574 MOTION in Limine *to Exclude the Testimony of Dr. James Williams* filed by Donald Anthony Grant, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 01/05/2022) |
| 01/05/2022 | 582 | | **ENTER ORDER** denying 574 Defendants' Motion in Limine to Exclude the Testimony of Dr. James Williams (as fully set out in this enter order). Entered at the direction of Judge Stephen P. Friot on 1/5/2022. (llg) (Entered: 01/05/2022) |
| 01/06/2022 | | | Reset Hearing as to 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Plaintiff Julius Jones and other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant*, 564 MOTION for Preliminary Injunction *Supplemental*. Motion Hearing RESET for 1/10/2022 08:00 AM in Courtroom 401 before Judge Stephen P. Friot. (llg) (Entered: 01/06/2022) |
| 01/10/2022 | 583 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Motion Hearing held on 1/10/2022 re 551 EMERGENCY MOTION for Preliminary Injunction *on Behalf of Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant*, 564 MOTION for Preliminary Injunction – *Supplemental* filed by Donald Anthony Grant, Gilbert Ray Postelle. Court hears evidence and arguments. Court will issue a written order. (Court Reporter Tracy Thompson.) (llg) (Entered: 01/11/2022) |
| 01/12/2022 | 584 | | NOTICE (other) by All Plaintiffs *Notice to the Court* (Rolls, Emma) (Entered: 01/12/2022) |
| 01/13/2022 | 585 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 1/10/2022 before Judge Friot. Court Reporter: Tracy Thompson, Telephone number 405–609–5505. Transcript of: Preliminary Injunction Hearing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/3/2022. Redacted Transcript Deadline set for 2/14/2022. Release of Transcript Restriction set for 4/13/2022. (tt, ) (Entered: 01/13/2022) |
| 01/13/2022 | 586 | | RESPONSE re 584 Notice (other) filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Email Chain 1 of 2, # 2 Exhibit 2 – Email Chain 2 of 2)(Mansinghani, Mithun) (Entered: 01/13/2022) |

| 01/14/2022 | 587 | | **ORDER** denying 551 Emergency Motion for Preliminary Injunction. Signed by Judge Stephen P. Friot on 1/14/2022. (llg) (Entered: 01/14/2022) |
| 01/14/2022 | 588 | | NOTICE OF APPEAL as to 587 Order on Motion for Preliminary Injunction, by Donald Anthony Grant, Gilbert Ray Postelle. (Rolls, Emma) (Entered: 01/14/2022) |
| 01/14/2022 | 589 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 588 Notice of Appeal (Attachments: # 1 Attachment 1– Preliminary Record on Appeal)(dtb) (Entered: 01/14/2022) |
| 01/14/2022 | 590 | | AMENDED PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 588 Notice of Appeal. Amended to reflect that counsel is court appointed. (Attachments: # 1 Attachment 1– Preliminary Record on Appeal)(dtb) (Entered: 01/14/2022) |
| 01/14/2022 | 591 | | Tenth Circuit Court of Appeals USCA Case Number 22–6012 for 588 Notice of Appeal filed by Donald Anthony Grant, Gilbert Ray Postelle.Prisoner case docketed. DATE RECEIVED: 01/14/2022. Transcript order form, designation of record, docketing statement, and appointment motion due 01/28/2022 by Donald Anthony Grant and Gilbert Ray Postelle. Notice of appearance due on 01/28/2022 for Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Justin Farris, Betty Gesell, Justin Giudice, Donald Anthony Grant, Joseph Griffin, F. Lynn Haueter, Kathryn A. LaFortune, Stephan Moore, Gilbert Ray Postelle, Calvin Prince, Tommy Sharp, T. Hastings Siegfried and Daryl Woodard [22–6012] (SLS) (dtb) (Entered: 01/14/2022) |
| 01/14/2022 | 592 | | TRANSCRIPT Order Form by Donald Anthony Grant, Gilbert Ray Postelle re 588 Notice of Appeal that transcripts are not necessary. See order form for dates and proceedings. (Rolls, Emma) (Entered: 01/14/2022) |
| 01/14/2022 | 593 | | **ENTER ORDER**. Pretrial Conference set for 2/1/2022 10:30 AM in Courtroom 401 before Judge Stephen P. Friot (as fully set out in this enter order). Entered at the direction of Judge Stephen P. Friot on 1/14/2022. (llg) (Entered: 01/14/2022) |
| 01/18/2022 | 594 | | TRIAL BRIEF by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Rhonda Kemp, Wade Lay, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 01/18/2022) |
| 01/18/2022 | 595 | | DESIGNATION of Record on Appeal by Donald Anthony Grant, Gilbert Ray Postelle re 588 Notice of Appeal (Attachments: # 1 Attachment Docket Sheet)(Rolls, Emma) (Entered: 01/18/2022) |
| 01/18/2022 | 596 | | |

| | | | |
|---|---|---|---|
| | | | LETTER – Record Sent Electronically to USCA Volume(s) 9 (dtb) (Entered: 01/18/2022) |
| 01/24/2022 | 597 | | ORDER of USCA as to 588 Notice of Appeal filed by Donald Anthony Grant, Gilbert Ray Postelle. Order filed by Judges Tymkovich, Murphy and Moritz denying Attorney motion for stay filed by Appellants Donald Anthony Grant and Gilbert Ray Postelle. Served on 01/24/2022. [22–6012] (km) (Entered: 01/24/2022) |
| 01/25/2022 | 598 | | RESPONSE to Motion re 559 MOTION for Order *to Reopen Judgment* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 01/25/2022) |
| 02/01/2022 | 599 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Final Pretrial Conference held on 2/1/2022. (Court Reporter Tracy Thompson.) (llg) (Entered: 02/01/2022) |
| 02/04/2022 | 600 | | MOTION to Compel *Deposition of IV Team Leader* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Declaration of Pat Doe, # 2 Exhibit 2 – Email Communication, # 3 Exhibit 3 – Declaration of John Doe, # 4 Exhibit 4 – Execution Protocol Excerpt, # 5 Exhibit 5 – 11–17–20 S. Crow Depo. Excerpts, # 6 Exhibit 6 – 11–12–20 S. Crow Depo. Excerpts)(Rolls, Emma) (Entered: 02/04/2022) |
| 02/04/2022 | 601 | | **ORDER Setting Hearing** on 600 MOTION to Compel *Deposition of IV Team Leader*: Motion Hearing set for 2/14/2022 01:30 PM in Courtroom 401 before Judge Stephen P. Friot. Signed by Judge Stephen P. Friot on 2/4/2022. (llg) (Entered: 02/04/2022) |
| 02/07/2022 | 602 | | **ORDER** regarding 559 Motion for Relief from Judgment filed by Rhonda Kemp, as appointed next friend for plaintiff Wade Lay. To facilitate a ruling with respect to the motion, the court DIRECTS Ms. Kemp, as appointed next friend for Mr. Lay, to file a written notice, within 10 days from the date of this order, proposing one or more alternative methods of carrying out the sentence of death for plaintiff Wade Lay. Signed by Judge Stephen P. Friot on 2/7/2022. (llg) (Entered: 02/07/2022) |
| 02/08/2022 | 603 | | ORDER of USCA as to 588 Notice of Appeal filed by Donald Anthony Grant, Gilbert Ray Postelle (dtb) (Entered: 02/08/2022) |
| 02/08/2022 | 604 | | USCA MANDATE Issued re 588 Notice of Appeal filed by Donald Anthony Grant, Gilbert Ray Postelle (dtb) (Entered: 02/08/2022) |
| 02/08/2022 | 605 | | MOTION for Leave to Appear Pro Hac Vice *by Anne Elise Herold Li* by All Plaintiffs. (Attachments: # 1 Attachment Request by Anne Li for Admission Pro Hac Vice)(Rolls, Emma) (Entered: 02/08/2022) |
| 02/08/2022 | 606 | | Receipt for Money Received from All Plaintiffs in the amount of $50, receipt number OKW500089168 regarding 605 MOTION for Leave to Appear Pro Hac Vice *by Anne Elise Herold Li* (dtb) (Entered: 02/08/2022) |
| 02/08/2022 | 607 | | **ORDER** granting 605 Motion to Appear Pro Hac Vice. Signed by Judge Stephen P. Friot on 2/8/2022. (llg) (Entered: 02/08/2022) |

| 02/08/2022 | 608 | NOTICE (other) by Rhonda Kemp, Wade Lay re 602 Order on Motion for Order, *Notice of Alternative Execution Methods* (Attachments: # 1 Attachment Proposed Alternative Execution Methods for Wade Lay)(Rolls, Emma) (Entered: 02/08/2022) |
|---|---|---|
| 02/10/2022 | | **Docket Annotation**: Doc. no. 609 has been deleted, as it was filed in error. (llg) (Entered: 02/10/2022) |
| 02/11/2022 | 609 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 2/01/2022 before Judge Friot. Court Reporter: Tracy Thompson, Telephone number 405–609–5505. Transcript of: Pretrial Conference. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/4/2022. Redacted Transcript Deadline set for 3/14/2022. Release of Transcript Restriction set for 5/12/2022. (tt, ) (Entered: 02/11/2022) |
| 02/11/2022 | 610 | RESPONSE in Opposition re 600 MOTION to Compel *Deposition of IV Team Leader* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Emails, # 2 Exhibit 2 – Stouffer Log, # 3 Exhibit 3 – D. Grant Logs)(Mansinghani, Mithun) (Entered: 02/11/2022) |
| 02/11/2022 | 611 | MOTION to Compel *Production of Materials* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – 2021–12–10 J. Stronski to M. Mansinghani email, # 2 Exhibit 2 – 2021–12–14 J. Stronski to M. Mansinghani email, # 3 Exhibit 3 – 2022–01–31 J. Stronski to M. Mansinghani email, # 4 Exhibit 4 – 2022–02–07 to 02–08 K. Walker – M. Mansinghani emails)(Rolls, Emma) (Entered: 02/11/2022) |
| 02/12/2022 | 612 | MOTION in Limine *and motion for sanctions* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – Email Chain, # 2 Exhibit 2 – Van Norman Report)(Mansinghani, Mithun) (Entered: 02/12/2022) |
| 02/13/2022 | 613 | RESPONSE to Motion re 611 MOTION to Compel *Production of Materials* filed by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Attachments: # 1 Exhibit 1 – 10/26/2021 Email Chain, # 2 Exhibit 2 – Defts' Responses and Objections, # 3 Exhibit 3 – 12/14/2021 Email Chain)(Cleveland, Bryan) (Entered: 02/13/2022) |
| 02/14/2022 | 614 | **ENTER ORDER** regarding 612 Defendants' Motion in Limine. Plf are DIRECTED to respond to the motion not later than 9:00 AM on 2/22/2022. (Regardless of when the depo of Dr. Van Norman may take place, the court will not be able to rule on the motion in limine until late in the week of February 21.) Entered at the direction of Judge Stephen P. Friot on 2/14/2022. (llg) (Entered: 02/14/2022) |
| 02/14/2022 | 615 | |

| | | | |
|---|---|---|---|
| | | | Minute Order. Proceedings held before Judge Stephen P. Friot: Motion Hearing held on 2/14/2022. 600 Plaintiffs' MOTION to Compel *Deposition of IV Team Leader* is GRANTED IN PART and DENIED IN PART, as set out on the record and on the minute sheet. Regarding 611 MOTION to Compel *Production of Materials Concerning the Executions of Bigler Stouffer, Donald Grant, and Gilbert Postelle*, plfs may file a reply in support of the motion not later than close of business on 2/15/2022. Said reply shall advise the court as to what remains at issue. (Court Reporter Tracy Thompson.) (llg) (Entered: 02/14/2022) |
| 02/15/2022 | 616 | | **ORDER** granting 559 Plaintiff Wade Lay's, Through Next Friend Rhonda Kemp, Motion for Relief from Judgment, to the extent it seeks relief from 449 court's 8/11/2021 order granting summary judgment in favor of dfts as to the Eighth Amendment method–of–execution claim alleged by plf Wade Lay in Count II of the Third Amended Complaint. 388 Defendants' motion for summary judgment is DENIED with respect to the claim alleged in Count II by Wade Lay. The claim alleged in Count II by Wade Lay will proceed to trial on 2/28/2022, along with the claims alleged in Count II by the other 26 plfs. Signed by Judge Stephen P. Friot on 2/15/2022. (llg) (Entered: 02/15/2022) |
| 02/15/2022 | 617 | | REPLY by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Rhonda Kemp, Wade Lay, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood re 611 MOTION to Compel *Production of Materials*, 613 Response to Motion,, filed by All Plaintiffs. (Attachments: # 1 Exhibit 1 – 2022–02–14 email from M. Mansinghani to K. Walker)(Rolls, Emma) (Entered: 02/15/2022) |
| 02/15/2022 | 618 | | TRIAL BRIEF by Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 02/15/2022) |
| 02/17/2022 | 619 | | **ENTER ORDER** re 611 MOTION to Compel *Production of Materials Concerning the Executions of Bigler Stouffer, Donald Grant, and Gilbert Postelle*: Plf and dfts are ORDERED to appear, in the person of at least one counsel of record from each side, at the chambers of the assigned judge at 8:30 AM on 2/23/2022. Counsel will be provided a place to further discuss the matters presented by the motion to compel. Any matters remaining unresolved will be addressed in a hearing in open court at 11:30 AM on 2/23/2022. (ALL AS FULLY SET OUT IN THIS ENTER ORDER.) Entered at the direction of Judge Stephen P. Friot on 2/17/2022. (llg) (Entered: 02/17/2022) |
| 02/18/2022 | 620 | | NOTICE (other) by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin |

| | | | |
|---|---|---|---|
| | | | Prince, T Hastings Siegfried, Daryl Woodard re <u>611</u> MOTION to Compel *Production of Materials* (Attachments: # <u>1</u> Exhibit 1 – Mansinghani Walker Emails, # <u>2</u> Exhibit 2 – Stouffer Autopsy)(Mansinghani, Mithun) (Entered: 02/18/2022) |
| 02/22/2022 | <u>621</u> | | RESPONSE in Opposition re <u>612</u> MOTION in Limine *and motion for sanctions* filed by All Plaintiffs. (Rolls, Emma) (Entered: 02/22/2022) |
| 02/22/2022 | <u>622</u> | | ENTRY of Appearance by Anne Elise Li on behalf of All Plaintiffs (Li, Anne) (Entered: 02/22/2022) |
| 02/22/2022 | <u>623</u> | | ENTRY of Appearance by Audrey A Weaver on behalf of Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard (Weaver, Audrey) (Entered: 02/22/2022) |
| 02/22/2022 | <u>624</u> | | PETITION FOR WRIT OF CERTIORARI Denied (dtb) (Entered: 02/22/2022) |
| 02/23/2022 | <u>625</u> | | **ENTER ORDER** regarding <u>611</u> MOTION to Compel *Production of Materials Concerning the Executions of Bigler Stouffer, Donald Grant, and Gilbert Postelle*: Plfs & dfts are now ORDERED to appear, in the person of at least one counsel of record from each side, at the chambers of the assigned judge at 12:30 PM on 2/24/2022. Counsel will be provided a place to further discuss the matters presented by the motion to compel. Any matters remaining unresolved will be addressed in a hearing in open court at 2:00 PM on 2/24/2022. All other matters addressed in <u>619</u> court's 2/27/2022 enter order remain unchanged. Entered at the direction of Judge Stephen P. Friot on 2/23/2022. (llg) (Entered: 02/23/2022) |
| 02/23/2022 | <u>626</u> | | **ORDER** granting in part and denying in part <u>612</u> Defendants' Motion in Limine to Exclude or Limit the Testimony of Dr. Van Norman and Motion for Sanctions (as fully set out in this order). Signed by Judge Stephen P. Friot on 2/23/2022. (llg) (Entered: 02/23/2022) |
| 02/23/2022 | <u>627</u> | | NOTICE (other) by All Plaintiffs re <u>611</u> MOTION to Compel *Production of Materials*, <u>625</u> Order Setting Hearing on Motion,, <u>613</u> Response to Motion,, <u>617</u> Reply,,, <u>619</u> Order Setting Hearing on Motion,, (Attachments: # <u>1</u> Exhibit 1 – emails)(Rolls, Emma) (Entered: 02/23/2022) |
| 02/23/2022 | <u>628</u> | | **ENTER ORDER** re <u>611</u> MOTION to Compel *Production of Materials*. In light of the representations in <u>627</u> Notice, the court STRIKES the proceedings (meeting and hearing) previously set for 2/24/2022. Entered at the direction of Judge Stephen P. Friot on 2/23/2022. (llg) (Entered: 02/23/2022) |
| 02/25/2022 | <u>629</u> | | FINAL PRETRIAL REPORT. (Attachments: # <u>1</u> Attachment Exhibits Listed with Objections Noted)(Rolls, Emma) (Entered: 02/25/2022) |
| 02/27/2022 | <u>630</u> | | MOTION for Leave *to File Amended Pretrial Exhibit List* by All Plaintiffs. (Attachments: # <u>1</u> Exhibit 1 – Proposed Amended Exhibit List, # <u>2</u> Exhibit 2 – Excerpted List (Proposed Changes Only))(Rolls, Emma) (Entered: 02/27/2022) |
| 02/28/2022 | <u>631</u> | | **ORDER** approving <u>629</u> Final Pretrial Report. Signed by Judge Stephen P. Friot on 2/28/2022. (llg) (Entered: 02/28/2022) |

| 02/28/2022 | 632 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial held on 2/28/2022. Court adjourns to 3/1/2022 09:00 AM. (Court Reporter Tracy Thompson.) (llg) (Entered: 02/28/2022) |
| 03/01/2022 | 633 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial held on 3/1/2022. Court adjourns to 3/2/2022 09:00 AM. (Court Reporter Tracy Thompson.) (llg) (Entered: 03/01/2022) |
| 03/02/2022 | 634 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial held on 3/2/2022. Court adjourns to 3/3/2022 09:00 AM. (Court Reporter Tracy Thompson.) (llg) (Entered: 03/02/2022) |
| 03/03/2022 | 635 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial held on 3/3/2022. Court adjourns to 3/4/2022 09:00 AM. (Court Reporter Tracy Thompson.) (llg) (Entered: 03/03/2022) |
| 03/04/2022 | 636 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial held on 3/4/2022. Court adjourns to 3/7/2022 01:15 PM. (Court Reporter Tracy Thompson.) (llg) (Entered: 03/07/2022) |
| 03/07/2022 | 637 | | Minute Entry for proceedings held before Judge Stephen P. Friot: Bench Trial completed on 3/7/2022. Post–trial filings due as set out on the minute sheet. (Court Reporter Tracy Thompson.) (llg) (Entered: 03/07/2022) |
| 03/14/2022 | 638 | | **ORDER**. Since the court's rulings in 349 Order, 449 Order, plfs John M. Grant, Donald A. Grant & Gilbert R. Postelle have been executed. In light of the executions of these three plfs, the court intends to enter an order vacating its previous rulings as to the claims alleged by the three plfs (& only as to those plfs) in the Third Amended Complaint & dismissing those claims without prejudice on the ground of mootness, if no objection is filed within 10 days of the date of this order. If no objection is filed, the court will proceed with entry of such an order without further notice to the parties and counsel. If an objection is filed, the court will consider the matter & enter an appropriate order. Signed by Judge Stephen P. Friot on 3/14/2022. (llg) (Entered: 03/14/2022) |
| 03/28/2022 | 639 | | **ORDER**. As no objection to 638 3/14/2022 Order has been filed, the court, pursuant to that order, VACATES the rulings in 349 Order and 449 Order only as to the claims alleged in the Third Amended Complaint by plaintiffs, John M. Grant, Donald A. Grant, and Gilbert R. Postelle, and DISMISSES WITHOUT PREJUDICE those claims on the ground of mootness. Signed by Judge Stephen P. Friot on 3/28/2022. (llg) (Entered: 03/28/2022) |
| 04/08/2022 | 640 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held 2/28/2022 through 3/7/2022 before Judge Friot. Court Reporter: Tracy Thompson, Telephone number 405–609–5505. Transcript of: Non–Jury Trial. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022. (llg) (Entered: 04/08/2022) |
| 04/29/2022 | 641 | | MOTION to Withdraw as Attorney by Richard E Glossip. (Attachments: # 1 Proposed Order)(Baich, Dale) (Entered: 04/29/2022) |

| 04/29/2022 | 642 | **ORDER** granting 641 Motion for Leave of Court to Withdraw as Counsel for Plaintiff Richard Glossip. Attorney Dale A Baich withdrawn as counsel. Signed by Judge Stephen P. Friot on 4/29/2022. (llg) (Entered: 04/29/2022) |
|---|---|---|
| 05/09/2022 | 643 | FINAL CONTENTIONS *Plaintiffs' Post–Trial Filing Pursuant to Doc. 637* by Plaintiffs Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Rhonda Kemp, Wade Lay, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Attachments: # 1 Attachment 1 – Dr. Block Designated Transcript)(Rolls, Emma) (Entered: 05/09/2022) |
| 05/09/2022 | 644 | FINAL CONTENTIONS *Defendants' Post–Trial Summary of Expert Testimony and Proposed Findings of Fact from Fact Witness Testimony* by Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 05/09/2022) |
| 05/23/2022 | 645 | MOTION to Withdraw as Attorney *Mithun Mansinghani* by Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F Lynn Haueter, Kathryn A LaFortune, Stephan Moore, Calvin Prince, T Hastings Siegfried, Daryl Woodard. (Mansinghani, Mithun) (Entered: 05/23/2022) |
| 05/23/2022 | 646 | **ORDER** granting 645 Motion to Withdraw as Counsel. Attorney Mithun S Mansinghani withdrawn. Signed by Judge Stephen P. Friot on 5/23/2022. (llg) (Entered: 05/23/2022) |
| 06/01/2022 | 647 | **ORDER**. Plfs' action against dfts John Does I–X, in their official capacities as employees or contractors with the Oklahoma Department of Corrections, is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute. Signed by Judge Stephen P. Friot on 6/1/2022. (llg) (Entered: 06/01/2022) |
| 06/06/2022 | 648 | **FINDINGS OF FACT AND CONCLUSIONS OF LAW**. The prerequisites of a successful lethal injection challenge under the Eighth Amendment have been made clear by the Supreme Court in the Baze, Glossip and Bucklew cases cited in this order. The plaintiff inmates have fallen well short of clearing the bar set by the Supreme Court. Consequently, the Eighth Amendment, as construed and applied by the Supreme Court in its lethal injection cases, does not stand in the way of execution of the Oklahoma inmates in this case under Chart D of the Oklahoma lethal injection protocol. A final judgment will be entered forthwith. Signed by Judge Stephen P. Friot on 6/2/2022. (llg) (Entered: 06/06/2022) |
| 06/06/2022 | 649 | |

135

| | | | |
|---|---|---|---|
| | | | **JUDGMENT**. Signed by Judge Stephen P. Friot on 6/6/2022. (llg) (Entered: 06/06/2022) |
| 06/17/2022 | 650 | | NOTICE OF APPEAL as to 649 Judgment by Brenda E Andrew, Ronson Kyle Bush, Jemaine Cannon, James A Coddington, Benjamin R Cole, Carlos Cuesta–Rodriguez, Nicholas A Davis, Scott Eizember, Richard S Fairchild, Richard E Glossip, Clarance Goode, Donald Anthony Grant, John M Grant, Wendell A Grissom, Phillip D Hancock, John F Hanson, Marlon D Harmon, Jimmy Dean Harris, Shelton D Jackson, Raymond E Johnson, Julius D Jones, Rhonda Kemp, Wade Lay, Emmanuel A Littlejohn, Ricky Ray Malone, Mica Alexander Martinez, Alfred B Mitchell, Patrick Murphy, James D Pavatt, Gilbert Ray Postelle, Richard Rojem, James Ryder, Anthony Sanchez, Kendrick A Simpson, Michael Dewayne Smith, Kevin R Underwood, Charles F Warner, Tremane Wood. (Rolls, Emma) (Entered: 06/17/2022) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, et al.,                )
                                        )
    Plaintiffs,                        )
                                        )
-vs-                                    )     Case No. CIV-14-0665-F
                                        )
RANDY CHANDLER, et al.,                 )
                                        )
    Defendants.                        )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

### Table of Contents

                                                                     Page

I.    Introduction ................................................................1

II.   Findings of Fact ..........................................................1
    A.   Procedural history ...................................................1
    B.   The 2020 Protocol ..................................................3
    C.   The effect of vecuronium bromide as used in the protocol ......................4
    D.   The effect of potassium chloride as used in the protocol ..........................5
    E.   The pharmacology and clinical uses of midazolam ..................................5
    F.   The four recent Oklahoma executions.........................................7
        1.   The John Grant execution................................................9
        2.   The Bigler Stouffer execution ........................................14
        3.   The Donald Grant execution.........................................17
        4.   The Gilbert Postelle execution.......................................18
    G.   Glossip first prong:  The challenge to midazolam as used per Chart D...19
        1.   Dosage, speed of administration and duration .................................19
        2.   What is "induction"?  What is "general anesthesia"? .....................20
        3.   Ceiling effect.......................................................24
        4.   Pulmonary edema ...............................................26
        5.   The reliability of midazolam as used per Chart D...........................30

i

    H.    The adequacy of the consciousness check ................................35
    I.    The plaintiffs' proposed alternative methods of execution ......................37
        1.    Fentanyl plus compounded or commercially procured
            pentobarbital or sodium thiopental ....................................37
        2.    Firing squad .........................................................38

III.  Conclusions of Law ........................................................40

IV.  Conclusion ....................................................................42

## I.    Introduction

The plaintiffs, Oklahoma inmates awaiting execution, challenge the constitutionality, under the Eighth Amendment, of Oklahoma's protocol for execution by lethal injection.  Defendants are various Oklahoma officials charged with responsibility for implementation of that protocol.  After three trips to the Supreme Court, much motion work, and a nonjury trial, the matter is now ready for entry of final judgment.  The court's findings of fact and conclusions of law, entered pursuant to Rule 52(a), Fed.R.Civ.P., are set forth below.  The final judgment will also be entered today.

## II.    Findings of Fact

### A. Procedural history

This action was filed in 2014, as a challenge to Oklahoma's then-existing protocol for execution by lethal injection.  A preliminary injunction hearing was held in December, 2014, resulting in denial of a preliminary injunction to block the executions of Charles Warner and three other inmates.  Denial of the preliminary injunction was affirmed by the Court of Appeals.  Warner v. Gross, 776 F.3d 721 (10th Cir. 2015).  The Supreme Court affirmed that judgment.  Glossip v. Gross, 576 U.S. 863 (2015).  In the meantime, Charles Warner, having been denied emergency relief, was executed by lethal injection in January, 2015.[1]

A series of mishaps, some more serious than others, with respect to Oklahoma's implementation of its lethal injection protocol resulted in a state grand jury investigation and a protracted period of development of a new protocol.  A new protocol was promulgated in February, 2020.  That precipitated the filing of the third

---

[1] Other orders in this case are published as Glossip v. Chandler, 554 F.Supp.3d 1176 (W.D. Okla. 2021) (summary judgment); Glossip v. Chandler, 2021 WL 4760383 (W.D. Okla. Oct. 12, 2021) (denying reconsideration, and other matters); and Glossip v. Chandler, 2022 WL 136886 (W.D. Okla. Jan 14, 2022) (denying preliminary injunction).

amended complaint, doc. no. 325, which remains the operative complaint in this case.

The nature and status of the claims asserted in the third amended complaint is shown in this table:

| Count I | Fifth[2] Amendment Due Process claim based on asserted failure to disclose sufficient information re: development of the protocol and execution procedures. **Dismissed** per order at doc. no. 349. |
| Count II | Eighth Amendment claim asserting that constitutionally impermissible pain and suffering will result from the use of the three-drug lethal injection protocol (midazolam, vecuronium bromide and potassium chloride). Defendants' motion for **summary judgment denied**; Count II was tried to the court in February and March, 2022. |
| Count III | Eighth and Fifth[3] Amendment claim asserting "deliberate indifference" to the serious medical needs of the plaintiffs. **Dismissed** per order at doc. no. 349. |
| Count IV | First, Fifth[4] and Sixth Amendment claim asserting unconstitutional denial of access to counsel and the courts. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |
| Count V | 18 U.S.C. § 3599 claim asserting intentional deprivation of right to counsel. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |
| Count VI | Ex Post Facto claim under U.S. and Oklahoma Constitutions, based on substitution of midazolam. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |
| Count VII | Fourteenth Amendment Due Process claim based on use of midazolam instead of barbiturate. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |
| Count VIII | Religious freedom claim asserting violation of plaintiffs' sincerely-held religious beliefs resulting from necessity of proposing a feasible alternative method of execution. **Dismissed** per order at doc. no. 349. |
| Count IX | Eighth and Fourteenth Amendment claim asserting that plaintiffs will be subjected to constitutionally impermissible human experimentation. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |

---

[2] As was noted at an earlier stage of this action, the Fifth Amendment does not apply to the defendants in this case. Doc. no. 349, at 4 (Count I construed as asserted under the Fourteenth Amendment).

[3] See note 2. Plaintiffs elected not to persist with their Fifth Amendment Due Process claim. Doc. no. 349, at 8.

[4] See note 2.

| Count X | First and Fourteenth Amendment claim asserting denial of right of access to governmental information. **Summary judgment granted** on motion of the defendants per order at doc. no. 449. |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

As can be seen, the only claim remaining for trial was the Count II claim, asserting that execution by lethal injection, using the three-drug protocol specified in Chart D of the 2020 protocol, violated the Eighth Amendment's prohibition of cruel and unusual punishment. *See*, doc. no. 629 (Final Pretrial Report), at 4, ¶ 5. That claim was tried in a nonjury trial which began on February 28, 2022 and was completed on March 7, 2022. Twenty-eight plaintiffs, all awaiting execution, remained in the case at the time of trial.[5]

The trial transcript has been filed and the parties have submitted their post-trial filings.[6] Doc. nos. 643 and 644. The matter is ripe for decision.

B. The 2020 Protocol

The 2020 protocol, entitled *Execution of Inmates Sentenced to Death*, was adopted with an effective date of February 20, 2020.[7] PX 45.[8] The protocol includes

---

[5] The plaintiffs remaining in the case are: James A. Coddington, Benjamin R. Cole, Carlos Cuesta-Rodriguez, Richard S. Fairchild, Wendell A. Grissom, Marlon D. Harmon, Raymond E. Johnson, Emmanuel A. Littlejohn, James D. Pavatt, Kendrick A. Simpson, Kevin R. Underwood, Brenda E. Andrew, Richard E. Glossip, Phillip D. Hancock, Alfred B. Mitchell, Tremane Wood, Wade Lay, Ronson Kyle Bush, Scott Eizember, John F. Hanson, Mica Alexander Martinez, Ricky Ray Malone, Clarance Goode, Anthony Sanchez, Michael Dewayne Smith, James Ryder, Richard Rojem and Jemaine Cannon. Three plaintiffs were executed after the court denied the defendants' motion for summary judgment but before this case was tried (John Grant in October, 2021, Donald Grant in January, 2022 and Gilbert Postelle in February, 2022).

[6] The trial transcript was filed on April 8, 2022, doc. no. 640. In these findings, references to the trial transcript are: Tr. __, with a parenthetical reference to the name of the witness where appropriate.

[7] Within the Oklahoma Department of Corrections, the document as a whole is called a "policy," and the only part of the document the DOC refers to as a "protocol" is Attachment D, which governs preparation and administration of the lethal injection drugs. Tr. 1042. In this litigation, however, the entire document has been referred to generically as the protocol, so the court will stay with that terminology.

[8] In these findings, PX refers to plaintiffs' exhibits and DX refers to defendants' exhibits.

3

detailed provisions with respect to (i) the staffing required to conduct an execution, (ii) qualifications of the Intravenous Team ("IV Team"), (iii) training of team members, (iv) designation and escort of execution witnesses, (v) procedures to be followed in the days and weeks preceding an execution, (vi) news media access, (vii) IV insertion, (viii) procedure in the execution chamber, (ix) post execution procedures, (x) after action reviews, and (xi) the preparation and administration of the lethal injection drugs.

The lethal injection drug combination relevant here is that set forth in Chart D, PX 45, Attachment D, p. 3. Chart D calls for the administration of the following substances in the order shown:

1. 500 milligrams midazolam (via two syringes)
2. 60 ml. heparin/saline
3. 100 milligrams vecuronium bromide[9] (via two syringes)
4. 60 ml. heparin/saline
5. 240 milliequivalents potassium chloride (via two syringes)
6. 60 ml. heparin/saline

C. The effect of vecuronium bromide as used in the protocol

Vecuronium bromide is a drug used, clinically, as a muscle relaxant. A typical clinical dose is 20 to 30 milligrams. When administered in the dosage called for in Chart D (more than ten times the dosage specified on the FDA-approved label), vecuronium bromide functions as a paralytic, rendering the inmate unable to move (and thus unable to give any indication of pain or other distress). As a paralytic, vecuronium bromide will stop breathing (by stopping the diaphragm), but it will not stop the heart. An inmate who is alive, sensate and paralyzed by vecuronium bromide would have a sense of suffocation. (This is the "substantial, constitutionally

---

[9] Chart D provides for the use of pancuronium bromide or rocuronium bromide as alternatives to vecuronium bromide.

unacceptable risk of suffocation" noted by the Supreme Court in <u>Baze v. Rees</u>, 553 U.S. 35, 53 (2008).)

D. <u>The effect of potassium chloride as used in the protocol</u>

Potassium chloride is a salt which is used clinically to replace potassium if the patient's potassium level is too low. It can also be used in heart surgery to make the patient's heart stop for purposes of the surgery. Potassium chloride is used in the Oklahoma protocol (at a dosage several times higher, and more concentrated, than any clinical dose) to induce cardiac arrest–fatal heart stoppage if the inmate is still alive when the potassium chloride is pushed. Administration of 240 milliequivalents of potassium chloride to a sensate inmate will cause pain and suffering.

The administration of potassium chloride, causing the heart to stop, renders vecuronium bromide essentially superfluous to the accomplishment of the purpose of the execution. As Dr. Mark Edgar explained, the paralytic effect of vecuronium bromide stops breathing, which is unnecessary if the inmate's heart is going to be stopped with potassium chloride. Tr. 208.

E. <u>The pharmacology and clinical uses of midazolam</u>

Gamma aminobutyric acid–GABA–is a neurotransmitter found in humans. Specifically, GABA is an *inhibitory* neurotransmitter. It is released at synapses between the neurons and "modifies electrical activity in the brain." PX 64.[10] It does that by acting at specific receptor sites. As a benzodiazepine, midazolam is a potent central nervous system depressant which exerts its action through $GABA_A$ receptors in the central nervous system by chemically binding to the $GABA_A$ receptors. Those receptors are "the key targets that mediate most of the clinically important effects of

---

[10] Bai, et al., "Distinct Functional and Pharmacological Properties of Tonic and Quantal Inhibitory Postsynaptic Currents Mediated by $\gamma$-Aminobutyric Acid$_A$ Receptors in Hippocampal Neurons," *Molecular Pharmacology*, vol. 59, 814 (2001).

IV anesthetics." PX 474.[11]  The net effect of all this is that the flow of chloride ions into the nerve cells is increased, inhibiting the neuron–the neuron "does not fire as easily." Tr. 21 (Dr. Stevens).  Central nervous system activity is thereby depressed.

As described in the FDA-approved label (which the court finds to be a reliable source of information about midazolam), midazolam is a Schedule IV drug which is, as noted above, in the benzodiazepine category.  DX 44.  (Other benzodiazepines include Valium and Xanax.)   When midazolam is "given intravenous as an anesthetic induction agent, *induction of anesthesia occurs* in approximately 1.5 minutes when narcotic premedication has been administered and *in 2 to 2.5 minutes without narcotic premedication or other sedative premedication*." *Id.* at 4 (emphasis added).

The FDA label states that midazolam may be used "either alone or in combination with other CNS [central nervous system] depressants" in such procedures as bronchoscopy, cardiac catheterization and suture of lacerations.  *Id*. at 8.   The FDA label, after admonishing practitioners in several places about the importance of administering midazolam slowly, cautions that "rapid intravenous administration" of midazolam–which is exactly that the Oklahoma protocol requires–"may result in respiratory depression, airway obstruction and/or arrest." DX 44 at 18.[12]   Reactions to midazolam can include agitation, hyperactivity, involuntary movements, "retching" and, in 2.6 percent of patients, "vomiting." *Id*. at 9, 16, 17.  (The difference, if any, between "retching" and "vomiting," as those terms are used in the FDA label, is unclear.)  A clinical dose of midazolam (much

---

[11] Vyuk, et al., "Intravenous Anesthetics," Ch. 23 in *Miller's Anesthesia* (Elsevier Health Sciences, 2014), 653.

[12] This statement by the FDA is supported by the literature.  *E.g.*, PX 396: Reves, et al., "Midazolam: Pharmacology and Uses," *Anesthesiology*, vol. 62, 310 at 312 (1985): "Midazolam produces some respiratory depression."

lower than the dose called for in Chart D) will typically begin to take effect in thirty to sixty seconds or not much longer.  Tr. 635 (Dr. Antognini).

The FDA warns–in a black box warning on the midazolam label–that intravenously-administered midazolam can cause respiratory depression and respiratory arrest.  DX 44, p. 2.

At the trial, there was considerable debate as to just what "induction" of anesthesia means, as that term is used in the FDA label and elsewhere.  The gist of plaintiffs' argument, as discussed later in these findings, is that "induction" of anesthesia really means nothing more than getting the sedation started, and cannot be taken to connote arrival at a deep plane of anesthesia (which plaintiffs assert requires the use of other agents, such as anesthetic gasses).  For present purposes, it is worth noting that the FDA label states that: "If needed to complete induction, increments of approximately 25% of the patient's initial dose may be used; *induction may instead be completed* with inhalational anesthetics."  DX 44 at 21 (emphasis added).

F.  The four recent Oklahoma executions

In the weeks before this case was tried beginning on February 28, 2022, four Oklahoma inmates, three of whom were plaintiffs in this case, were executed by lethal injection under the Oklahoma protocol.  Those were: John Grant (executed on October 28, 2021), Bigler Stouffer (December 9, 2021), Donald Grant (January 27, 2022) and Gilbert Postelle (February 17, 2022).  Various combinations of plaintiffs' and defendants' witnesses viewed all four of these executions.

In assessing the testimony from witnesses who viewed or participated in these executions, it should be borne in mind that little, if anything, relevant to the issue of infliction of pain and suffering can be inferred from anything the inmate did (or, more to the point, did not do) after the vecuronium bromide was pushed.  Plaintiffs correctly assert, and defendants do not dispute, that after the vecuronium bromide

7

takes effect, a sensate inmate would be unable to describe or otherwise communicate about any pain he may be experiencing. Consequently, the probative eyewitness testimony bearing on the issue of what the inmate may have been feeling as the execution took place is the testimony describing observations beginning with the injection of the first syringe of midazolam and ending with the injection of the first syringe of vecuronium bromide.

It should also be noted, preliminarily, that the court's findings as to the four recent executions are based on testimony given by both fact and expert witnesses.[13] The expert witnesses' descriptions of what they saw are, course, based on their observations of objectively verifiable facts, as viewed, in some respects, through the lens of their professional expertise. Consequently, it is appropriate here to comment briefly on the battle of the experts in this case. Rarely, in any field of litigation, does a court see and hear well-qualified expert witnesses giving expert testimony as squarely–and emphatically–contradictory, on the issues at the heart of the matter, as in this case. Some of the opposing experts in this case have squared off in other midazolam challenges in other courts around the country, in what amounts to a midazolam roadshow.[14] On the whole, the results in those cases have not been favorable to the inmates awaiting execution, but extended analysis of how some of the experts in this case have fared in other cases is not necessary here. There is one

---

[13] Preliminary injunction hearings were held in this case on October 25, 2021 (relating to John Grant, Julius Jones, Donald Grant and Gilbert Postelle) and on January 10, 2022 (relating to Donald Grant and Gilbert Postelle). At the trial on the merits, the parties agreed that the testimony of fact witnesses at those hearings would be deemed incorporated into the trial record. Tr. 1021, 1119. The findings the court now makes as to the four recent executions are based in part on the fact witness testimony from those hearings.

[14] For instance, three of plaintiffs' expert witnesses in this case (Drs. Stevens, Van Norman and Williams) and two of defendants' experts (Drs. Antognini and Buffington) testified in the McGehee case in Arkansas. McGehee v. Hutchinson, 463 F.Supp.3d 870, 908 (E.D. Ark. 2020), *appeal docketed*, No. 21-1965 (8th Cir. April 30, 2021, argued and submitted January 12, 2022).

fresh face in this case, and a credible one at that.  That is Dr. Ervin Yen, a practicing anesthesiologist who has administered midazolam and observed its effects thousands of times.

### 1.  The John Grant execution

John Grant was executed on October 28, 2021.  PX 802.  He was served a meal at 5:13 p.m. on October 27, the day before he was executed.  Grant was still "drinking soda" and eating at 10:15 p.m. on October 27.  Jan. 10, 2022  Tr., doc. no. 585, at 181 ("1/10 Tr.").  At 3:15 p.m. on October 28, just before he was taken to the execution chamber, Mr. Grant was eating chips and drinking soda (Mr. Pibb Xtra).  The Grant execution began shortly after 4:00 p.m.  The curtain between the execution chamber and the viewing rooms was raised at 4:08 p.m.  PX 802, p. 4.

The first syringe of midazolam was pushed about one minute after the curtain was raised.  PX 802, p. 4.  Dr. Yen (observing the execution at the request of the defendants) noticed, at that point, "bubbles … [of] a different color" in the IV line.  Tr. 1129.  Grant appeared to lose consciousness in less than a minute.  Soon after that, Grant's chest and abdomen moved up and down in a "rocking boat" motion, something Dr. Yen has never seen in a person who was conscious.  Tr. 1110, 1130.  The probable cause of that was obstruction of Grant's breathing due to blockage of his throat by his tongue.[15]  Tr. 1130.  This was a natural result of administration of 500 milligrams of midazolam.  Tr. 1139.  Dr. Yen saw no purposeful movements after the rocking boat motion started.  Tr. 1131.

---

[15] The possibility of airway obstruction as a result of administration of midazolam is not a concept new to this case. Dr. Van Norman, an expert witness retained by plaintiffs in this case and in the Arkansas case, testified about midazolam-induced airway obstruction in the Arkansas case. McGehee, 463 F.Supp.3d at 883.

Plaintiffs have placed considerable emphasis on the fact that John Grant "vomited" after the midazolam was pushed. Doc. no. 594, at 10, 11. The Department of Corrections log reflects that the midazolam was pushed at 4:09 p.m. and "Inmate vomiting @ 1610 [4:10 p.m.]." PX 802, p. 4. There was a fair amount of debate at the trial as to whether this was actually propulsive vomiting (the forceful ejection of gastric contents) or a more passive flow of gastric contents from Grant's stomach as his muscles relaxed, due to the effects of midazolam, while he lay strapped down in a supine position on the gurney.

As has been discussed, the FDA label discloses that "retching" or "vomiting" can occur as a result of administration of midazolam in a clinical setting. It is also fair to say, in general, that most any adverse effect a clinical dose of midazolam might have, as administered *slowly*, per the FDA's repeated cautionary advice, will be aggravated when a massive dose is pushed essentially all at once. And before addressing this issue, it is worth noting that (i) whether it was propulsive vomiting or something more passive, Grant's substantial intake of food and beverages in the hours before he was executed would naturally have predisposed him to loss of gastric contents–regardless of whether midazolam was a causal factor–while he lay on the gurney, (ii) whether it was vomiting or something more passive, the fact and cause of the loss of gastric contents is of no moment, in the context of the issues in this case, if this all occurred after Grant had been rendered insensate by midazolam, (iii) there would in any event remain a question as to whether the vomiting, alone or in combination with aspiration of gastric contents in the few minutes before death, would amount to the severe pain and suffering which the Supreme Court has said must be proven in a method-of-execution challenge, and (iv) there would in any event remain a question as to whether this episode, during the John Grant execution, even if it entailed the requisite severity of pain and suffering, is something that is

10

"sure or very likely" (in the sense those words were used by the Supreme Court) to occur in future executions under Chart D.

Dr. Van Norman, who did not witness the John Grant execution, opined, based on photographs showing liquid residue on the floor a few feet away from the gurney, that Grant's loss of gastric contents was the result of "propulsion" of vomit, not passive regurgitation. Tr. 504. PX 37, p. 190 (photograph).[16]  She assumed, without explanation, that this episode of "active vomiting" indicates that Grant was conscious.  Tr. 504.

Eyewitness accounts, taken together with a series of photographs of the gurney and the floor around the gurney, are at odds with Dr. Van Norman's opinion. Justin Farris, the Oklahoma Department of Corrections Director of Operations, was in the execution chamber.   On the subject of John Grant's vomiting, Farris testified that the vomit came out of Grant's mouth, onto the pillow, and "was running from the floor out that way." Tr. 991.  Dr. Yen, also an eyewitness, testified that the vomit was visible on the floor (in the area pointed out by Dr. Van Norman, referring to DX 37, p. 190) because it "hit the ground and spread."  Tr. 1133.  It did not propulsively come out of Grant's mouth.  Tr. 1134.  Consequently, Dr. Yen described this as regurgitation, not vomiting.  Tr. 1132.  The regurgitation occurred because Grant lost muscle tone as a result of unconsciousness and hypoxia.  Tr. 1135.  He was under general anesthesia–unconscious–when he was regurgitating.

The photographic evidence supports the testimony of Mr. Farris and Dr. Yen. DX 37, p. 190 (Bates 3478) does show residue out to the side of the gurney (on Grant's right side), as described by Dr. Van Norman.  The flow of the liquid across

---

[16] At trial, pages of some exhibits (mostly ones which were viewed electronically) were referred to by their PDF pagination.  An example is PX 37, p. 190.  The PDF pagination, although frequently used for reference purposes at trial, does not appear in the hard copy of the exhibit.  In this instance, the hard copy of PX 37, p. 190 is Bates stamped 03478.

the floor in that direction is shown by p. 244 (Bates 3532). The fact that there was an abundant supply of vomitus is shown by p. 241 (3529), which depicts the residue of what was clearly a substantial quantity of liquids and solids on the sheet and the pillow. (Obviously, the liquid and solids which remained on the pillow next to Grant's head were not propulsively ejected away from the gurney.) There was a large enough quantity that the liquid also flowed over to the *left* (Grant's left) side of the gurney, as shown by the photos at pp. 187, 199 and 206 (3475, 3487 and 3494). Dr. Van Norman's opinion that Grant experienced propulsive vomiting is undermined by the credible testimony of eye witnesses, which is supported by the photographic evidence.

The court also rejects Dr. Van Norman's speculation that Grant was conscious during this episode, whether it was vomiting or passive regurgitation. As these findings already suggest, and as is discussed in more detail below, the effect of the massive dose of midazolam was to render Grant unconscious before he lost his gastric contents. In fact, that physiological result of administering that massive dose of midazolam to a man with a full stomach was unsurprising.[17] Tr. 1135.

---

[17] This makes it unnecessary to dwell on the question of whether the discomfort of vomiting (and probably aspirating vomit) while conscious and strapped down on a gurney would satisfy the Supreme Court's standard for severe pain and suffering. The court has no reason to revisit its finding on this issue, in the context of a motion for preliminary injunction, in January, 2022:

> If, contrary to the court's findings (which are compelled by persuasive evidence), Grant did experience conscious pain and suffering as he was executed, the interval within which he would have experienced pain and suffering would have been very short–less (probably quite a bit less) than five minutes. To be sure, the "pain and suffering" would have been more than negligible, mainly because, being strapped down in a supine position, Grant would have had no way to stop or otherwise alleviate the combined effect of simultaneously regurgitating and struggling to breathe. But the court concludes that pain and suffering of that duration and magnitude, if it occurred at all, falls short of the severity required, for Eighth Amendment purposes, by the Supreme Court's lethal injection trilogy.

Glossip v. Chandler, 2022 WL 136886, at *5 (W.D. Okla. Jan. 14, 2022).

12

A consciousness check was performed at approximately 4:15 p.m.  PX 802, p. 4.  The consciousness check consisted of a sternum rub and raising Grant's eyelids.  The sternum rub, performed by the doctor assisting in the execution chamber, was described by Mr. Farris:  "he takes his knuckles through the sternum and rubs it really hard."  1/10 Tr. 189.

The doctor concluded that Grant was unconscious, which he indicated (per agreed upon procedure) with a knock on the door.  The announcement of Grant's unconscious state was made at 4:15.  PX 802, p. 5.  The vecuronium bromide was pushed immediately.  *Id.*  Grant did not move after that.  The two syringes of potassium chloride followed at 4:18 and 4:19.  He was pronounced dead at 4:21 p.m. *Id.*

The placement of the straps on Grant's chest did not impair the doctor's ability to perform the sternum rub.  As was noted by Dr. Van Norman, PX 37, p. 186 (3474) shows the large chest straps placed in such a way that there would have been little room left to perform a sternum rub.  But that photo does not show how the straps were actually arranged during the execution.  As credibly explained by Mr. Farris, during the execution, the point of intersection of the four straps was lower than is shown in this photograph.  Tr. 990.  Notably, Farris's explanation is consistent with the placement of the chest straps on Gilbert Postelle, as shown in PX 837, p. 7 (Bates OAG – 024457).  On Postelle's chest, the four straps converge at a centrally located metal fitting, leaving several inches of Postelle's sternum area uncovered by straps.

At about the time the announcement of unconsciousness was made, Grant was breathing, although his "cheek fluttered," his mouth opened and then his "chest settled".  1/10 Tr. 19.  The last round of drugs was pushed at approximately the 8 or 8 1/2 minute mark.  At approximately the 12 minute mark in the execution process, Grant was pronounced dead.  1/10 Tr. 19.

13

2. The Bigler Stouffer execution

Bigler Stouffer, accompanied by a chaplain, was executed shortly after 10:00 a.m. on December 9, 2021. The curtain was opened at 10:00 a.m. The first syringe of midazolam was pushed at 10:01; the second was pushed at 10:04. PX 42, p. 4. Dr. Yen, viewing the execution from the witness room, concluded that Stouffer was unconscious very soon–30 to 45 seconds–after the midazolam was pushed. Tr. 1146. This observation, which the court finds to be credible, is consistent with the Department of Corrections log, which notes that Stouffer was "Speaking to Chaplain and then started snoring." PX 42, p. 5. This consisted of "deep sleep. Snoring." PX 42, p. 4. Stouffer was confirmed to be unconscious at 10:07. As recorded in the Department of Corrections log, this consisted of "Verbal, Sternum rub, pinch right Forearm." *Id.* As described by Dr. Yen, the consciousness check consisted of the doctor putting his hands on Stouffer's chest, applying pressure, and shaking him. Dr. Yen could see Stouffer's body shaking. Tr. 1146. The vecuronium bromide was pushed immediately after Stouffer was determined to be unconscious, followed by the two syringes of potassium chloride at 10:11 and 10:12. He was pronounced dead at 10:16 a.m. *Id.*

This is as good a place as any to address a discrepancy relating to drug nomenclature. This occurred with respect to the Stouffer, Donald Grant and Postelle executions and, it is fair to assume, with respect to the John Grant execution. The Oklahoma protocol provides for the use of vecuronium bromide or pancuronium bromide or rocuronium bromide as the paralytic agent.[18] PX 45, p. 39, ¶ (C)4(b).

---

[18] Rocuronium bromide is also specified, along with vecuronium bromide, in the Alabama three-drug lethal injection protocol. Saunders v. Hamm, 2022 WL 493693, at *12 (M.D. Ala. Feb. 17, 2022). Likewise for Florida, Ohio and Tennessee. *See*, Brant v. Reddish, 2019 WL 4600366, at *5 (M.D. Fla. Sept. 23, 2019); Conway v. Shoop, 2020 WL 3403210, at *3 (S.D. Ohio June 19, 2020); and King v. Parker, 467 F. Supp. 3d 569, 571 (M.D. Tenn. 2020).

The paralytic designated for use in the four recent executions was vecuronium bromide.

The protocol calls for the setting of primary and backup IV catheters. *Id.*, p. 42, ¶ F(4). The two sets of syringes (one for the primary IV line and one for the backup) are to be attached, in the proper drug sequence, to manifolds which in turn are connected to the IV lines. PX 837, p. 9 (OAG – 024459), relating to the Gilbert Postelle execution, shows this arrangement:



The protocol requires each syringe to be put "in its corresponding place in the shadow board which is labeled with the name of the chemical, color, chemical amount and the designated syringe number." PX 45, p. 40, ¶ D(3). As the photograph suggests, the "shadow board" functions more or less as a color-coded visual template for correct placement of the drug syringes on the IV manifold. The syringes for the paralytic were properly labeled: vecuronium bromide. But the

corresponding yellow labels affixed to the shadow board said "50 mg Rocuronium Bromide," as shown in PX 837, p. 12 (OAG – 024462):



This discrepancy in nomenclature was addressed with Mr. Farris at trial. He testified that he personally verified the drugs used in the Donald Grant and Postelle executions. Tr. 996, 1032. This is consistent with the DOC's logs of those executions. Those logs, which allow the record keeper to indicate which of the three authorized paralytics was used, indicate that vecuronium bromide was used. DX 159; PX 813. The same is true for the John Grant and Stouffer executions. PX 802; PX 42. But for Oklahoma's previous problems with using the right drugs, this discrepancy probably wouldn't have been worthy of mention at the trial of this case. The displeasure of Department of Corrections Director Scott Crow with this discrepancy in the nomenclature on the label on the shadow board was evident and

is understandable.  Tr. 1038.  The court is satisfied that vecuronium bromide was used in each of the four recent Oklahoma executions.[19]

### 3.  The Donald Grant execution

Donald Grant was executed, with a chaplain present, shortly after 10:00 a.m. on January 27, 2022.  The curtain was opened at 10:00.  The two syringes of midazolam were pushed at 10:03 and 10:06.  PX 810, p. 4.  This execution was witnessed by Dr. Joseph Antognini.  By Dr. Antognini's account, which the court finds credible, Grant became "more subdued" at the two minute point and seemed to fall asleep at 10:05.  He gave no appearance of consciousness after that.  Tr. 736. Grant soon started a "rocking boat" motion, which Dr. Antognini took to be an indication of complete or partial airway obstruction.  Tr. 736-37.  This would have been due to either partial airway obstruction or total airway obstruction in combination with diminished respiratory effort.  Tr. 737.  Grant was confirmed to be unconscious at 10:08.  The log records the consciousness check as "sternum rub; verbal or painful stimulation."  PX 810, p. 4.  As described by Dr. Antognini, the consciousness check consisted of a sternum rub and speaking loudly: "Donald, Donald" (heard through the glass, with the microphone off).  The chest straps did not cover Grant's entire sternum.  Tr. 749-50.  The person performing the consciousness check also squeezed Grant's right arm and wrist.  Tr. 739.

The two syringes of vecuronium bromide were pushed at 10:09 and 10:10. Grant stopped breathing at 10:10 and the two syringes of potassium chloride were pushed at 10:12 and 10:13.  He was declared dead at 10:16 a.m.  PX 810, p. 5.

---

[19] It is worth noting that the Supreme Court has observed, in this case, that "all agree" that vecuronium bromide and rocuronium bromide are "functionally equivalent for purposes of this case."  Glossip, 576 U.S. at 873.

4. The Gilbert Postelle execution

Gilbert Postelle was executed on February 17, 2022. The curtain was opened at 10:00 a.m. The syringes of midazolam were pushed at 10:01 and 10:03, after which Postelle wiggled his hands and feet for a time. PX 813, p. 4; Tr. 573-74 (Dr. Van Norman). The log records that at 10:03, Postelle was snoring and that his eyes were partially open. PX 813, p. 4.

Postelle stopped moving about 2 ½ minutes after the execution began. Then, a few seconds later, one or more of his fingers moved. Tr. 1151 (Dr. Yen). Dr. Yen concluded that this was not purposeful movement and that Postelle was unconscious at that point. Tr. 1151. Mr. Farris described it as a "twitch." Tr. 1018.

Dr. Van Norman noted movement in some of Postelle's fingers at or soon after 10:09, which she described as "a conscious movement." Tr. 594-95. The court evaluates that observation in light of Dr. Yen's testimony that finger movement would not be a disturbing thing to see in a patient under general anesthesia. Tr. 1108. (It is common for patients to move while under general anesthesia, which is one of the reasons surgical patients are also given muscle relaxants. Tr. 677 (Dr. Antognini). The movement in patients to whom a muscle relaxant has not been administered can include arms, legs and fingers. Tr. 1108 (Dr. Yen).)

The consciousness check was performed at 10:06, with a notation in the log that the check consisted of "sternum rub; physical and verbal stimuli." PX 813, p. 4; Tr. 1019 (Farris). As described by Dr. Van Norman, the person performing the consciousness check did a sternum rub and shook Postelle. Tr. 577, 592, 607 (per Dr. Van Norman, a "mild to moderate" sternum rub). But she opined that the sternum rub "was not appropriately carried out." Tr. 601. In her view, it should have been done for thirty seconds or more. Tr. 608. As described by Dr. Yen, the consciousness check consisted of the doctor, using both hands, putting his hands on

18

Postelle's chest twice and shaking him vigorously. Tr. 1153. Dr. Yen disagreed with Dr. Van Norman's criticism of the adequacy of the consciousness check. Tr. 1155.

Postelle was declared unconscious at 10:06 and the two syringes of vecuronium bromide were pushed at 10:07 and 10:08, followed by the potassium chloride at 10:10 and 10:11. He was pronounced dead at 10:14 a.m. PX 813, p. 5.[20]

G. Glossip first prong: The challenge to midazolam as used per Chart D

As will be seen, the court's findings on the ultimate issue of whether midazolam can be relied upon to render an inmate insensate to pain culminate in a finding that midazolam, administered as specified in the Oklahoma protocol, does, in fact, reliably achieve the anesthetic desired effect. But several matters should be addressed preliminarily.

1. Dosage, speed of administration and duration.

The first thing that needs to be borne in mind about midazolam as used for lethal injection under the Oklahoma protocol is that the Chart D dose is a massive dose–many times higher than any clinical dose–which is injected in an exceedingly

---

[20] At the October 25, 2021 preliminary injunction hearing (see n. 13, above), the court heard testimony from Spencer Hahn with respect to the Alabama executions of Willie Smith and Ron Smith. At the conclusion of that hearing, the court made findings which addressed, among other things, Mr. Hahn's testimony. *See*, transcript of October 25, 2021 hearing, doc. no. 537, at 142-145. There is no need to repeat here the court's findings as to the matters testified to by Mr. Hahn. The court adheres to those findings. In particular, the evidence received at the trial on the merits in this case gives the court no reason to revisit its October 25 findings as to the significance of the movements described by Mr. Hahn. On January 10, 2022, at a hearing on a motion for preliminary injunction filed by Donald Grant and Gilbert Postelle, the court heard testimony from Julie Gardner and Meghan LeFrancois with respect to the execution of John Grant. In an order filed on January 14, 2022, the court made its findings–for purposes of the motion then before the court–as to the John Grant execution. *See*, Order of January 14, 2022 at doc. no. 587 (Glossip v. Chandler, 2022 WL 136886, at *2-*5 (W.D. Okla. Jan. 14, 2022)). The findings the court now makes as to the execution of John Grant take into account the testimony of Ms. Gardner and Ms. LeFrancois at the January 10 hearing.

short period of time.  The speed with which midazolam is pushed into the IV lines when used for lethal injection far exceeds the rate repeatedly specified–with accompanying cautionary language–in the FDA label, as discussed above.  As for the duration of the desired effect of an injection of 500 milligrams of midazolam, it is necessary only to note at this point that plaintiffs' focus on the question of whether midazolam can be used to *maintain* anesthesia (it can) ignores the fact that in an execution by lethal injection with the Chart D drugs, anesthesia or deep sedation is only required for a few minutes, as indicated by the chronologies of the four recent Oklahoma executions.  If the inmate is rendered insensate by the time the second and third drugs are pushed and accomplish their purpose, the question of how much longer the 500 milligrams of midazolam might have rendered him insensate is irrelevant.

    2.  What is "induction"?  What is "general anesthesia"?

Induction.  The fact that midazolam is approved (by the FDA and in the literature) for "induction of general anesthesia" triggered a semantic dispute at trial.  The debate at trial as to just what "induction" of anesthesia means, as that term is used in the literature on midazolam, boils down to this:  plaintiffs' experts testified that midazolam cannot be relied upon to render an inmate insensate to pain during execution under the Oklahoma protocol.  Defendants' experts testified to just the opposite.  Consequently, both sides have quite understandably sought corroboration from credible, unbiased sources.  Literature–not the least of which is the FDA-approved label–stating that midazolam is suitable for use in "induction of general anesthesia" is abundant.  DX 44, p. 8.[21]  As has been noted, the FDA label

---

[21] *See also, e.g.,* PX 396: Reves, et al., "Midazolam: Pharmacology and Uses," *Anesthesiology*, vol. 62, 310 at 317 (1985): "Midazolam may be used intravenously for the induction of anesthesia (table 2.  Induction is accomplished when there is unresponsiveness to command and loss of the

also tells us that "[w]hen midazolam is given intravenous as an anesthetic induction agent, *induction of anesthesia occurs* in approximately 1.5 minutes when narcotic premedication has been administered and *in 2 to 2.5 minutes without narcotic premedication or other sedative premedication*." *Id.* at 4 (emphasis added). If "induction" connotes nothing more than the first, preliminary leg of the journey to a deep plane of anesthesia, then defendants don't get the benefit of the corroboration which might be derived from the objective literature when it states that midazolam is usable for induction. This all led to the following colloquy between the court and Dr. Antognini:

> THE COURT: Let me ask a question. Counsel on both sides have made admirable attempts to teach me, through witnesses, the difference between "induction," on one hand, and "general anesthesia," the maintenance phase of general anesthesia, on the other hand. And Dr. Antognini, you may not be able to answer this, and if you can't, then tell me. But I gather, first of all, from your testimony, that once an induction agent is used for the induction, first of all, then there is typically, if you will, a handoff to some other agent to maintain general anesthesia; is that basically correct?
>
> THE WITNESS: Yes.
>
> THE COURT: So let me put it in very basic laymen's terms, then. If you have, to your satisfaction, *induced anesthesia with midazolam and*

---

eyelash reflex." The Reves study treats as unremarkable the proposition that midazolam induces anesthesia in unpremedicated patients (*e.g.*, patients for whom no other induction agent is used): "The dose of midazolam required to induce anesthesia is higher in unpremedicated healthy patients (up to 0.3 mg/kg) than in premedicated patients." *Id.* A midazolam dosage of 0.3 milligrams per kilogram  translates to a 30 milligram dose in a man weighing 220 pounds–less than one tenth the dosage called for by Chart D.

*And see*, PX 344: Miyake, et al., "Electroencephalographic response following midazolam-induced general anesthesia: relationship to plasma and effect-site midazolam concentrations," *J. of Anesthesiology*, vol. 24, 386 (2009): "Midazolam is used for sedation and general anesthesia."

This is an appropriate place to note that a few minutes spent reviewing the parties' respective critiques of the opposing experts (doc. nos. 643 and 644) will reveal that the scholarly studies cited by the parties are generally susceptible to cherry picking–each side can find something to like in most any of the studies.

are ready to but not yet administering the handoff agent, if you will, and *the doctor turns to you and says, "is it okay to make the incision in this person's abdomen"? What's your answer?*

THE WITNESS: I would say that if I could -- I'm going to answer your question, but I want to qualify it, if I may.

THE COURT: Sure.

THE WITNESS: *If it was a short -- let's say that it was an incision in the abdomen to drain an abscess, where it was going to literally take 30 seconds, then I might say "go ahead." If it's an incision for a major abdominal surgery, where they're going to be there for two hours, then I would start the maintenance phase*, because I know we're going to be there for a long time. So for a very short procedure, I could rely only on the drug for that.

THE COURT: Well, then, am I to understand that a successful induction as -- in that framework, then, *a successful induction gets the patient to the plane of anesthesia that you then want to simply maintain?*

THE WITNESS: That is correct.

Tr. 647-49 (emphasis added).

Dr. Antognini's account is consistent with the meaning of "induction" as that term is used in the medical literature. For instance, a study comparing the performance of midazolam with another benzodiazepine used the following definition of induction: "Induction of anaesthesia was defined as complete with loss of lid reflex *and* failure to respond to oral commands." PX 395 (emphasis in original).[22] "Induction" does not connote just the first step on the journey to a deep plane of anesthesia.

General anesthesia. The American Society of Anesthesiologists (ASA) has published a chart titled "Continuum of Depth of Sedation: Definition of General

---

[22] Reves, et al., "Comparison of Two Benzodiazepines for Anaesthesia Induction: Midazolam and Diazepam," *Canadian Anaesthetists' Society Journal*, vol. 25, no. 3 (May, 1978), at 211.

Anesthesia and Levels of Sedation/Analgesia." That chart, PX 496, defines general anesthesia as follows:

> **General Anesthesia** is a drug-induced loss of consciousness during which patients are not arousable, even by painful stimulation. The ability to independently maintain ventilatory function is often impaired. Patients often require assistance in maintaining a patent airway, and positive pressure ventilation may be required because of depressed spontaneous ventilation or drug-induced depression of neuromuscular function. Cardiovascular function may be impaired.

The ASA chart, PX 496, summarizes the gradations of sedation and anesthesia in terms of patient responses and potential complications as follows:

| | *Minimal Sedation Anxiolysis* | *Moderate Sedation/ Analgesia ("Conscious Sedation")* | *Deep Sedation/ Analgesia* | *General Anesthesia* |
|---|---|---|---|---|
| *Responsiveness* | Normal response to verbal stimulation | Purposeful** response to verbal or tactile stimulation | Purposeful** response following repeated or painful stimulation | Unarousable even with painful stimulus |
| *Airway* | Unaffected | No intervention required | Intervention may be required | Intervention often required |
| *Spontaneous Ventilation* | Unaffected | Adequate | May be inadequate | Frequently inadequate |
| *Cardiovascular Function* | Unaffected | Usually maintained | Usually maintained | May be impaired |

With the benefit of the ASA chart, the abundant professional literature in the record, and the testimony of several of the experts who testified at trial, the court finds, quite readily, that (i) the ASA's definition of general anesthesia comports with the sense in which that term was used at trial, and (ii) if an inmate being executed per Chart D of the Oklahoma protocol reaches a state of general anesthesia as defined by the ASA, he will not be sensate to pain resulting from the injection of any of the Chart D drugs (or, for that matter, pain from any other source).

23

### 3. Ceiling effect

Seven years ago, in this case, the Supreme Court noted that "Petitioners assert that midazolam's 'ceiling effect' undermines the District Court's finding about the effectiveness of the huge dose administered in the Oklahoma protocol. Petitioners argue that midazolam has a 'ceiling' above which any increase in dosage produces no effect." Glossip, 576 U.S. at 887. Justice Alito's framing of the "ceiling effect" issue is as important now as it was then: "The relevant question here is whether midazolam's ceiling effect occurs below the level of a 500-milligram dose and at a point at which the drug does not have the effect of rendering a person insensate to pain caused by the second and third drugs." Id.

Plaintiffs' contentions about the ceiling effect deserve attention because those contentions tie directly into their argument that midazolam "is unable to render a person insensate to pain no matter how much of it is injected into a person." Doc. no. 594, at 13.

As an initial matter, it is unremarkable that, for midazolam or any other drug, there would be a dosage above which an incremental increase in the amount administered would fail to produce a commensurate increase in the effect of the drug. Consequently, there is no reason to dwell on the question of whether midazolam has a linear dose response. Another beginning point for this analysis is the fact that the defendants make no bones about the fact that the 500 milligrams specified in Chart D is a massive dose–far above any clinical dose ever administered and likely well above the dosage at which the incremental effects of increases in dosage taper off to nil. As Dr. Michael Weinberger, one of plaintiffs' experts, explained: "[A]bove a certain dose, you would not see a clinical effect." Tr. 399. Although the evidence is in conflict as to the level at which the ceiling effect sets in, there is no reason to question that fundamental proposition. On that score, Dr. Weinberger referred to a study of the effect of midazolam when used in combination with halothane (an

anesthetic gas) in hysterectomy patients.  The authors found that "[f]urther increases in midazolam concentration continued to reduce the MAC [minimum alveolar anesthetic concentration] of halothane but *to a lesser degree*."  PX 270 (emphasis added).[23]  The short of the matter is that, once the GABA$_A$ receptors are saturated, additional midazolam will not chemically bind to the GABA$_A$ receptors and consequently will have no incremental effect as a central nervous system depressant.

Consistent with Dr. Weinberger's testimony, Dr. Antognini, called by the defendants, did not dispute that there are data showing a plateauing or a ceiling effect.  Tr. 671.  But, as Dr. Antognini explained: "[T]he question is can you achieve deep -- or unconsciousness, deep levels of anesthesia, whatever term you want to use, to a point where a person would not have the conscious awareness of pain from a noxious stimulus, including the potassium chloride that is used in the Oklahoma protocol."  Tr. 671.  Dr. Antognini's elaboration is on all fours with Justice Alito's treatment of the ceiling effect seven years ago, in this case, as quoted above.

Plaintiffs' contentions as to midazolam's ceiling effect are, thus, of no moment unless the ceiling effect sets in while the inmate can sense the pain he would endure as a result of the administration of the massive doses of vecuronium bromide and potassium chloride.  The evidence satisfies the court that midazolam's ceiling is higher than the dosage required for midazolam to have the effect intended in the Oklahoma protocol.

The most persuasive evidence that a ceiling effect is not problematic in executions under Chart D is the evidence establishing to the satisfaction of the court that midazolam does reliably place inmates under general anesthesia before the vecuronium bromide and potassium chloride are pushed, as discussed in part (5),

---

[23] Inagaki, et al., "Anesthetic Interaction Between Midazolam and Halothane in Humans," *Anesthesia and Analgesia*, vol. 76, 613 at 615 (1993).

below.  Once anesthesia is induced as a result of the administration of midazolam, the injection of additional midazolam will not diminish the effect the drug has already had.  Tr. 882 (Dr. Buffington).  As Dr. Yen put it, in the context of vecuronium bromide: "You know, if I gave you 20 milligrams of vecuronium, you would not breathe, you would be paralyzed. If I gave you 50 milligrams of vecuronium, a muscle relaxant that paralyzes you, you would not be more paralyzed. You wouldn't be less paralyzed."  Tr. 1094.

As measured by the bispectral index (BIS), a person is under general anesthesia at a BIS level of 60 to 40.[24]  Tr. 35 (Dr. Stevens), Tr. 756, 757 (Dr. Antognini), Tr. 891 (Dr. Buffington).  Midazolam has been demonstrated to be capable of inducing a BIS score well below 60 and in some cases below 40.  Tr. 892-894 (Dr. Buffington).  Dr. Yen has never used midazolam to get a patient to a BIS level lower than 70, and he wouldn't want to do that, because "there's a chance that the patient could stop breathing, be obstructed, so that's not necessarily my endpoint."  Tr. 1243-44.  In the case at bar, we are not, of course, concerned with the possible adverse health effects of a midazolam dosage high enough to get the inmate's BIS level below 60.  The relevant fact is that, regardless of what BIS level might be achieved with a clinical dose of midazolam (and that will vary from patient to patient), the 500 milligram dose specified in Chart D is, by design, more than sufficient to bring about all of the suppression of central nervous system activity that midazolam is capable of achieving.

4.  Pulmonary edema

Pulmonary edema is a condition in which there is "excess fluid in the lungs." Tr. 197 (Dr. Edgar).  The physiological effect of pulmonary edema is that "there's a

---

[24] If a person is fully awake, his BIS level is 100.  If he has no brain activity at all, his BIS level is zero.  Tr. 32.  BIS is determined on the basis of electroencephalographic input.  Tr. 771.

problem moving oxygen into the bloodstream and carbon dioxide out of the bloodstream." Tr. 1157 (Dr. Yen). Pulmonary edema can be detected on autopsy: "[W]hen you section [lungs] with a knife, you may find fluid flows out if it's -- if they're quite edematous. And if they're somewhat less edematous, you give them a squeeze with your hand, then the fluid comes out." Tr. 201 (Dr. Edgar).

Dr. Edgar's review of the reports of the autopsies from thirty-two executions conducted using midazolam disclosed that twenty-seven of the inmates had pulmonary edema. Tr. 211. And he cannot rule out that the remaining five also had pulmonary edema. Tr. 212. Dr. Edgar also personally performed the autopsy of an Ohio inmate. He also had pulmonary edema. Tr. 196-97, 252. (Dr. Edgar sees pulmonary edema in about 50 percent of all the autopsies he performs. Tr. 201.)

Dr. Edgar testified that pulmonary edema can be caused by heart failure ("cardiogenic" pulmonary edema) or by "a chemical or a physical problem." Tr. 197. As for the "chemical" problem, early on, Dr. Edgar posited that one possible cause of pulmonary edema in an inmate undergoing execution could be the acidity of midazolam. This was his "initial thought." Tr. 270. But, in Dr. Edgar's estimation, with the benefit of the four recent Oklahoma executions, pulmonary edema induced by the acidity of midazolam has been demoted to "one possibility." *Id*. He elaborated:

> THE COURT: So coming back to your -- the evolution, if you will, of your analysis, based on the four recent Oklahoma executions, I take it you have a somewhat reduced level of confidence that the acidity of the midazolam is a directly causal factor?
>
> THE WITNESS: Exactly right. I think you might ask yourself, well, gee, that seems like a dramatic change, why the sudden change? Well, the only information available to me regarding the mechanism of pulmonary edema in these cases is the executions, the observations made during them and the anatomic observations made after them. So each one is a potentially important data point.

Tr. 271-72.

Thus, as to acid-induced pulmonary edema, plaintiffs did contend at one point that the acidity of midazolam caused edema in inmates undergoing execution with midazolam.  Third Amended Complaint, doc. no. 325, ¶ 69.  But, in light of Dr. Edgar's testimony (quoted above), plaintiffs have now acknowledged that "[e]vidence from the four recent executions in Oklahoma has reduced Dr. Edgar's confidence in his earlier theory that the pulmonary edema might be caused by an acidic injury to the capillaries of the lungs when midazolam is injected at a high volume and at a rapid pace."  Doc. no. 643, at 7-8.  This is understandable, given the fact that Dr. Edgar now goes no further than to offer that acid-induced pulmonary edema is "one possibility."  Tr. 271.  Plaintiffs thus concede that Dr. Edgar "cannot explain the mechanism with certainty at this point."  Doc. no. 643, at 8.  The only remaining "mechanisms" posited by Dr. Edgar (and to which he testified with noticeably greater certainty) are cardiogenesis and negative pressure in the lungs, caused by obstructed breathing.[25] Tr. 197-98, 200, 267-69.  As discussed below, Dr. Yen agrees.

Dr. Edgar very cogently explained that negative pressure pulmonary edema brings fluid out of the small blood vessels and into the lungs "by the person trying to breathe in against an obstruction. And when you do that, it creates a very high negative pressure, almost a partial vacuum, if you will, in the airways and air spaces in the lung. And that vacuum can suck fluid, if you will, out of the capillaries in the lungs."  Tr. 268.

---

[25] Even if the acid induction theory remained in contention, the court would readily conclude that plaintiffs have not carried their burden of proof on this point, for the reasons credibly articulated by Dr. Joseph Antognini (Tr. 694) and Dr. Daniel Buffington (Tr. 920-22).

Dr. Yen, called by defendants, agreed with Dr. Edgar that pulmonary edema can be cardiogenic or can result from negative pressure.  As for negative pressure pulmonary edema, "[i]f a person obstructs their airway or partially obstructs, then the diaphragm contracting is actually causing a vacuum in the chest and that can actually suck some fluid out of the blood vessels and into the lung.  And I've seen that.  And that takes minutes, not seconds."  Tr. 1157 (Dr. Yen).  In inmates undergoing execution, Dr. Yen believes that pulmonary edema is caused by negative pressure or "cardiogenic shock from the heart not pumping adequately because of lack of oxygen."  Tr. 1159.  Consistent with that, Dr. Yen noted obstruction of John Grant's breathing, and Dr. Van Norman noted that Gilbert Postelle was "trying to breathe against an obstructed airway."  Tr. 1130, 575.

Pulmonary edema can be mild or severe.  Dr. Edgar acknowledged that mild pulmonary edema does not entail severe pain and suffering.  Tr. 286.  In a clinical setting, as pulmonary edema "becomes more severe clinically, it -- the patients begin to feel a sense of -- a sense of doom, a sense of panic, terror, drowning, asphyxiation on the severe end. Those are manifestations of severe pulmonary edema."  Tr. 198.

Importantly, Dr. Edgar could not say when in the lethal injection process (prior to injection of the vecuronium bromide) the pulmonary edema began to develop in the inmates whose autopsy reports he reviewed.  Tr. 316-17.  To his credit–because he did not purport to  be an expert on the effects of midazolam–Dr. Edgar could not say whether pulmonary edema had set in "before any given inmate became unconscious or unaware of pain."  Tr. 317.  He ventured no guess as to what the sensations of pulmonary edema would be in person sedated with a central nervous system depressant.  Tr. 289.  Dr. Yen testified (credibly, as discussed below) that "those two ways [cardiogenic and negative pressure] of getting pulmonary

29

edema take minutes, whereas the onset of the unconsciousness is in seconds." Tr. 1159-60.

On the basis of all of the expert testimony addressing the point, it is safe to say that pulmonary edema is found in many inmates–it might well be the vast majority–executed by lethal injection. Cardiogenic pulmonary edema results from impairment or cessation of cardiac activity. Tr. 197-98, 269, 284 (Dr. Edgar); 1157 (Dr. Yen). Negative pressure pulmonary edema results from obstruction of the airway in an unconscious inmate whose tongue–*because* he is unconscious and supine–has settled into the back of his throat. Dr. Antognini persuasively explained that a patient who is conscious can keep his own airway open. Tr. 681-82. This is why Dr. Yen has never seen the "rocking boat" motion (indicative of an obstructed airway) in a conscious patient. Tr. 1110. In contrast, if a person is unconscious, as Dr. Edgar put it, "their tongue can fall back," with the result that "[t]hey're less able to keep their airway patent." Tr. 310-11. The court is persuaded that pulmonary edema from either cause–cardiogenesis or negative pressure–happens (if it happens at all) when the inmate is insensate to pain. Tr. 1159-60 (Dr. Yen).

### 5. The reliability of midazolam as used per Chart D

The ultimate question before the court on <u>Glossip's</u> first prong is whether midazolam, used as per the Oklahoma protocol, reliably renders the inmate insensate to pain before the vecuronium bromide is pushed and before pulmonary edema sets in, if it sets in at all. We know that Oklahoma's three-drug Chart D protocol does cause death and that–absent a Lockett-type[26] IV access mishap–it causes death within a few minutes after the midazolam is pushed. That leaves the question of

---

[26] The execution of Clayton Lockett, though ultimately successful, encountered exceptional difficulties in establishing IV access, with the result that Lockett was not pronounced dead until about 45 minutes after the midazolam was pushed. *See*, doc. no. 179, at 10-17.

whether the inmate is exposed to a constitutionally unacceptable risk of a constitutionally unacceptable level of pain during that interval. If the inmate is insensate to pain, it does not matter, under the Fourth Amendment, that he may be paralyzed, that his lungs may be filling with fluid, that he has been injected with 240 milliequivalents of potassium chloride, or that the injection of the last few hundred milligrams of midazolam had no incremental effect.

The opposing experts who testified at trial had respectable paper credentials, although Dr. Stevens brought to the courtroom substantial grist for cross examination.[27] Among the experts called by plaintiffs, Dr. Gail Van Norman was the most emphatic in opining that "to a virtual medical certainty, all four of [the recently-executed Oklahoma inmates] experienced extreme pain and suffering in the form of sensations of asphyxiation, drowning, the onset of paralysis in the injection of potassium chloride during their execution and that they were awake and conscious but unable to respond during that period of time except for the movements that we saw on the part of John Grant and Gilbert Postelle."[28] Tr. 624. The court is unpersuaded. The evidence persuades the court, and not by a small margin, that even though midazolam is not the drug of choice for maintaining prolonged deep anesthesia, it can be relied upon, as used in the Oklahoma execution protocol, to render the inmate insensate to pain for the few minutes required to complete the execution.

---

[27] *See, e.g.*, Tr. 112-13 (Dr. Stevens describing some of his own midazolam-related work as "amateurish" and expressly disavowing his earlier work in a midazolam case), 114 (acknowledging lack of acceptance of his work relating to midazolam by courts in three states).

[28] It is worthy of note, though determinative of nothing in the case at bar, that, in <u>McGehee</u>, "Dr. Van Norman conceded that she has no direct scientific data to support the proposition that any inmate experienced severe pain and suffering during an execution." <u>McGehee</u>, 463 F.Supp.3d at 913.

Although Dr. Craig Stevens, called by the plaintiffs, acknowledged that midazolam can produce deep sedation (Tr. 14, 47), plaintiffs' witnesses, on the whole, maintained that midazolam as used in the Oklahoma protocol cannot render the inmate insensate to pain during the execution process. As to the pharmacological effects of midazolam, plaintiffs' main witnesses were Dr. Stevens and Dr. Michael Weinberger. Dr. Stevens, a pharmacologist, relied mainly on published studies.[29] Dr. Weinberger, who practices pain medicine, has not put a patient under anesthesia since 1998. Tr. 362, 427. He has no recent experience with midazolam, nor has he done research relating to midazolam, or, for that matter, any other benzodiazepine. Tr. 427-28.

For her part, Dr. Van Norman sought to support her opinion, "to a virtual medical certainty," that Donald Grant experienced severe pain and suffering, by citing the fact that "he continued to try to breathe all the way up until the time he was paralyzed by the second drug of the protocol." Tr. 567-68. Her reliance on the

---

[29] At trial, the court took a permissive approach–applicable equally to both sides–to the admission of various clinical studies and treatise segments into evidence. For the most part, if not in every instance, the experts testified that they relied, in forming their opinions, on the studies and treatises they cited in their reports or in their testimony. Preferring to evaluate the weight to be given to the studies and treatises in light of the expert testimony and other evidence taken as a whole, the court did not in every instance require a full Rule 703 incantation as a prerequisite to admission of the studies and treatise excerpts. *Cf.* McGehee v. Hutchinson, 463 F.Supp.3d 870, 908 (E.D. Ark. 2020), *appeal docketed*, No. 21-1965 (8th Cir. April 30, 2021, argued and submitted January 12, 2022). It is worth noting that the studies relied upon by both sides can be distinguished from the facts of this case in several ways. Perhaps most importantly, they can be distinguished in terms of dosage, both in absolute terms and in terms of differences between doses administered to study subjects. They can also be distinguished in terms of the study subjects. In some of the studies, the subjects were animals, such as mice (PX 379), squirrel monkeys (PX 379), rats (PX 490) and dogs (PX 428). At least one study used an in vitro technique (*e.g.*, petri dish). PX 64. Some of the studies can be distinguished because they involved midazolam in combination with other drugs by way of premedication or otherwise. Some of the studies can also be distinguished because they don't involve midazolam at all. There is, obviously, no reason to expect that any of the experts' research would have turned up a clinical study focusing on the effects of the injection of a 500 milligram bolus dose of midazolam into a human being.

fact that Donald Grant was breathing as an indication that he was conscious when the vecuronium bromide was pushed struck the court as wholly untenable. She backed off from that position when she was obliged to acknowledge that, in her clinical practice, she sees insensate patients breathing all the time. Tr. 568.

As to the reliability of midazolam to serve its intended purpose under the Oklahoma lethal injection protocol, the court finds, after careful consideration of all of the expert testimony, that the testimony of Dr. Ervin Yen and Dr. Joseph Antognini is the best-supported and most persuasive. The persuasive value of their testimony is rooted in their extensive professional experience administering midazolam, their observations of its effects on their own patients, and, not least, their credible observations from the executions of John Grant (Dr. Yen), Bigler Stouffer (Dr. Yen), Donald Grant (Dr. Antognini) and Gilbert Postelle (Dr. Yen).[30]

Dr. Yen estimates that he has administered anesthesia to more than 25,000 patients, using midazolam with "about a quarter of those patients." Tr. 1081. Dr. Yen has about fifteen to twenty patients a week and uses midazolam with about a quarter of those patients in a normal week. Tr. 1081-82. For his part, Dr. Antognini has served as a professor of anesthesiology at the University of California at Davis and has published research "in the field of mechanisms of anesthesia. I was primarily interested in where, of the central nervous system, where anesthetics work, in the brain, in the brainstem, in the spinal cord, things of that nature." Tr. 626.

---

[30] Plaintiffs' critique of Dr. Yen's qualifications, doc. no. 643 at 62, is wholly unpersuasive. (The implicit suggestion that Dr. Yen's credibility is somehow diminished by his public service borders on the offensive. *Id.*) The court's confidence in Dr. Yen's expertise (and his credibility, a slightly different matter than expertise) is based predominantly on (i) his vast experience with midazolam and other anesthetic agents and (ii) his cogent explanation of the basis for the opinions to which he testified. The court cannot but note, also, that Dr. Yen was chosen by four of his colleagues in the practice of anesthesiology to be *their* anesthesiologist for their heart surgeries. Tr. 1075-76.

Midazolam takes effect quickly, but, in doses sufficient to induce general anesthesia, it has a long recovery time. Tr. 634-35, 653 (Dr. Antognini). Thus, its main clinical use is as a sedative, because a dose sufficient to take the patient to a state of general anesthesia would take too long to wear off. Tr. 641-43 (Dr. Antognini). As Dr. Yen put it, "patients might stay in the recovery room for too long or in the hospital for too long or at the outpatient surgery place for too long. And the longer a patient stays in the hospital, the more expense that's incurred. The longer they stay in the recovery room, the more expense that's incurred." Tr. 1103. Consequently, it is "pretty unusual" now to use midazolam as the sole drug to induce anesthesia. Tr. 641 (Dr. Antognini).

The FDA label for midazolam gives *separate* treatment to midazolam's sedative effect and its use as an anesthetic induction agent. DX 44, p. 4. The FDA label tells us that "induction of anesthesia" occurs in "2 to 2.5 minutes without narcotic premedication or other sedative premedication." *Id.*[31] As is discussed above, "induction" means arrival at a deep plane of anesthesia, not the first step on that journey. *See also,* Tr. 1084 (Dr. Yen). Dr. Antognini and Dr. Yen concur with the FDA's statement. The matter was articulated well by Dr. Yen. As Dr. Yen put it (and as the court has found), "I heard a lot of talk this week about induction and maintenance. And what 'induction' to me means, is that before the induction, you're awake; after the induction, you are in a state of general anesthesia, according to the chart that you've seen from the American Society of Anesthesiologists. And so I've used it that way." Tr. 1084. Using "induction" in that sense, Dr. Yen testified, and

---

[31] In the framework of low clinical dosage, Dr. Yen agrees with this time estimate. "[I]t might take a minute or two or even three." Tr. 1104. But "the higher the dosage, the quicker it works." *Id.*

the court finds, that "midazolam alone can be used to induce general anesthesia." Tr. 1086.

Although deep sedation would suffice to eliminate pain from the lethal injection procedure, 500 milligrams of midazolam will easily accomplish general anesthesia. Tr. 1105, 1157 (Dr. Yen). The recipient of that dose will feel no pain. Tr. 1105 (Dr. Yen). Vecuronium bromide will not raise an unconscious person to consciousness, nor will it reverse the effects of midazolam. Tr. 1120 (Dr. Yen). Likewise, injection of potassium chloride will not reverse the effects of midazolam and will not cause an anesthetized person to feel pain. Tr. 1122-23 (Dr. Yen).

The credible evidence persuades the court that there is a high probability, with respect to each of the four recent Oklahoma executions, that the Chart D sequence, beginning with the injection of 500 milligrams of midazolam, worked as intended. It is highly probable that the inmates felt no physical pain other than that associated with the insertion of the IV lines. Tr. 744 (Dr. Antognini, re: Donald Grant), 1140-41, 1148, 1155 (Dr. Yen, re: John Grant, Stouffer and Postelle). Putting the matter in terms of the high bar set by the Supreme Court in Baze and reiterated by the Court, in this case, seven years ago, the evidence precludes any finding that execution by lethal injection under Chart D of the Oklahoma protocol is sure or very likely to cause needless suffering. Glossip, 576 U.S. at 877 (citing Baze, 553 U.S. at 50). It is highly probable that an inmate undergoing lethal injection with the Chart D combination of drugs will become insensate to pain within a very short time after the midazolam is pushed and will remain in that condition until injection of the three drugs causes death.

H. The adequacy of the consciousness check

Common sense tells us that a consciousness check is an important safeguard against infliction of needless suffering during execution by lethal injection.

35

The Oklahoma protocol requires the IV Team leader to "physically confirm the inmate is unconscious by using all necessary and medically-appropriate methods." PX 45, Attachment D, p. 7. The IV Team must consist of individuals from any of six medically-related fields specified in the protocol: physicians, physician assistants, nurses, emergency medical technicians, paramedics and "Military corpsman or other certified or licensed personnel including those trained in the United States military." PX 45, p. 6. All members of the IV Team "shall be currently certified or licensed within the United States." Team members are screened on the basis of "a review of the proposed team member's qualifications, training, experience, and/or any professional license(s) and certification(s) they may hold." *Id.*

Plaintiffs complain that the protocol does not require the IV Team leader to "have a background in anesthesiology or pain management." Doc. no. 643, at 76. As a baseline, the court will note that the consciousness check which passed muster in Baze consisted of a "visual inspection performed by the warden and deputy warden." Baze, 553 U.S. at 59. And Chief Justice Roberts, writing for the court, observed–in the context of a discussion of the adequacy of that consciousness check– that "an inmate cannot succeed on an Eighth Amendment claim simply by showing one more step the State could take as a failsafe for other, independently adequate measures." Baze, 553 U.S. at 60-61.

The consciousness checks performed in the four recent Oklahoma executions are described in part II (F), above. Bearing in mind, as will be discussed in part III, below, that courts, in method-of-execution challenges, do not sit as boards of inquiry charged with determining best practices for executions, the court finds that, in the four recent Oklahoma executions, the consciousness checks, consisting of various combinations of (i) sternum rubs, (ii) raising eyelids, (iii) speaking loudly, (iv)

pinching and (v) shaking, were adequate.  To be sure, Dr. Van Norman thought a sternum rub should last "a full 30  seconds," but Dr. Antognini said that if he "saw an anesthesia resident, for example, doing a sternal rub for 30 seconds, I would be very upset with them."  Tr. 602 (Dr. Van Norman), 684 (Dr. Antognini).  The court is not required in this case to sort that out.  The evidence gives the court no cause for concern that the IV Team will fail to perform adequate and effective consciousness checks.[32]

I.   <u>The plaintiffs' proposed alternative methods of execution</u>

The foregoing findings relevant to the first <u>Glossip</u> prong are dispositive of plaintiffs' claims.  However, in the interest of resolving as many issues as possible, the court will address plaintiffs' proposed alternative methods of execution (<u>Glossip</u> second prong).

Plaintiffs proffer the following alternative methods: (i) execution using fentanyl in combination with pentobarbital or sodium thiopental (compounded or commercially procured) and (ii) execution by firing squad.

1. Fentanyl plus compounded or commercially procured pentobarbital or sodium thiopental.

A state cannot be faulted for failing to use lethal injection drugs that it is unable to procure through good-faith efforts.  <u>Bucklew v. Precythe</u>, ___ U.S. ___, 139 S.Ct. 1112, 1125 (2019).  As stated in the conclusions of law (part III, below), the state is not required to use more than ordinary transactional effort to procure drugs for lethal injection.

---

[32] Notwithstanding plaintiffs' speculative argument based on the protocol's provision for revisions (doc. no. 643, at 75-76), the court is well-satisfied, from the testimony of Department of Corrections Director Scott Crow and Director of Operations Justin Farris, that there is essentially no possibility that the department will water down the provision for consciousness checks.

The credible and uncontradicted testimony of Director of Operations Justin Farris satisfies the court that the defendants have been unable to procure fentanyl, pentobarbital or sodium thiopental–for execution purposes–from commercial sources with ordinary transactional effort.  Tr. 1000-04.  This comes as no surprise. *See,* Glossip, 576 U.S. at 869-70 (discussion of anti-death penalty advocates' pressure on pharmaceutical companies to refuse to supply lethal execution drugs).

As for compounding, the testimony of Mr. Farris and Dr. Buffington establishes with equal clarity that the sources suggested by the plaintiffs have been unwilling, have lacked the requisite technical proficiency, or have been legally unable to produce compounded drugs for lethal injection purposes. (Mr. Farris: Tr. 1002-03 (dealings with pharmaceutical suppliers), 1004 (contacts with other states), 1004-07 (unsuccessful contacts with compounding labs, including the University of Oklahoma); Dr. Buffington: 927-929 (compounding and related compliance requirements), 942-43 (facilities required for compounding), 944-45 (facilities and materials required for compounding), 948 (search for contract manufacturer of pentobarbital).)  Plaintiffs' evidence on the issue of compounding as a source of plaintiffs' preferred drugs does not go much farther than to suggest, essentially hypothetically, that compounding could *possibly* be a way to get the drugs. Plaintiffs' evidence stops well short of establishing, in the face of practical and regulatory hurdles, that compounding is a viable option for the Oklahoma Department of Corrections.

2.  Firing squad.

In evaluating plaintiffs' proposed firing squad alternative, it must be borne in mind that analysis under Glossip's second prong "is a *necessarily* comparative exercise."  Bucklew, 139 S.Ct. at 1126 (emphasis in original).

38

Plaintiffs called Dr. James Williams to testify in support of the firing squad alternative. His qualifications to address that subject are impeccable. He clearly believes that "execution by firing squad is feasible and practicable and it's efficacious." Tr. 326. But Dr. Williams did not, in terms, compare the pain incident to a firing squad execution with the pain resulting from execution with midazolam and the other two Chart D drugs. And he did not really go so far as to support plaintiffs' contention that execution by firing squad "causes a quick and painless death." Doc. no. 594, at 17. Citing Dr. Williams' testimony, plaintiffs assert that the "impact of firing squad bullets on a prisoner's cardiovascular bundle will <u>not</u> cause the prisoner pain and suffering in the short time before the prisoner loses consciousness." Doc. no 643, at 39 (emphasis in original). Accepting that as true for the sake of discussion, this proposition ignores the fact that the bullets first have to shatter the inmate's sternum to get to the cardiovascular bundle, then they exit by penetrating the inmate's ribs or spinal column (or both). Tr. 1163 (Dr. Yen). Dr. Williams testified unequivocally that "sternal fractures in a non-gunshot wound situation are very painful." Tr. 346. And he acknowledged that it is "unclear how much a single gunshot wound to the sternum, let alone multiple gunshot wounds in the case of firing squad, how much pain that individual would experience in the short period of time he or she would remain conscious before the heart ceased organized beating." *Id.* After giving that noteworthy disclaimer, Dr. Williams opined that a person shot in the chest (which the court takes, in context, to have been a reference to the sternum[33]) "would not experience anything that most of us would describe as pain." *Id.*

---

[33] If Dr. Williams was not referring here to the sternum, then his *only* testimony about the pain incident to a sternal fracture is that it is "very painful."

The court is unpersuaded.  Though Dr. Williams persuaded the court that execution by firing squad, done right, is highly likely to cause a quick death, it is difficult to conceive that a method of execution which requires the sternum to be shattered as the bullets make their way to the cardiovascular bundle (and on to the ribs or spinal column) can be called painless.  In fairness to Dr. Williams, it should be noted that, as an expert testifying on behalf of the party with the burden of proof, he was in the unenviable position of advancing a proposition which, though possibly meritorious, is inherently difficult to prove.  These difficulties with the proposition plaintiffs seek to advance through Dr. Williams, in combination with the absence of any explicit attempt to compare the pain of a firing squad execution with the pain resulting from execution under Chart D, cause the court to reject plaintiffs' firing squad alternative.[34]

## III.  Conclusions of Law

The Eighth Amendment standards governing this case were articulated by the Supreme Court in its lethal injection trilogy, Baze v. Rees, 552 U.S. 35 (2008); Glossip v. Gross, 576 U.S. 863 (2015) (this case); and Bucklew v. Precythe, ___ U.S. ___, 139 S.Ct. 1112 (2019).

"[T]he Eighth Amendment does not guarantee a prisoner a painless death–something that, of course, isn't guaranteed to many people, including most victims of capital crimes." Bucklew, 139 S.Ct. at 1124.  Also worthy of note is the fact that the Supreme Court "has yet to hold that a State's method of execution qualifies as cruel and unusual," id., and that the deference that is due a state's choice of execution procedures means that courts, in method-of-execution challenges, do not sit as

---

[34]  Oklahoma statutes provide for execution by firing squad in some circumstances. See, 22 O.S. §1014.  Nothing in this discussion should be understood to shed light one way or the other on the constitutionality of execution by firing squad.

40

"boards of inquiry charged with determining 'best practices' for executions."
<u>Bucklew</u>, at 1125, quoting from <u>Baze</u>, 553 U.S. at 51-52.  On this point, it is
noteworthy that, in <u>Baze</u>, the Court declined to attribute constitutional significance
to the fact that the consciousness check was performed "by the warden and deputy
warden through visual inspection," with no particular level of expertise noted to
qualify those officials to perform that task.  <u>Baze</u>, 553 U.S. at 45, 60.

      <u>Glossip First Prong</u>.  In <u>Bucklew</u>, the court, summarizing its decisions in <u>Baze</u>
and <u>Glossip</u>, held that the inmate who challenges the state's method of execution
must show that the state's method presents "a substantial risk of severe pain."
<u>Bucklew</u>, 139 S.Ct. at 1125.[35]  A method of execution that presents a "substantial
risk" is one that "*is sure or very likely* to cause serious illness and needless
suffering."  <u>Glossip</u>, 576 U.S. at 877 (quoting from <u>Baze</u>, emphasis in original).

      The inmate must show that "the risk [of infliction of severe pain] is substantial
when compared to the known and available alternatives."  <u>Glossip</u>, 576 U.S. at 878
(internal quotation omitted).  This is where the second prong comes in.

      <u>Glossip Second Prong</u>.  It is clear from <u>Bucklew</u> (again summarizing <u>Baze</u>
and <u>Glossip</u>) that the alternative method of execution the inmate is obliged to
propose must be "feasible and readily implemented," and it must be one that "the
State has refused to adopt without a legitimate penological reason."  <u>Bucklew</u>, 139
S.Ct. at 1125.  To be considered at all, the inmate's proposal must be "sufficiently
detailed to permit a finding that the State could carry it out relatively easily and
reasonably quickly."  <u>Bucklew</u>, 139 S.Ct. at 1129 (internal quotation omitted).  And

---

[35] In <u>In re Ohio Execution Protocol Litig.</u>, 946 F.3d 287, 290 (6th Cir. 2019), *cert. denied sub nom.*
<u>Henness v. DeWine</u>, 141 S.Ct. 7 (2020), the Sixth Circuit appears to have adopted (much to the
consternation of Justice Sotomayor, 141 S.Ct. at 9) the pain associated with hanging as a
benchmark.  It is not necessary for this court to determine the merits of that approach.

the "mere fact that a method of execution might result in some unintended side effects does not amount to an Eighth Amendment violation." Glossip, 576 U.S at 882, n. 3. States, of necessity, are free to use previously untried methods. It is quite unlikely that an untried method will pass muster as the inmate's proposed alternative: "[C]hoosing not to be the first to experiment with a new method of execution is a legitimate reason to reject it." Bucklew, 139 S.Ct. at 1130.

The proposed alternative need not be one "presently authorized by" state law. Bucklew, 139 S.Ct. at 1128. Thus, the inmate "may point to a well-established protocol in another State as a potentially viable option." Id. But it is not enough to argue for "a slightly or marginally safer alternative." Glossip, 576 U.S. at 877 (quoting from Baze). The "difference [in risk] must be clear and considerable." Bucklew, 139 S.Ct. at 1130. That said, in a passage that has a natural tendency to accentuate the importance of the first prong (degree of risk and severity of pain), the Court, in Bucklew, observed that "we see little likelihood that an inmate facing a serious risk of pain will be unable to identify an available alternative—assuming, of course, that the inmate is more interested in avoiding unnecessary pain than in delaying his execution." Id. at 1128-29.

A state is not required to use more than "ordinary transactional effort" to obtain drugs for lethal injection. In re Ohio Execution Protocol, 860 F.3d 881, 891 (6th Cir. 2017). "Proof that lethal injection drugs are available with ordinary transactional effort requires more than mere speculation, more than just a showing of hypothetical availability." Middlebrooks v. Parker, 15 F.4th 784, 786 (6th Cir. 2021).

IV. Conclusion

The prerequisites of a successful lethal injection challenge under the Eighth Amendment have been made clear by the Supreme Court in Baze, Glossip and Bucklew. The plaintiff inmates have fallen well short of clearing the bar set by the

42

Supreme Court.  Consequently, the Eighth Amendment, as construed and applied by the Supreme Court in its lethal injection cases, does not stand in the way of execution of these Oklahoma inmates under Chart D of the Oklahoma lethal injection protocol.

A final judgment will be entered forthwith.

Dated this 6th day of June, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p158  FoF CoL_.docx

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, et al., )
 )
          Plaintiffs, )
 )
-vs- )     Case No. CIV-14-0665-F
 )
RANDY CHANDLER, et al., )
 )
          Defendants. )

## JUDGMENT

This action came on for trial before the court sitting without a jury on February 28, 2022 through March 7, 2022, on plaintiffs' Eighth Amendment claim against defendants alleged in Count II of the Third Amended Complaint. By order dated September 15, 2020, the court dismissed plaintiffs' claims against defendants alleged in Counts I, III, and VIII of the Third Amended Complaint. In addition, by order dated August 11, 2021, the court granted summary judgment on plaintiffs' claims against defendants alleged in Counts IV, V, VI, VII, IX, and X of the Third Amended Complaint.

The Third Amended Complaint was brought by thirty-five plaintiffs. Of the thirty-five, Nicholas A. Davis and Jimmy Dean Harris were terminated as plaintiffs upon the filing of suggestions of death, Patrick Murphy was terminated as plaintiff upon the dismissal of his claims for lack for subject matter jurisdiction after his conviction was vacated, Julius D. Jones was terminated as plaintiff upon stipulation of dismissal of his claims by the parties, and John M. Grant, Donald A. Grant, and Gilbert R. Postelle were terminated as plaintiffs upon the dismissal of their claims on the ground of mootness after their executions. The remaining twenty-eight

plaintiffs are: James A. Coddington, Benjamin R. Cole, Carlos Cuesta-Rodriguez, Richard S. Fairchild, Wendell A. Grissom, Marlon D. Harmon, Raymond E. Johnson, Emmanuel A. Littlejohn, James D. Pavatt, Kendrick A. Simpson, Kevin R. Underwood, Brenda E. Andrew, Richard E. Glossip, Phillip D. Hancock, Alfred B. Mitchell, Tremane Wood, Wade Lay, Ronson Kyle Bush, Scott Eizember, John F. Hanson, Mica Alexander Martinez, Ricky Ray Malone, Clarance Goode, Anthony Sanchez, Michael Dewayne Smith, James Ryder, Richard Rojem, and Jemaine Cannon.  By order of the court, Rhonda Kemp was appointed as next friend for plaintiff Wade Lay.

The Third Amended Complaint named as defendants: Scott Crow, in his official capacity as director of the Oklahoma Department of Corrections, Randy Chandler, Betty Gesell, Joseph A. Griffin, F. Lynn Haueter, Kathryn A. LaFortune, Stephan Moore, Calvin Prince, T. Hastings Siegfried, Daryl Woodard, in their official capacities as members of the Oklahoma Board of Corrections, Tommy Sharp, in his official capacity as warden of the Oklahoma State Penitentiary, Aboutanaa El Habti, in his official capacity as warden of Mabel Bassett Correctional Center, Justin Farris, in his official capacity as acting chief of staff of the Oklahoma Department of Corrections, Michael Carpenter, in his official capacity as chief of field operations of the Oklahoma Department of Corrections, Justin Giudice, in his official capacity as employee assistance program coordinator of the Oklahoma Department of Corrections, and John Does I-X, in their official capacities as employees or contractors with the Oklahoma Department of Corrections.  Jim Farris, in his official capacity as warden of the Oklahoma State Penitentiary, was later substituted as defendant for Tommy Sharp, and Mr. Sharp was terminated as defendant.  John Does I-X, putative defendants in their official capacities as employees or contractors with the Oklahoma Department of Corrections, were

terminated as defendants on June 1, 2022, as a result of the dismissal of this action as against them for failure to prosecute.

On plaintiffs' Eighth Amendment claim alleged in the Third Amended Complaint, which was tried on February 28, 2022 through March 7, 2022, the court has this date entered its Findings and Fact and Conclusions of Law, ruling in favor of defendants and against plaintiffs on that claim.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

Judgment is rendered in favor of defendants and against plaintiffs on the Fifth Amendment Due Process claim, construed as a Fourteenth Amendment Due Process claim, asserting failure to disclose sufficient information regarding development of the protocol and execution procedures (Count I of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the Eighth Amendment claim asserting that constitutionally impermissible pain and suffering will result from the use of the three-drug lethal injection protocol (midazolam, vecuronium bromide and potassium chloride) (Count II of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the Eighth and Fifth Amendment claim asserting "deliberate indifference" to the serious medical needs of plaintiffs (Count III of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the First, Fifth, and Sixth Amendment claim asserting unconstitutional denial of access to counsel and the courts (Count IV of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the 18 U.S.C. § 3599 claim asserting intentional deprivation of the right to counsel (Count V of the Third Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the Ex Post Facto claim under the United States Constitution and the Oklahoma Constitution (Count VI of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the Fourteenth Amendment Due Process claim based on the use of midazolam instead of a barbiturate (Count VII of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the religious freedom claim asserting violation of plaintiffs' sincerely-held religious beliefs resulting from the necessity of proposing a feasible alternative method of execution (Count VIII of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the Eighth and Fourteenth Amendment claim asserting that plaintiffs will be subjected to constitutionally impermissible human experimentation (Count IX of the Third Amended Complaint).

Judgment is rendered in favor of defendants and against plaintiffs on the First and Fourteenth Amendment claim asserting denial of right of access to governmental information (Count X of the Third Amended Complaint).

Dated at Oklahoma City, Oklahoma, this 6th day of June, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p163 judgment_.docx

4

185

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
vs.                                 )        Case No.  CIV-14-665-F
                                    )
RANDY CHANDLER, et al.,             )
                                    )
        Defendants.                 )

## NOTICE OF APPEAL

Notice is hereby given that BRENDA ANDREW, RONSON BUSH, JEMAINE CANNON, JAMES CODDINGTON, BENJAMIN COLE by and through his next friend Bob Jackson, CARLOS CUESTA-RODRIGUEZ, SCOTT EIZEMBER, RICHARD FAIRCHILD, RICHARD GLOSSIP, CLARANCE GOODE, WENDELL GRISSOM, PHILLIP HANCOCK, JOHN HANSON, MARLON HARMON, RAYMOND JOHNSON, WADE LAY by and through his next friend Rhonda Kemp, EMMANUEL LITTLEJOHN, RICKY MALONE by and through his next friend David Autry, MICA MARTINEZ, ALFRED MITCHELL, JAMES PAVATT, RICHARD ROJEM, JAMES RYDER by and through his next friend Sue Ryder, ANTHONY SANCHEZ, KENDRICK SIMPSON, MICHAEL SMITH, KEVIN UNDERWOOD, and TERMANE WOOD, Plaintiffs in the above named case hereby appeal to the

1

United States Court of Appeals for the Tenth Circuit from the Judgment [Doc.

No. 649] entered in this action on the 6th day of June, 2022.

Respectfully submitted this 17th day of June, 2022.

s/ Emma V. Rolls_____
Emma V. Rolls, OBA # 18820
Office of the Federal Public Defender
for the Western District of Oklahoma
215 Dean A. McGee Ave., Suite
707 Oklahoma City, OK 73102
Telephone: (405) 609-5975
Emma_Rolls@fd.org

Harry P. Cohen (admitted pro hac vice)
Michael K. Robles (admitted pro hac vice)
James K. Stronski (admitted pro hac vice)
Adam Singer (admitted pro hac vice)
Kenton Walker (admitted pro hac vice)
Anne Li (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com
asinger@crowell.com
kentwalker@crowell.com
ali@crowell.com

Jon M. Sands
Federal Public Defender District of Arizona
Jennifer M. Moreno (CA Bar No. 244967)
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
jennifer_moreno@fd.org

COUNSEL FOR PLAINTIFFS

2

Alex Kursman
Lynne Leonard
Assistant Federal Defenders
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520

COUNSEL FOR PHILLIP HANCOCK

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

s/ Emma V. Rolls_____